# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

2015 JUN 29 PM 1:2[_]

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:15-MJ-.138 CKD |
| MATTHEW MULLER | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MATTHEW MULLER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1201, Kidnapping

**FILED**
SEP 23 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Date: 6/29/2015

_____
*Issuing officer's signature*

City and state: Sacramento, California          Carolyn K. Delaney, United States Magistrate Judge
                                                 *Printed name and title*

---

### Return

This warrant was received on *(date)* 6-29-15, and the person was arrested on *(date)* 9/21/15
at *(city and state)* DUBLIN, CA.

Date: 9/21/15

_____
*Arresting officer's signature*

JASON R. WALTER, SA FBI
*Printed name and title*