THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorneys for Matthew Muller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br>            Plaintiff, <br>      v. <br> MATTHEW MULLER, <br>            Defendant. <br> _____ | Case No.: 2:15-cr-00205-TLN <br><br> STIPULATION AND [PROPOSED] ORDER FOR AMENDMENT OF BRIEFING SCHEDULE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the briefing

schedule should be amended as follows:

Defendant's  Motion filed by:                    March 25, 2016
Government's Opposition filed by:           April 22, 2016
Defendant's Reply filed by:                      May 20, 2016

Matthew Segal, Assistant United States Attorney, and Thomas A. Johnson, Attorney for

Defendant, both agree to the amended briefing schedule.  The Motion Hearing is

currently set for May 26, 2016, and does not need to be moved.


**IT IS SO STIPULATED.**

1

DATE:  March 16, 2016

/s/   Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Matthew Muller

DATED:  March 16, 2016

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Thomas A. Johnson for
MATTHEW SEGAL
Assistant U.S. Attorney


**<u>ORDER</u>**


It is so ordered.


Dated:

_____
TROY L. NUNLEY
United States District Court Judge

2