THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Matthew Muller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   v.<br><br>MATTHEW MULLER,<br>      Defendant. | Case No.: 2:15-cr-00205-TLN<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR AMENDMENT OF<br>BRIEFING SCHEDULE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the briefing schedule should be amended as follows:

Defendant's  Motion filed by:              April 11, 2016
Government's Opposition filed by:     May 23, 2016
Defendant's Reply filed by:                June 13, 2016

Heiko Coppola, Assistant United States Attorney, and Thomas A. Johnson, Attorney for Defendant, both agree to the amended briefing schedule.  The parties also stipulate that the Motion Hearing which is currently set for May 26, 2016, is continued to June 23, 2016 at 9:30 a.m.

**IT IS SO STIPULATED.**

1

DATE: April 11, 2016

    /s/   Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Matthew Muller

DATED: April 11, 2016

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Thomas A. Johnson for
HEIKO COPPOLA
Assistant U.S. Attorney

**ORDER**

It is so ordered.

Dated:

_____
TROY L. NUNLEY
United States District Court Judge

2