# INCIDENT / CRIMINAL REPORT

### Alameda County Sheriff's Office

Agency: DPS          ORI: CA00100000          Case Number: D15-01576

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/07/2015 08:18:25 | GENERAL SUPPLEMENTAL | (100195) SHEPARD, CHRISTOPHER K |
| Contact Name | | Supervising Officer |
| | | (104902) WALTERS, HERBERT O |

## Supplement Narrative

On Thursday, June 5 2015, about 0334 hours I responded to 1617 North Terracina Drive in Dublin for a report of a suspicious circumstance/ home invasion robbery.

The reporting party, Lynn Yen, stated her husband, Chung Yen, was fighting with a subject who had broken into her residence. Lynn stated she and her husband were awakened by the subject who had a green laser. Lynn fled to the bathroom to call the police while Chung was fighting with the subject. Lynn stated the suspect might have her daughter. Several minutes later, Lynn reported that the subject had fled the residence through the back yard.

A short time later, Deputies J. Dormer and M. Feroz arrived on scene. I arrived on scene a short time after Deputies Feroz and Dormer. I saw Deputies Feroz and Dormer at the front yard of the residence waiting for Lynn to open the front door. I noticed the front door was closed and there were no people outside. I did not see any vehicles fleeing from the scene.

Deputy Feroz requested Sheriff's Radio telephone Lynn and advise her to step outside. Lynn and Chung opened the front door. I saw Chung was bleeding from his forehead and had blood dripping from his forehead all over the front of his body. Chung also had several other cuts and bruises on his arms and face.

Deputy Feroz asked Lynn who else was inside the residence and requested they step outside. Lynn and Chung seemed to be in shock and kept trying to walk into the residence in their confusion. I advised Lynn and Chung to stay with me in front of the residence so that Deputies Dormer and Feroz could search the residence for the suspect.

Lynn and Chung followed me outside and stood with me, while Deputies Dormer and Feroz entered the residence. As they entered the residence, Chung's daughter, Kelly Yen, walked out to me. Kelly, Chung, and Lynn remained with me until Deputies Dormer and Feroz cleared the residence. While I was talking with Chung, I asked him for a description of the suspect. Chung said the suspect was a White male adult in his 20's, about 5'9", with a thick build, and he was wearing all black clothing. Chung told me the suspect was wearing some type of mask, but he pulled it down while they were fighting. I advised Sheriff's radio of the updated suspect description.

A short time later, Deputies Dormer and Feroz advised the residence was clear as well as the back yard.

I advised Deputy Dormer to start setting up a perimeter while I contacted Detective Sergeant J. White and advised him of the details of the incident. Deputy Dormer and I briefly viewed a Google Map of the area and


saw that the open farm land east of the residence extended to Doolan Road in the city of Livermore, which was about three quarters of a mile away. Deputy Dormer and I were aware there was a fire trail behind the residence than ran north and south. Deputy Dormer had Deputy Greenbaum take a position at Tramonti Drive and North Terracina Drive. Deputy Armasino took a position south of our location on Croak Road. Deputy Dormer took a position at the north end of Voltera Court. We were unable to secure the eastern border of the perimeter due to the vast distance over the open field to the next road.

I requested air support from surrounding agencies, however Sheriff's Radio advised air support was unavailable. I advised Sheriff's Radio to have the ACSO Tri-Valley Substation (TVS) deputies respond to our location to assist with the perimeter. I also advised Sheriff's Radio to see if the Pleasanton Police Department would send a K-9 unit that could track.

A short time later, Pleasanton Police Officer T. Martins arrived on scene with his Police Service Dog (PSD) to begin tracking.

A short time later TVS deputies S. Parker and L. Santamaria arrived on scene to assist. Deputy Santamaria is a K-9 handler and advised me he could conduct yard to yard searches south of the residence to search for the suspect.

While we were standing at the front door of the residence, Kelly handed me a white Samsung Galaxy cellular phone and told me she had found the phone on the counter across from her bedroom. Kelly believed the phone might belong to the suspect, because it didn't belong to anyone in the house.

We did not know if the suspect was still in the area and we were concerned he could come back for his cell phone and place the victims and deputies on the scene in danger. We believed it was important to identify the owner of the phone and determine if he was the suspect, to prevent him from attempting to harm other residents in the area, since he had committed a violent crime. We believed that if we identified the owner of the phone and it was the suspect we would be able to locate him in the area more easily by locating a photo of him in Cal Photo. At the time we believed it was an exigent circumstance based on the aforementioned facts. I dialed 911 from the phone and it went straight to CHP Dispatch and then was transferred to Sheriff's Radio. They advised that the incoming number on that phone was 916-500-8047. Sheriff's Radio advised they would attempt to identify the carrier for that phone.

I handed the phone to Deputy Feroz since he was the primary deputy assigned to the case.

