1     IN THE UNITED STATES DISTRICT COURT

2     FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4   UNITED STATES OF AMERICA,                )   Case No.: 2:15-cr-00205-TLN
                                             )
5             Plaintiff,                     )   DECLARATION OF JOYCE ZARBACK
                                             )
6        vs.                                 )
                                             )
7   MATTHEW MULLER,                          )
                                             )
8             Defendant(s).                  )
                                             )
9   _____)

10  I, Joyce Zarback, declare:

11

12      1.   I am the mother of Matthew Muller.

13      2.   On June 2, 2015, my husband, John Zarback, and I paid for Matthew's cell
             phone.  The account was under my husband's name and mailed to our
14           address in Orangevale, CA.

15      3.   Matthew's cell phone number was (916)500-8047 and the phone was a
16           Samsung Galaxy Note 4.

17      4.   On June 5, 2015, spoke to Deputy Buenrostro who stated he had found
18           Matthew's cell phone.  I told him that my husband and I paid the bill but the
             phone belonged to Matthew.
19
        5.   In my contacts in my cell phone, Matt's number is listed at (916)500-8047.
20           When I could text Matt or call him in 2015, I would call or text this number.
21

22      I declare under penalty of perjury under the laws of the United States that the

23  foregoing is true and correct.

24

25  DATE:  3/10/16

26  _____
    Joyce Zarback
27

28

                                                                                    1