PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>MATTHEW MULLER,<br><br>                          Defendant. | CASE NO. 2:15-CR- 00205 TLN<br><br>STIPULATION AND [PROPOSED] ORDER FOR AMENDMENT OF BRIEFING SCHEDULE |

**STIPULATION**

IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES that the briefing schedule should be amended as follows:

| | |
|---|---|
| Defendant's Motion filed by: | April 11, 2016 |
| Government's Opposition filed by: | June 2, 2016 |
| Defendant's Reply filed by: | June 13, 2016 |
| Non-evidentiary hearing: | June 23, 2016 |

///

///

///

///

Stipulation and [Proposed] Order for Amendment of Briefing Schedule

Assistant United States Attorneys Matthew D. Segal and Heiko P. Coppola and Thomas A. Johnson, Attorney for Defendant, both agree to the amended briefing schedule.

IT IS SO STIPULATED.

DATED:  May 20, 2016

          /s/ *MATTHEW D. SEGAL*_____
MATTHEW D. SEGAL
Assistant United States Attorney

          /s/ *HEIKO P. COPPOLA*_____
HEIKO P. COPPOLA
Assistant United States Attorney

DATED:  May 20, 2016

          /s/ *THOMAS A. JOHNSON*_____
THOMAS A. JOHNSON
Counsel for Defendant MATTHEW MULLER

**O R D E R**

IT IS SO FOUND AND ORDERED this \_\_\_\_\_ day of _____, 2016.

_____
TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE