IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00205-TLN |
| Plaintiff, | DECLARATION OF MATTHEW MULLER |
| vs. | |
| MATTHEW MULLER, | |
| Defendant(s). | |

I, Matthew Muller, declare:

1. I am the defendant charged in this case.

2. For the limited purpose of standing to make a Fourth Amendment violation claim, I make this declaration pursuant to <u>Simmons v. United States</u>, 390 U.S. 377, 394 (1968).

3. I committed the burglary at the Dublin residence belonging to the Yen family. I entered a plea of no contest to the charges stemming from this event.

4. The cell phone that was seized by police was billed to my mother and step-father, but belonged to me. At that time, my phone number was (916)500-8047 and the phone was a Samsung Galaxy Note 4.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATE: June 15, 2016

/s/ Matthew Muller[1]
Matthew Muller

---

[1] Mr. Muller's declaration with the original signature is maintained in the client's file.

1