PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-205 TLN |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO EXCLUDE DEFENSE OF INSANITY AND EXPERT EVIDENCE ON MENTAL CONDITION |
| v. | |
| MATTHEW MULLER | DATE: September 22, 2016
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 12.2, the United States moves for an order barring Defendant Muller from asserting an insanity defense and also barring Defendant Muller from introducing any kind of expert evidence of any mental condition bearing on the issue of guilt. Defendant has not served and filed the required notices and the deadline passed on April 11, 2016. *See* Rule 12.2(a), (b).

Rule 12.2 requires early notice of intent to present an insanity defense and/or expert trial testimony on mental condition bearing on guilt. Such notice must be served on the government and filed with the clerk "within the time provided for filing a pretrial motion or at any later time the court sets." *Id.* According to this Court's Local Rules, "All pretrial motions shall be filed within twenty-one (21) days after arraignment unless a different time is specifically prescribed by the Court." *See* Loc. R. 430.1(c), Fed. R. Crim. P. 12(c). In this case, the Court originally set March 11, 2016 as the deadline for pretrial motions, but then extended the deadline to April 11, 2016. (Dkt. 21, 23, 26.) The Court never

U.S. MOT. TO EXCL. DEF. OF INSANITY & EXPERT EV. ON MENTAL CONDIT.

1

set a later date for Rule 12.2 notices.  Thus, the time for Defendant Muller to file Rule 12(b)(3) motions and/or a Rule 12.2 notice passed on April 11, 2016.

If Defendant were allowed to proceed with an unnoticed insanity defense or introduce unnoticed expert testimony on his mental condition, he would defeat the entire purpose of Rule 12.2.  "The objective is to give the government time to prepare to meet the issue, which will usually require reliance on expert testimony."  Rule 12.2, Advisory Committee Note.

The Court has set December 15, 2016 for trial confirmation and January 30, 2017 for trial.  (Dkt. 21.)  But this motion is noticed for hearing well before those dates.  The reason is that if Defendant Muller responds by attempting to make a late Rule 12.2 notice, the Government will need time to move for, arrange, and conduct its own examination of Defendant.  *See* Rule 12.2(c)(1)(B).  Taking up this matter forthwith is the best way to protect the trial date.

                                            Respectfully submitted,

Dated:  August 8, 2016                 PHILLIP A. TALBERT
                                            Acting United States Attorney

                                    By:  /s/ MATTHEW D. SEGAL
                                              MATTHEW D. SEGAL
                                              Assistant United States Attorney