THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Matthew Muller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>MATTHEW MULLER,<br>　　　　Defendant. | Case No.: 2:15-cr-00205-TLN<br><br>STIPULATION AND ORDER FOR CONTINUATION OF MOTION HEARING/STATUS CONFERENCE |

**STIPULATION AND PROPOSED ORDER**

　　　　The United States of America through its undersigned counsel, Matthew Segal, Assistant United States Attorney, together with Thomas A. Johnson, counsel for defendant, Matthew Muller, hereby stipulate the following:

1. By previous order, this matter was set for Motion Hearing/Status Conference on September 22, 2016.

2. By this stipulation, Defendant now moves to continue the Motion Hearing/Status Conference to September 29, 2016, at 9:30 a.m.

3. This continuance is requested because defense counsel is unavailable on September 22, 2016 as the result of a doctor's appointment.  The ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial because Failure to grant it would deprive the defendant of continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

1

4. The Court has already granted a time exclusion up until the jury trial currently scheduled on January 30, 2017.

5. Time is also tolled due to the filing of the Government's Rule 12.2 motion. *See* 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO STIPULATED.**

DATE:  September 19, 2016

/s/   Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Matthew Muller

DATED:  September 19, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ Thomas A. Johnson for
MATTHEW SEGAL
Assistant U.S. Attorney

**ORDER**

It is so ordered.

Dated: September 20, 2016

Troy L. Nunley
United States District Judge

2