PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0205 TLN |
|---|---|
| Plaintiff, | DENIAL OF UNITED STATES' MOTION TO EXLUDE |
| v. | DATE: September 29, 2016 |
| MATTHEW MULLER, | TIME: 9:30 a.m. |
| Defendants. | COURT: Hon. Troy L. Nunley |

On September 8, 2016 the United States filed a motion to exclude the defense of insanity and expert evidence on mental condition from being used by the defendant at trial. Should the Court accept a guilty plea from the defendant to charge listed in the indictment, the United States agrees that the Court should deny its motion to exclude as moot.

Dated: September 28, 2016           PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    By:  /s/ HEIKO P. COPPOLA
                                         HEIKO P. COPPOLA
                                         Assistant United States Attorney

MOTION DENIAL                                    1