**UNITED STATES OF AMERICA**

        Plaintiff,

v.

**MATTHEW D. MULLER ,**

        Defendant.

CASE NO. **2:15−CR−00205−TLN**

SCHEDULE FOR DISCLOSURE OF PRE−SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE−SENTENCE REPORT

    The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **9/29/2016** |
| Judgment and sentencing date: | **1/19/2017** |
| Reply or statement of non−opposition: | **1/12/2017** |
| Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **1/5/2017** |
| The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | **12/29/2016** |
| Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **12/22/2016** |
| The Proposed Pre−Sentence Report shall be disclosed to counsel no later than: | **12/8/2016** |
| Copies of this schedule given this date in court to: | AUSA − Defense Counsel − USPO |

Dated:   September 29, 2016

By: /s/ A. Shaddox−Waldrop  
      COURTROOM CLERK