Honorable Troy L. Nunely
United States District Court
501 I Street
Sacramento CA, 95814

FILED

NOV 16 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Your Honor:

2:15-CR-0205 TLN

My name is Brian Schlegel and I am writing a letter to help give some insight of my relationship and things that I have witnessed that might assist in the sentencing of Matthew Muller. I have known Matthew Muller since his earliest days in the United States Marine Corps. I believe that I can give history into the character and mental state of Matthew at that time, including some things that are very personal to me and have helped shape me to this day. Matthew Muller and I shared the first year of our military life together and our decision to serve our country threw us together as roommates, bandsmen, riflemen, and classmates.

October 1st of 1995, Matthew Muller and I left for MCRD San Diego; I was 17 years old at the time and Muller was 18. We were placed in the same platoon for boot camp. Immediately, they placed paint markings on us to change our diets to make our bodies fit the Marine Corps aesthetic, and every one could see your rations marking. I was identified as a double rations recruit while Muller was placed on half rations, meaning I was given 4 times as much food as Matthew for every meal. His heavy set frame dwindled down every day from a lack of food and simultaneous extreme exercise. While I was eating twice the food as a normal recruit, Muller was required to eat only half the normal amount. Through his extreme determination, Muller's weight loss was dramatically effective. By the end of the 16 weeks, he looked like an ideal Boxer dog, with every bone on his rib cage exposed and a stomach that had sunken in to be smaller than the width of his pelvic bone. He may have been able to meet the Marine standards, but his health and appearance had taken a negative turn.

During boot camp other recruits had targeted me as emotionally weak. I was much younger than many of them, and I became an easy target. Since I was going into the Band, homosexual insults were targeted at me and I feared several times for my own safety. Muller stuck up for me. Looking back on this now, I realize he could resented me for my increased rations or my metabolism, but he saw that I needed help and defended me. He was my first friend in what felt to me like a world of chaos. After boot camp graduation, we were both heading back to Sacramento. We talked about meeting up over the break but never made it happen.

In January of 1996, Muller and I were headed back to Camp Pendleton for an additional few weeks of combat training. All of the marines were proud in their new uniforms and we traveled on civilian planes. Muller and I paired up as hooch mates, meaning that while we were spending 4 weeks out in the field we shared a small tent. We had a lot more time to socialize and learn about each other's families. While out in the field we ate MRE (Meals Ready to Eat), and if it weren't for Muller, I would have felt starved because it was a drastic caloric loss compared to the amount of food that I was used to eating during boot camp, but he always had leftover food to share. He had gotten used to starving himself during boot camp. I bring this up because I believe Muller's desire to fit his body into the Marine Corps

Re: Sentencing of Matthew Muller

mold during boot camp changed his outlook on the world, and his forced lack of food exasperated this feeling of having to suffer to make himself fit in.

Upon graduation we left for the Military School of Music in Norfolk, Virginia. We shared a room on the Marine floor of the barracks with another marine from Sacramento and were all placed in the same classes and ensembles. This was the first time we could bring personal items into our living situation. I bought a stereo and Muller bought a rice cooker. I would practice every day during the work week and spent the weekends going out looking for parties or hang out at the beach or clubs. Muller would practice and study through the week and additional running outside of the mandatory physical training, and he never went out on the weekends. He stopped going to dinner with us because he would just drink the PowerAde from the fountain drinks, and then go back to the room to make rice with garlic. By the end of the six months of living together I noticed Muller was only consuming rice with garlic several times a day as his sole food source. It bothered our other roommate a lot, and the two of them would argue about the smell in the room or the fact that Muller started to really become a shut-in who would not leave the room.

Once we got our new duty assignments, we all went our separate ways. I didn't talk to Muller often but heard about his accomplishments through our network of Marine musicians. I am going to outline some of the normal duties of a Marine Musician that the public might not be aware of to help illustrate the work and potential hazards that Matthew would have been exposed to during his time as a bandsman. New members to the band have duties that are primarily heavy labor, and as you get promoted in your assignment you move into leadership-oriented positions. Before we went on any assignment, all of the junior-ranking Marines would load up all of the equipment. This could happen several times a day, depending on how many performances the band had that day. The junior-ranking Marines often are injured because they are told to work fast in order to make a flight or one of the next performances. I hurt myself twice while on the duty. Once I strained my back lifting heavy sound gear on the truck, and the second time a tuba case landed on my toe. I mention this because I know that Matthew was injured as well, but because I was not present, I suggest you request a description from someone who did witness his injury.

I hope this helps illustrate the stressors that are built into the dynamics of the job that we signed up for many decades ago. I have always felt that Matthew Muller was a round peg struggling to fit into a square hole. He was trying to fit the mold of a Marine because he believed in life, liberty, service, and country and that sometimes is not simple. He was always kind to me and defended people that needed someone to speak up for them. Matthew was well spoken, very articulate, and had a passion for higher learning. I saw that Muller was trying to fit in to the Marine mold no matter the obstacle.

Sincerely,

*[signature]*

Brian R. Schlegel


Re: Sentencing of Matthew Muller