THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Matthew Muller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>MATTHEW MULLER,<br>　　　　Defendant. | Case No.: 2:15-cr-00205-TLN<br><br>STIPULATION AND ORDER FOR AMENDMENT OF SCHEDULE FOR DISCLOSURE OF PSR AND SENTENCING<br><br>Date: March 16, 2017<br>Time: 1:30 p.m.<br>Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 30, 2017, should be continued to **March 16, 2017 at 1:30 p.m**. in the same courtroom.   Defendant needs additional time to prepare for sentencing.  Matthew D. Segal and Heiko P. Coppola, Assistant United States Attorneys, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  All parties understand that there are unlikely to be any further continuances. The PSR schedule is amended as follows:

Judgment and Sentencing:                                                         March 16, 2017


Reply or Statement of Non-Opposition                                      March 9, 2017
and Sentencing Memorandum

1

| | |
|---|---|
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | March 2, 2017 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | February 23, 2017 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 16, 2017 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | February 2, 2017 |

**IT IS SO STIPULATED.**

DATE:  December 16, 2016

   /s/   Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Matthew Muller

DATED:  December 16, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ Thomas A. Johnson for
MATTHEW SEGAL
Assistant U.S. Attorney

## **ORDER**

   It is so ordered.

Dated: December 16, 2016

Troy L. Nunley
United States District Judge

2