

Correspondance for The Honorable Judge Nunley - RE: Matthew Muller
Eve Florin
to:
mkrueger@caed.uscourts.gov
01/06/2017 04:02 PM
Hide Details
From: Eve Florin <̶e̶v̶e̶f̶l̶o̶r̶i̶n̶@̶h̶o̶t̶m̶a̶i̶l̶.̶c̶o̶m̶>
To: "mkrueger@caed.uscourts.gov" <mkrueger@caed.uscourts.gov>

**FILED**

JAN  9 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

*2: 15 - CR - 205 - TLN*

Dear Michele,

I hope this note finds you well.

I am hopeful that you can help me reach The Honorable Judge Nunley. Is he in charge of sentencing Matthew Muller?

If he is, can you please share the following note with him?

Thank you so much for your help. It is much appreciated.

With kind regards,
Eve
---

Your Honor,

I have thought about writing you for quite some time. I have been in such a state of disbelief that it has been difficult to put these words into order. However, in view of Matthew Muller's imminent sentencing, I hope this note lends some additional insight into his history and his character.

Matt Muller was kind in a way that is rare. I met him in my first minutes of attending Pomona College when he spotted my mother and me struggling with large boxes on move-in day. He immediately offered to help, which we gladly accepted.

This generosity of spirit, this nature to serve extended far beyond the first day.

Matt, time and again, extended his hand, and more than anyone I had ever met, strived to be noble, to be kind, to be generous, to affect change for the good of the community.

I had the privilege of living next to Matt as a sophomore in college and called Matt a friend throughout our three years at Pomona.

It was no surprise that Matt graduated at the top of our class— it was well-earned and years in the making.

Shock doesn't begin to describe the visceral reaction I had when reading about his transgressions. What a tragic turn of events for a man who, when healthy, could achieve extraordinary feats— intellectually, physically and spiritually. How unfortunate and brutal mental illness can be, what an

insidious parasite.

I am so sorry for the lives that he has disrupted. I can only imagine what anguish his actions have caused and in no way do I want to dismiss or diminish the heart-wrenching impact that he has had on these individuals.

I only want you to know that there is a goodness in Matt that runs deep to his core and I hope that he has the chance to find light again. He will shine on all when he finds his way back.

Sincerely,

Eve Florin