The Honorable Judge Troy L. Nunley
Robert T. Matsui US Courthouse
501 I Street
Sacramento, CA 95814
Courtroom 2, 15th Floor

Matthew Quinn
404 China Rose Ct
Lincoln, CA 95648

January 30, 2017



**FILED**

FEB 23 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　DEPUTY CLERK

Dear Judge Nunley,

The week of March 23, 2015 was hands down the worst week of our lives. I couldn't believe my ears when I heard Denise was kidnapped and Aaron was in police custody. It made absolutely no sense. Aaron is my youngest brother. I watched him grow from being a sweet little kid, into a mature, successful high school student. Growing up, he was the one I could always talk into playing football and basketball with me. In high school, he had more friends that you could count, and yet he always made time for every one of them. Aaron was the young man to broker peace and solve problems. He had never even been in a fight. I could not believe that he would do anything to hurt Denise. And he didn't. Matthew Muller did.

My emotions went from disbelief, to shock, to sorrow, and then to relief when Denise was found alive, only to go through the whole cycle again when the Vallejo Police accused Aaron and Denise of creating a hoax. Relief didn't come again until Matthew Muller was arrested after trying to do the same thing to another unfortunate family less than three months later. As angry as I am at the complete, abject failure of the law enforcement in the case to do their jobs, it is Matthew Muller who created this entire awful situation.

Aaron didn't deserve this. He is unquestionably the kindest, hardest working, and most dedicated person I know. He studied at UC Davis, then went on to Azusa Pacific for Physical Therapy School. In 2010, he received his doctorate in Physical Therapy. At the time of the kidnapping, he was employed by Kaiser Permanente and had been serving the city of Vallejo for years as a dedicated therapist assisting patients in physical rehabilitation following severe strokes, accidents, and other medical emergencies. It takes a very special person to work with patients and their devastated family members after such traumatic events. This is especially true when the patient can longer speak, eat, or move as they had prior to their illness or accident. Aaron is endlessly patient and has a tremendous capacity for empathy and kindness. He always has. He loved his job and the community so much. Matthew Muller took that job from him.

Aaron purchased his first home on Mare Island in 2012, and was enjoying the benefits of new homeownership. As a hobby, he had recently taken up woodworking and was taking pleasure in creating projects for his house. Aaron's girlfriend, Denise Huskins, the victim of the abduction, was finishing her neurological residency at the Kaiser Facility. Both Aaron and Denise were upstanding citizens of Vallejo. They were young working professionals, off to promising careers with a bright future. This should have been the time of their lives. Matthew Muller robbed them of it.

We witnessed Aaron and Denise's reputations ruined on a worldwide stage. Their professional lives and integrity crumbling in around them. They had worked so hard to achieve their goals. It was the most awful experience to witness. Watching TV and hearing the Vallejo Police Department and news media say they were liars was sickening. This went on for months, until the cell phone was found by the Dublin police. No one in our family could sleep, eat or think straight. Aaron and Denise had the life drained out of them. They were in a state of shock. Nothing prepares you for seeing those you love in such agony. It was heartbreaking. My parents, and brother were beside themselves with grief, sorrow and disbelief. Every member of our family suffered mentally, physically and emotionally. Our twin daughters, Aaron's nieces, were very upset that their uncle was being accused of a hoax. They thought he was going to jail, and that our entire family was in trouble. Our girls feared they would have to move away from neighbors, close friends, and the community they loved, just like Aaron and Denise.

After the tragic, horrifying incident, Aaron and Denise needed empathy, compassion and a sense of safety. Instead, they were devastatingly attacked by those sworn to protect them. Our mistrust of law enforcement will be lifelong. This chain of events would have never occurred without the unspeakable crimes that the defendant, Matthew Muller chose to commit. He put the victims, Denise's family and our entire family through a living hell.

Denise survived the worst nightmare. She was kidnapped, raped twice and tortured with the belief she was going to die. Nobody goes back to a normal life after what she experienced. The pain never ends. Aaron and Denise continue to live with fear and mistrust. Fear of criminals, the police, and the public who believes they are still guilty. Muller needs to pay for the suffering he has caused. He is a threat to society and other innocent families just like ours.

Sincerely,

*Matthew Quinn*

Matthew Quinn