7931 Logan Lane
Penryn CA 95663
February 23, 2017

Honorable Judge Thomas J Nunley
United States District Court
501 I Street, #4200
Sacramento, CA 95814

FILED 2:15 cr-205 TLN-1
FEB 27 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Dear Judge Nunley:

    On March 23, 2015, Matthew Muller changed our family's life forever. Aaron is the youngest of our three sons. Even as a young child, Aaron was always looked up to by his peers and often was asked by his teachers to help other students who were struggling academically or socially. He always did that willingly and we were very proud of him.  An excellent athlete and student, he was selected by the faculty of Del Oro High School as the male student who best exemplified the qualities of high moral character, compassion and leadership ability. He then attended University of California at Davis. He graduated from Azusa Pacific University as a Doctor of Physical Therapy. After graduation, he spent most of his vacation days taking continuing education courses in order to improve his skills. He loved his job at Kaiser Hospital in Vallejo working in the rehabilitation unit.

    We only met Denise Huskins once before the kidnapping. We were impressed with her dedication to her patients and her lovely, easy going personality.  Denise has a similar background as Aaron and is also a Doctor of Physical Therapy. She also worked at Kaiser Vallejo helping stroke and traumatic brain injured patients learn to walk, talk, speak, and return to as much function as possible. There are few health professionals who have the calling to help some of the most challenged and fragile patients. The world is a better place because of people like Aaron and Denise.  Because of Matthew Muller and the subsequent actions by law enforcement, Kaiser patients are not being treated by these compassionate and gifted physical therapists.

Aaron was always a confident, well liked and responsible person who enjoyed life. After this horrible incident, he could hardly function. He was withdrawn, depressed, sleep deprived, and still suffers from PTSD. Denise went through hell. Denise was withdrawn, cried easily, startled at the slightest sound, and suffered untold emotional trauma. The attacks on Denise and Aaron in social media were devastating and the attacks were even more vicious on her. Slowly, they are recovering from trauma inflicted to them from Muller and law enforcement. They are innocent, law abiding people who did not deserve this.

During the kidnapping, Muller told Aaron that he knew where we lived and threatened to harm us if he went to the police. Muller demanded that Aaron tell him where his brothers and their families lived. He threatened to hurt Denise. He drugged both Aaron and Denise. Muller's co-conspirators are still out there and we do not feel safe.

The memory of March 23 still haunts us daily. We sat in the police station until 4 am, not knowing if Denise was dead or alive. We thought that the police were arresting Aaron. We kept thinking this could not be happening; the fear, anxiety, and horror that we felt cannot be adequately expressed. When the police moved Aaron to a place where we could hear them read him the Miranda rights, we both wanted to die. Marianne curled up on the floor crying and Joseph had chest pain that almost caused us to go to the hospital. Matt Muller and his gang caused this to happen to us and the psychological effects continue to this day.

Aaron's mother is registered nurse with a master's degree in psychiatric nursing. She has had extensive experience with severely mentally ill adults and children. Matt Muller planned this crime. He stalked Aaron, a person who he never knew. These are not the actions of a psychotic person who did not know what he was doing. Matt Muller is a violent, dangerous man who committed numerous crimes including rape during a kidnapping.

Muller states that he wrote the 16 page email that is in the FBI affidavit by himself, and did all the crimes he outlined in it by himself. In that email, the writer refers to his "Ocean Eleven " colleagues as a group of criminals who broke into homes, stole cars, drag raced, and did the kidnapping as a "trial run" prior to going for a victim with more money. The writer also wrote that Aaron and his ex fiancé were the targets of the kidnapping for personal and financial reasons. If it was financial, Muller and his gang should have kidnapped Aaron since we would have been able to provide far more than $17,000 ransom. When the ex-fiancé was not at the house, the kidnappers took Denise knowing that she was not the ex-fiancé. Muller also told Denise that he had to rape her to satisfy his "boss". Who is the "boss"? This was personal and we believe that someone may have encouraged Muller and his gang to do this horrendous crime. We don't know what the truth is. In the email which was sent to the press, he claims that there was a gang . Now, he says he did it all the crimes himself. Is he really remorseful? Is he covering up something?

There have been no charges filed as a result of what Muller did to Aaron. These charges could be assault, battery, extortion, robbery, auto theft, false imprisonment and probably more. When and how will Aaron get justice?

Our family would not have suffered except for Matt Muller and his fellow criminals. Please consider the effects that Muller has had on our family and the risks he poses to the general population during the sentencing. Thank you.

Sincerely,

*Marianne Quinn RN, MS*

Marianne Quinn

*Joseph R. Quinn M.D.*

Joseph Quinn