Deputies Parker and Santamaria conducted yard searches south of residence. Officer Martins and I responded to the fire trail directly behind the residence and attempted to locate the scent of the suspect to begin tracking. Officer Martins' PSD tracked south on the fire trail from behind the residence to an area about half way down Croak Road before losing the scent. I also conducted a search behind the residence in the open fields using a FLIR monocular goggle with negative results.

I returned to the residence and contacted Deputies Parker and Santamaria who advised me they did not loacte the suspect during their yard searches. I noticed the sun was rising. I advised all DPS units to stay in their perimeter positions as we would be able to survey the land better in the daylight.

A short time later, Sergeant K. Monaghan contacted me via phone and asked what resources we needed. I advised him to have the dayshift units conduct roaming patrol checks in the area.

Detective Sergeant White arrived on scene a short time later.

A short time later, dayshift units responded to the scene and checked the surrounding streets for the suspect with negative results. I advised all units on scene that we were breaking down the perimeter. I advised Deputy Dormer to respond to the residence for evidence collection. I advised Deputy Greenbaum to respond to the residence and start a Critical Incident Log for the scene.

Sergeant Monaghan advised me that dayshift units would begin canvassing the neighborhood for witnesses and surveillance cameras.

I returned to the station to conduct follow up.

This is a supplemental report.

Refer to Deputy Feroz` original report.

# INCIDENT / CRIMINAL REPORT

**Agency:** DPS          **ORI:** CA00100000          **Case Number:** D15-01576

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/11/2015 14:52:11 | EVIDENCE | (202429) WOODS, KEVAN S |
| Contact Name | | Supervising Officer |
| | | (103653) ALVAREZ, RAFAEL S |

## Supplement Narrative

On 060515, about 0420 hours, while working as a Detective assigned to the Dublin Police Services, Special Investigations Unit (SIU), the following occurred.

I was called out for a home invasion robbery, which occurred at 1617 North Terracina Drive in Dublin. About 0526 hours, I arrived at the Command post and reported to Sergeant J. White, who directed me to return to the Dublin Police Station, to author a search warrant for a cellular phone, which was located inside of the victim's residence. Sergeant White advised me the phone was locked by means of a pattern-style screen lock and he was unable to physically examine the phone. Sergeant White advised me the phone number of the phone was 916-500-8047. The phone's number was learned after an "Emergency Call" was placed from the phone's lock screen and the phone number was confirmed via the California Highway Patrol "911" emergency dispatch center. I took custody of the phone from Sergeant White and returned to the Dublin Police station. The phone is described as a Samsung Galaxy Note 4 (model#SM-N910V), white in color, IMEI #990004824579217.

While at the Dublin Police station, I conducted a check of the phone number (9165008047) via the law enforcement website www.accurint.com. The search returned with no result. It is commonly known that cellular phones are common for most people to carry on their person. Based on the fact that all of the occupants inside the victim residence did not claim ownership of the phone and did not know who owned the phone, I believed the cellular phone contained personal identifying information, which may lead to the identity of the owner of the phone and may reveal the name of a suspect(s).

Based on the above information, I authored a search warrant for the subscriber information, digital contents of the handset device and the service provider records for the activity for the above phone number.

The search warrant was signed and issued by the Honorable Judge Thomas Rogers, based on probable cause that evidence related to the crime of 212.5 PC - Home invasion robbery, was contained within the data of the handset and within the cellular phone records, located at the service provider (Verizon).

After the search warrant was signed I faxed the signed copy to Verizon at 1-888-667-0026. Verizon subpoena compliance department staff was able to provide me with the subscriber account information, which was listed as John Zarback, residing at ████████████████████████████████████.

I used the law enforcement website www.accurint.com to research the name and address. After locating Zarback in the Accurint database, I learned he was 73 years old. Based on Zarback's age and the fact that Zarback did not match the description given by the victims, I did not believe Zarback was involved in the crime. While searching the address of ████████████████████████████████, in the Accurint database,


I located the name of Matthew Muller, with a partial date of birth of "3/XX/1977", which was listed under the Orangevale address. The Accurint database only listed Muller's partial date of birth, without the exact day.

Based on the location of the address, I contacted the Sacramento County Sheriff's Department (SCSD) records division. I gave the address of ▮▮▮▮▮▮▮▮▮▮▮▮ which listed Matthew Muller as a known person at the address. The Sacramento County Sheriff's Department was able to give me Muller's exact date of birth of 03/27/1977. I also printed a copy of the SCSD dispatch records, and placed them into evidence at the Dublin Police station.

Using the above information, I searched the California DMV database and found Muller's driver's license photograph and identifying information. Muller was listed as a white male, approximately 6'00" tall, 200 pounds, brown eyes and brown hair. The address listed on the DMV printout was ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

Detective Corpuz contacted the SCSD to contact any residents at the address of ▮▮▮▮▮▮▮▮▮▮▮ in ▮▮▮▮▮▮ to ascertain if the owner of the lost cellular phone was living at the residence. Sacramento County Deputy J. Workman advised Muller's mother, later identified as Joyce Zarback, was living at the residence and she told SCSD Deputies that Muller's phone number is 916-500-8047 and described his phone as being white in color. (Refer to attached SCSD outside agency assist report #15-140477).

Detective Buenrostro also spoke with Joyce Zarback via telephone and advised him that Muller was staying in Tahoe. John Zarback, later identified as Muller's Step-father, also contacted Detective Buenrostro via telephone and said Muller had been living in South Lake Tahoe (refer to Detective Buenrostro's supplemental report).

During a further search of the name John Zarback in the Accurint database, I located the address ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The address in Accurint was the only address in the greater Lake Tahoe area.

On 060815, a Ramey warrant was authored by Detective Campos for the arrest of Matthew Muller.

On 060815, a search warrant was signed and issued for the residences of 2▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On 060815, the Dublin Investigations Units and Dublin Special Investigations Unit caravanned up to South Lake Tahoe, for the execution of the search warrant and arrest warrant.

On 060915, all members of the search warrant team conducted a briefing of the search warrant at the El Dorado County Sheriff's Substation, located at 1360 Johnson Boulevard in South Lake Tahoe.

Approximately 0715 hours, the search warrant was executed at the residence. The search warrant was endorsed for "No knock" service and forced entry was made through the front door of the residence. Once entry was made, loud and clear announcements of "Sheriff's Office, search warrant" were made. Almost immediately, Muller was located standing in the hallway on the west side of the residence, which led from the secondary bedroom. Muller was given commands to show his hands and to lie on the floor. Muller complied and I handcuffed him while he was lying on the floor. The rest of the residence was cleared and no one else was located inside or outside.

2710 Genoa Avenue is a single-story 2 bedroom, 1 bathroom residence, which faces north. The residence has



# INCIDENT / CRIMINAL REPORT
## Alameda County Sheriff's Office

Agency: DPS          ORI: CA00100000          Case Number: D15-01576

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/12/2015 10:08:31 | GENERAL SUPPLEMENTAL | (105895) BUENROSTRO, JOSE R |
| Contact Name | | Supervising Officer |
| | | (103653) ALVAREZ, RAFAEL S |

## Supplement Narrative

On June 5, 2015, about 2110 hours, I assisted in the investigation of a home invasion robbery that occurred at 1617 North Terracina Drive in Dublin. After speaking to the case agent, Deputies involved, and victim statements, I learned the following:

On June 5, 2015, about 0334 hours, Dublin Police Services (DPS) units responded to a home invasion robbery at 1617 North Terracina Drive. The suspect, described as a White male suspect in his mid-20's to mid-30's, between 5'9'' and 5'11", with a medium build and wearing black clothing, entered the residence by prying a screen off a window at the rear of the residence on the first floor. The suspect entered the master bedroom and used a red laser beam pointer/Mag flashlight to wake the male and female victims up.

The suspect told the male and female victims to lay face down on the bed. The suspect told the male and female victim to follow his orders and their daughter, who was in her bedroom asleep, would be okay. When the suspect approached the female victim, he grabbed onto the female victim and she was able to run into the bathroom, lock the door and call 911. The male victim began fighting the suspect and pulled down what he believed to be a mask. The suspect then ran out of the residence through the front door. The male victim sustained a laceration to his face and head and was transported to Valley Care Medical Center. DPS units were unable to locate the suspect. The scene was secured, neighborhood canvassed, and Detectives K. Woods and M. Campos responded to the scene.

During the investigation, three zip ties that had been interlocked and fashioned like handcuffs were located inside the master bedroom. A glove was also located on the bed of the master bedroom that the suspect discarded during the fight with the male victim. A cell phone was also located on a cabinet in the hallway outside one of the bedrooms. The cell phone did not belong to anyone in the residence. The cellphone, glove and zip ties were recovered as evidence.

DPS Special Investigations Unit (SIU) Detective K. Woods authored and obtained a signed search warrant for the recovered cell phone. The search warrant revealed the cellphone belonged to John Zabrack with an address of 5300 Mississippi Bar Drive in Orangevale, Ca.

Using a local law enforcement database (Accurint) a John Zabrack was located with an address of ███████ ██████████████████████████ and a date of birth of ███████. Also associated with the address was a Matthew Muller with a date of birth of 03/27/1977.

Using a ruse, DPS SIU Detective K. Woods contacted Sacramento County Sheriff's Department (SCSD) and had them attempt to contact John Zabrack to see if the recovered cell phone belonged to him. SCSD was

# INCIDENT / CRIMINAL REPORT
Case 2:15-cr-00205-TLN-EFB   Document 25-1   Filed 04/11/16   Page 7 of 15
Alameda County Sheriff's Office

Agency: DPS      ORI: CA00100000      Case Number: D15-01576

advised to have John Zarback contact myself via my cellphone. SCSD contacted John Zabrack and Joyce Zabrack at ███████████████████████ SCSD explained to the Zarbacks why they were there and asked if the cell phone belong to them. Joyce Zarback described the cell phone by make, color, and phone number and her description matched the description of the recovered cellphone. The Zarbacks said they paid the bill for the cell phone but the cell phone belonged to their son, Matthew Muller. The Zarbacks said Muller had told them he had lost his cell phone earlier in the morning.

About 1922 hours, I received a phone call from phone number ███████████. Before answering the phone, I pressed record on my digital voice recorded to record the phone call. The female voice identified herself as Joyce Zarback. Joyce told me SCSD had told her we had found a cell phone that belonged to her. I asked Joyce if the cell phone belonged to her. Joyce said her husband paid the bill on the cell phone but the cell phone belonged to her son. I asked Joyce the name of her son and she said Matthew Muller.

I told Joyce the cell phone would be waiting at the Eden Township substation located at 15001 Foothill Boulevard in San Leandro for her son to pick up. Joyce told her son was going to stop by her house on his way to "Tahoe" and she would tell him about the cell phone.

I later transferred the audio recording onto a compact disc and placed the compact disc into evidence at DPS.

About 1929 hours, I attempted to call Joyce at the ███████████ number but no one answered. I did leave a message asking Joyce to call me back.

About 2029 hours, I received a call from ███████████. Before answering the phone, I pressed record on my digital voice recorded to record the phone. The male voice on the line identified himself as John Zarback. I told John I was calling back to see if he wanted me to deliver the cell phone to him or mail the cell phone to him or his son. John told me his step son was going to come pick it up.

I asked John if his step son lived with him. John told me his step son had a girlfriend and was staying in "Tahoe."

I later transferred the audio recording onto a compact disc and placed the compact disc into evidence at DPS.

Using a local law enforcement database (Accurint) an address of ███████████████████████████ was located with John Zabrack as the registered owner.

Based on the information obtained from the Zabracks and the information obtained through the investigation it was determined Matthew Muller was staying at ███████████████████████ Based on this information, DPS SIU Detective A. Corpus authored a search warrant for the residence located at ███████ ███████████

During the investigation, DPS Investigations Sergeant R. Alvarez contacted El Dorado County Sheriff's Department to request previous incidents at ███████████████████████ Sergeant Alvarez was advised California Highway Patrol (CHP) had located a stolen 2011 Ford Mustang out of Vallejo Police Department within walking distance from ███████████. Sergeant Alvarez was also advised identification for Matthew Muller had been located inside the vehicle. CHP had the vehicle towed and secured at the Welcomes Tow Yard, 1722 D Street in South Lake Tahoe.

DPS Investigations Sergeant Rafael Alvarez authored a search warrant for the 2011 Ford Mustang and the contents inside the vehicle.

# Event Register

From:  06/10/2015   10:16:11
To:      06/11/2015   10:16:11

| | | |
|---|---|---|
| 06/05/2015 | 04:18:39 | 1A74 - ALCO FIRE STATING- SILV MERZ - X DRIVER - JUST DRIVING IN THE AREA - UNK IF |
| 06/05/2015 | 04:19:32 | 1S70 NO VEHS ALLOWED IN THE AREA - TO BE STOPPED |
| 06/05/2015 | 04:19:43 | WIND BLOWING TWDS THE DOG |
| 06/05/2015 | 04:20:53 | 54D4 - STARTING SEARCH @ 1613 |
| 06/05/2015 | 04:21:20 | 54D4 - K9 WILL BE OFF LEASH |
| 06/05/2015 | 04:21:57 | 1S70 - MOVING SB TWDS CROAK |
| 06/05/2015 | 04:24:31 | 1S70 - HEADING SB ON CROAK |
| 06/05/2015 | 04:25:26 | 54D4 - 1613 IS CLR - SEARCHING 1609 |
| 06/05/2015 | 04:28:01 | 54D4 - 1609 CLR |
| 06/05/2015 | 04:28:12 | 54D4 - MOVING TO 1607 |
| 06/05/2015 | 04:32:29 | 54D4 - 1607 AND 1603 CLR |
| 06/05/2015 | 04:32:42 | 54D4 - SEACHING 1601 |
| 06/05/2015 | 04:35:07 | 54D4 - 1601 CLR |
| 06/05/2015 | 04:37:56 | 54D4 - 1618 HAS A CAMERA - POINTED DIRECTLY AT THE VICTIM HSE |
| 06/05/2015 | 04:39:24 | 54D4 - W/THE RESD AT 1618 - THEY ARE CHKING THE VIDEO FOR SUSP INFO |
| 06/05/2015 | 04:40:58 | 54D4 - OFF AT 1671 PORCELLANO - CAMERA IN THE DRIVEWAY |
| 06/05/2015 | 04:42:15 | NO ANS AT 1671 PORCELLANO |
| 06/05/2015 | 04:43:15 | 1S70 - HOLDING PERIM - UNTIL DAY SHIFT GETS ON - WILL CLR THE REST OF THE STREETS |
| 06/05/2015 | 04:43:33 | 1A71 - PC OF CROAK |
| 06/05/2015 | 04:43:43 | 1S70 - UTL ON THE FIRE RD AND DOWN CROAK |
| 06/05/2015 | 04:52:14 | 2A73-- WILL BE ENR TO VALLEY |
| 06/05/2015 | 04:52:18 | NOT LOGGED IN YET |
| 06/05/2015 | 04:53:05 | 1S70 -- ASC WHAT TIME CHP HELO WILL BE UP |
| 06/05/2015 | 04:54:12 | LL CHP |
| 06/05/2015 | 04:54:46 | CHP AIRPLANE GOES ON DUTY AT 0600 HRS |

# Event Register

From: **06/10/2015  10:16:11**
To:  **06/11/2015  10:16:11**

| | | |
|---|---|---|
| 06/05/2015 | 04:59:30 | 1S70-- WILL GIVE REPORT INFO LATER |
| 06/05/2015 | 05:05:49 | 2A73 -- 1097 |
| 06/05/2015 | 05:09:01 | I75-- 7JXM395 PLT 1026 |
| 06/05/2015 | 05:22:38 | 2S70 -- 1097 CP |
| 06/05/2015 | 05:31:01 | 1S70 -- HAVE UNITS BREAK PERIMETER |
| 06/05/2015 | 05:41:52 | 2A73-XPORTING VIC TO DPS |
| 06/05/2015 | 05:45:41 | I75-1019 |
| 06/05/2015 | 05:50:24 | 2A73 -- 1097 DPS |
| 06/05/2015 | 06:14:49 | 1S70-WILL BE 212 5 |
| 06/05/2015 | 06:26:57 | 1S70 -- 1638 AND 1667 N TERRACINA HAVE CAMERAS |
| 06/05/2015 | 07:07:48 | 1A71 -- CLR ENRT TO THE STATION |
| 06/05/2015 | 08:20:13 | 1A73 -- CLR OF THE VICTIM RESD - ENRT TO THE STATION FOR EVIDENCE |
| 06/05/2015 | 08:30:25 | 2C75 -- FU AT THE STATION |
| 06/05/2015 | 08:47:57 | 2A74 -- 1061 W/X TO DPS - MILES020 |
| 06/05/2015 | 09:00:03 | 2A74 -- ENDING MILES W/X 025 |
| 06/05/2015 | 09:04:02 | COPY OF 911 TAPE AND RADIO TRAFFIC TO BE EMAILED TO SGT JDWHITE@ACGOV.ORG |

## Perso Supplemental Data

| Name: | RITENOUR,WILLIAM | Age: | 0 | DOB: | | Eye: | Hair: | Sex: | M |
|---|---|---|---|---|---|---|---|---|---|
| Height: | 0 | Weight: | 0 | Race: | | Remarks: | | | |

| Name: | RITENOUR,WILLIAM | Age: | 0 | DOB: | 09291971 | Eye: | Hair: | Sex: | M |
|---|---|---|---|---|---|---|---|---|---|
| Height: | 0 | Weight: | 0 | Race: | | Remarks: | | | |

## Vehicle Supplemental

| Make: | | Model: | | Model Year: | 0 | Color: | | State: |
|---|---|---|---|---|---|---|---|---|
| Tag#: | 7CQL297 | Lic Type: | | Lic Year: | | Remarks: | | |

*6/11/2015 10:18:04 AM*                    **Event Register**                    *Page 1 of  7*

                                    From:  06/10/2015  10:16:11
                                    To:      06/11/2015  10:16:11

**Agency ID/Name:**  DU        DUBLIN

| Event | E150601830 | **Type:** 212 - HOME INVASION | | **Sub Type:** default - | |
|---|---|---|---|---|---|

**Event** E150601830 **Type:** 212 - HOME INVASION **Sub Type:** default -
**Location:** 1617 N TERRACINA DR DU                                    **Source:** ANI/ALI
**Create:** 6/5/2015 3:34:08 AM **DGroup:** DU **Beat:** D4 **Esz** 30020 **Priority:** 1
**C/Name:** LIN YEN **C/Addr:** 4501 PLEASANTON AV PLS **C/Phone:** (925) 819-6713

| Disposition | Description | Unit ID |
|---|---|---|
| SR | SEE REPORT | |
| CLR | CLEAR | 1A72 |
| SR | SEE REPORT | 1S70 |
| SS | SUBPOENA SERVED | 2A73 |
| SS | SUBPOENA SERVED | 2A74 |
| CLR | CLEAR | 2C75 |
| CLR | CLEAR | 54D4 |
| CLR | CLEAR | 54D4 |

**Case Number(s):**        DU15001576

**Event**
| 06/05/2015 | 03:34:08 | LE TB 0714 D3 N PLE TB 0714 D3 N -121.835546 37.7180170 |
|---|---|---|
| 06/05/2015 | 03:34:19 | HUSB FIGHTING WITH SUBJ WHO BROKE IN |
| 06/05/2015 | 03:34:22 | POSS 212.5 |
| 06/05/2015 | 03:34:41 | 1 IN ALL BLACK |
| 06/05/2015 | 03:34:45 | SUBJ HAD A LASER |
| 06/05/2015 | 03:34:57 | THEY POSS HAVE HER DAUGHTER |
| 06/05/2015 | 03:35:14 | 1S70 - CODE AUTH |
| 06/05/2015 | 03:35:20 | HUSB- CHUNG YEN |
| 06/05/2015 | 03:35:29 | HUSB UNARMED |

# Event Register

From: 06/10/2015  10:16:11
To:      06/11/2015  10:16:11

| | | |
|---|---|---|
| 06/05/2015 | 03:35:36 | 1A7 - 1A73 - C3 FROM GLEASON /MADIGEN |
| 06/05/2015 | 03:35:40 | RP HAS LOCKED HERSELF IN THE BEDROOM |
| 06/05/2015 | 03:35:55 | 1S70 -= FROM THE STATION |
| 06/05/2015 | 03:36:25 | HUSB POSS HAS HEAD INJ |
| 06/05/2015 | 03:36:36 | LL MED |
| 06/05/2015 | 03:36:45 | LL W/HUSB |
| 06/05/2015 | 03:36:53 | SUBJ RAN THRU BACK DOOR |
| 06/05/2015 | 03:37:14 | WM 25 YO OR SO |
| 06/05/2015 | 03:37:21 | LRG BLD |
| 06/05/2015 | 03:37:31 | BLK CLOTHING |
| 06/05/2015 | 03:37:34 | MED ENRT - WILL STAGE |
| 06/05/2015 | 03:37:36 | UNK WEAP |
| 06/05/2015 | 03:37:54 | DTR IS W/RP |
| 06/05/2015 | 03:38:37 | RP DIDNT SEE AFTER HE FLED |
| 06/05/2015 | 03:38:48 | HIT HUSB W/OBJECT |
| 06/05/2015 | 03:39:00 | SHUT IT DOWN - POST/VOL |
| 06/05/2015 | 03:39:11 | 1A71 - TERMONTE N TERRACINA |
| 06/05/2015 | 03:39:13 | 1A72 |
| 06/05/2015 | 03:39:19 | WILL TAKE |
| 06/05/2015 | 03:39:40 | 1S70 - 980 |
| 06/05/2015 | 03:39:41 | HUSB WIFE DTR ARE ONLY OCC AT THIS TIME |
| 06/05/2015 | 03:40:03 | ALL FAMILY IS IN KITCHEN |
| 06/05/2015 | 03:40:25 | RP SEZ THEY NEGLECTED TO LOCK BACK DOOR AND THAT IS HOW HE CAME IN |
| 06/05/2015 | 03:40:26 | PORCELLANO - N TERR |
| 06/05/2015 | 03:40:33 | 1A71 WILL TAKE THE FIELD |

*6/11/2015 10:18:04 AM*

# Event Register

*Page 3 of  7*

From:  06/10/2015   10:16:11
To:      06/11/2015   10:16:11

| 06/05/2015 | 03:40:40 | RP DID NOT HEAR ANY VEHS LEAVE |
| 06/05/2015 | 03:41:17 | HAVE THEM STEP OUT |
| 06/05/2015 | 03:41:23 | RP ENRT TO FRONT DOOR |
| 06/05/2015 | 03:41:26 | W/FAM |
| 06/05/2015 | 03:42:07 | ATC CHP |
| 06/05/2015 | 03:42:21 | 1S70 - ETS FOR DOG AND CHP HELO |
| 06/05/2015 | 03:42:30 | RP SEZ THERE ARE NO COPS AT THE DOOR |
| 06/05/2015 | 03:42:44 | 1S70 CALL PLSPD (DOG) - AND SAN RAMON |
| 06/05/2015 | 03:43:09 | 1A74 - RIGHT IN FRONT OF THE HSE |
| 06/05/2015 | 03:43:21 | PLPD DOES HAVE A K9 REQ CP LOCATION AND WILL TRY FOR APPROVAL |
| 06/05/2015 | 03:43:32 | 1S70 - CP 1627 N TERRACINA |
| 06/05/2015 | 03:43:47 | PLPD K9 ENR |
| 06/05/2015 | 03:44:10 | CHP WILL ASCERTAIN FOR HELO , WCB |
| 06/05/2015 | 03:44:26 | 1S70 - SEE IF THE VALLEY UNIT CAN ASSIST |
| 06/05/2015 | 03:45:10 | W/COPS |
| 06/05/2015 | 03:46:01 | 1S70 - HAVE THE VALLEY CHK CROAK |
| 06/05/2015 | 03:46:17 | 1A74 - CHKING THE RESD |
| 06/05/2015 | 03:47:07 | 10S33 ADVSD |
| 06/05/2015 | 03:47:25 | 1S70 - STILL CLRING THE UPSTAIRS |
| 06/05/2015 | 03:48:24 | 1A73 - RESD CLR |
| 06/05/2015 | 03:48:48 | 1S70 - UPDATE ON SUSP - WMA - THICK 5'9 - 20'S - WEARING ALL BLK - RAN OUT THE BACK - POSS SB DIRECTION |
| 06/05/2015 | 03:48:53 | CHP CB -- NEG HELO |
| 06/05/2015 | 03:49:25 | SUSP LEFT HIS CELL PHONE |
| 06/05/2015 | 03:49:50 | C4 FOR MED |
| 06/05/2015 | 03:49:55 | 1A73 - RR YARD CLR |

# Event Register

From:  06/10/2015  10:16:11
To:      06/11/2015  10:16:11

| 06/05/2015 | 03:50:42 | 54D4 -- ENRT |
| 06/05/2015 | 03:50:53 | 1S70 - K9 1097 - WILL START PERIM SEARCH |
| 06/05/2015 | 03:51:20 | 1A72 - SMALL SERVICE RD BEHIND HSE |
| 06/05/2015 | 03:51:42 | 1A72 - MED 1097 |
| 06/05/2015 | 03:54:05 | 1A74– CHP TRANSFERRED 911 CALL/ 916 500 8047 SUSPECT PHONE |
| 06/05/2015 | 03:54:06 | VERIZON |
| 06/05/2015 | 03:54:24 | 54D4 - 30 SECS OUT |
| 06/05/2015 | 03:54:34 | Verizon Wirless 800-451-5242 |
| 06/05/2015 | 03:55:09 | 1A71 - HAS EYES ON THE RR OF THE HSE AND THE NEW CONSTUCTION |
| 06/05/2015 | 03:57:02 | VERIZON FAXING OVER FORM, WILL NOT RELEASE THE INFO FOR SUBSCRIBER INFO UNLESS LIFE THREATENING EMERGENCY |
| 06/05/2015 | 03:57:45 | 54D4 - CROAK/POSITANO |
| 06/05/2015 | 03:57:58 | 1A72 VOLTERRA NORTH OF N TERRACINA - RELOCATE |
| 06/05/2015 | 03:58:43 | 1A72 - JUST OPENED THE ACCESS GATE - 6 HSE'S DOWN |
| 06/05/2015 | 04:00:55 | 54D4 - THERE IS STILL A 980 - CLR THE CHANNEL MARKER |
| 06/05/2015 | 04:01:25 | 1A7 |
| 06/05/2015 | 04:01:30 | 1A73 - VOL/TER |
| 06/05/2015 | 04:01:43 | 1A72 - FAR SOUTH END OF TERRACINA |
| 06/05/2015 | 04:03:25 | 1A73 1154 1850 TERRACINA - 7CQL297 |
| 06/05/2015 | 04:03:52 | 1A73 - LIVES HERE |
| 06/05/2015 | 04:06:11 | 1S70 - TRY EBRP |
| 06/05/2015 | 04:06:23 | EBRP NEG |
| 06/05/2015 | 04:12:02 | LATE ENTRY PER 1S70/NOT LIFE THREATENING EMERGENCY FOR CELL PHONE INFO |
| 06/05/2015 | 04:13:47 | 1S70 - BEHIND THE HSE - WILL BE STARTING THE K9 SEARCH |
| 06/05/2015 | 04:15:54 | 1S70 - HEADING SB ON THE FIRE TRAIL |
| 06/05/2015 | 04:16:26 | MOVING SB BEHIND THE RESD |

# Event Register

From:  06/10/2015   10:16:11
To:      06/11/2015   10:16:11

| | | |
|---|---|---|
| 06/05/2015 | 04:18:39 | 1A74 - ALCO FIRE STATING- SILV MERZ - X DRIVER - JUST DRIVING IN THE AREA - UNK IF |
| 06/05/2015 | 04:19:32 | 1S70 NO VEHS ALLOWED IN THE AREA - TO BE STOPPED |
| 06/05/2015 | 04:19:43 | WIND BLOWING TWDS THE DOG |
| 06/05/2015 | 04:20:53 | 54D4 - STARTING SEARCH @ 1613 |
| 06/05/2015 | 04:21:20 | 54D4 - K9 WILL BE OFF LEASH |
| 06/05/2015 | 04:21:57 | 1S70 - MOVING SB TWDS CROAK |
| 06/05/2015 | 04:24:31 | 1S70 - HEADING SB ON CROAK |
| 06/05/2015 | 04:25:26 | 54D4 - 1613 IS CLR - SEARCHING 1609 |
| 06/05/2015 | 04:28:01 | 54D4 - 1609 CLR |
| 06/05/2015 | 04:28:12 | 54D4 - MOVING TO 1607 |
| 06/05/2015 | 04:32:29 | 54D4 - 1607 AND 1603 CLR |
| 06/05/2015 | 04:32:42 | 54D4 - SEACHING 1601 |
| 06/05/2015 | 04:35:07 | 54D4 - 1601 CLR |
| 06/05/2015 | 04:37:56 | 54D4 - 1618 HAS A CAMERA - POINTED DIRECTLY AT THE VICTIM HSE |
| 06/05/2015 | 04:39:24 | 54D4 - W/THE RESD AT 1618 - THEY ARE CHKING THE VIDEO FOR SUSP INFO |
| 06/05/2015 | 04:40:58 | 54D4 - OFF AT 1671 PORCELLANO - CAMERA IN THE DRIVEWAY |
| 06/05/2015 | 04:42:15 | NO ANS AT 1671 PORCELLANO |
| 06/05/2015 | 04:43:15 | 1S70 - HOLDING PERIM - UNTIL DAY SHIFT GETS ON - WILL CLR THE REST OF THE STREETS |
| 06/05/2015 | 04:43:33 | 1A71 - PC OF CROAK |
| 06/05/2015 | 04:43:43 | 1S70 - UTL ON THE FIRE RD AND DOWN CROAK |
| 06/05/2015 | 04:52:14 | 2A73-- WILL BE ENR TO VALLEY |
| 06/05/2015 | 04:52:18 | NOT LOGGED IN YET |
| 06/05/2015 | 04:53:05 | 1S70 -- ASC WHAT TIME CHP HELO WILL BE UP |
| 06/05/2015 | 04:54:12 | LL CHP |
| 06/05/2015 | 04:54:46 | CHP AIRPLANE GOES ON DUTY AT 0600 HRS |

# Event Register

From:  06/10/2015  10:16:11
To:    06/11/2015  10:16:11

| | | |
|---|---|---|
| 06/05/2015 | 04:59:30 | 1S70-- WILL GIVE REPORT INFO LATER |
| 06/05/2015 | 05:05:49 | 2A73 -- 1097 |
| 06/05/2015 | 05:09:01 | I75-- 7JXM395 PLT 1026 |
| 06/05/2015 | 05:22:38 | 2S70 -- 1097 CP |
| 06/05/2015 | 05:31:01 | 1S70 -- HAVE UNITS BREAK PERIMETER |
| 06/05/2015 | 05:41:52 | 2A73-XPORTING VIC TO DPS |
| 06/05/2015 | 05:45:41 | I75-1019 |
| 06/05/2015 | 05:50:24 | 2A73 -- 1097 DPS |
| 06/05/2015 | 06:14:49 | 1S70-WILL BE 212 5 |
| 06/05/2015 | 06:26:57 | 1S70 -- 1638 AND 1667 N TERRACINA HAVE CAMERAS |
| 06/05/2015 | 07:07:48 | 1A71 -- CLR ENRT TO THE STATION |
| 06/05/2015 | 08:20:13 | 1A73 -- CLR OF THE VICTIM RESD - ENRT TO THE STATION FOR EVIDENCE |
| 06/05/2015 | 08:30:25 | 2C75 -- FU AT THE STATION |
| 06/05/2015 | 08:47:57 | 2A74 -- 1061 W/X TO DPS - MILES020 |
| 06/05/2015 | 09:00:03 | 2A74 -- ENDING MILES W/X 025 |
| 06/05/2015 | 09:04:02 | COPY OF 911 TAPE AND RADIO TRAFFIC TO BE EMAILED TO SGT JDWHITE@ACGOV.ORG |

**Perso Supplemental Data**

| Name: | RITENOUR,WILLIAM | Age: | 0 | DOB: | | Eye: | Hair: | Sex: | M |
|---|---|---|---|---|---|---|---|---|---|
| Height: | 0 | Weight: | 0 | Race: | | Remarks: | | | |

| Name: | RITENOUR,WILLIAM | Age: | 0 | DOB: | 09291971 | Eye: | Hair: | Sex: | M |
|---|---|---|---|---|---|---|---|---|---|
| Height: | 0 | Weight: | 0 | Race: | | Remarks: | | | |

**Vehicle Supplemental**

| Make: | | Model: | | Model Year: | 0 | Color: | | State: | |
|---|---|---|---|---|---|---|---|---|---|
| Tag#: | 7CQL297 | Lic Type: | | Lic Year: | | Remarks: | | | |