FILED

MAR 0 7 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ 133
DEPUTY CLERK

Honorable Troy L. Nunley
United States District Court
501 I Street
Sacramento, CA 95814

Your Honor,

My name is Jane Remmele and I am the mother of Denise Huskins. I want to share with you the feelings and reactions I have experienced resulting from my daughter's kidnapping and subsequent treatment by her captor, law enforcement officials, the media and the public.

Returning home from work on March 23, 2015 I received a call from the Vallejo Police Department in which I learned my daughter was missing. During the phone call it was stated she may have been kidnapped and that they were questioning Aaron regarding his role in the event. I was told to hope for the best but that I should prepare for the worst. Upon reaching home, I tried to assess what I had just learned and I was most struck by the nonchalant nature of the suggestion by the police that Denise was missing.

Tuesday morning, I started for work, but returned home when the gravity of the situation hit me when I heard a report over the radio about Denise. That afternoon it was determined that I should go to Vallejo to identify my daughter's voice that was on a recording the police had obtained. I was accompanied by my son and we ultimately met with the Vallejo police from 9pm until midnight. Once again, I was struck by the almost cavalier attitude of the detective who questioned us. Ultimately, we were escorted to our car by a second detective whose parting remark to us, while I am sure was intended to give us hope, only confused an unclear and troublesome situation.

During the next 24 hours, news of Denise's release brought relief to me and her family but also created a firestorm of accusations and misinformation that would ultimately prove to be incorrect. Hearing the Vallejo police call my daughter the perpetrator of a hoax, learning the FBI was 99% sure she was guilty of faking a kidnapping and seeing and hearing stories on TV, radio and the internet misdirected the spotlight to two innocent victims and away from the search for the people responsible for these acts. Finally, watching the Vallejo PD spokesman state "it is Ms. Huskins and Mr. Quinn who owe the community an apology" made me think that the VPD had written the book report after reading only the first chapter. I kept wondering if the outcome would have been any different if the law enforcement agencies had not been so quick to brand Denise and Aaron as hoaxsters.

The next few days I learned firsthand about the treatment of Aaron and Denise during the initial portion of the crime while in Aaron's house and the subsequent treatment of my daughter until her release. I remember being shocked by the recounting, in detail, of the ordeal, the utter disbelief that things like this happen to people (least of all my daughter) and the complete feeling of helplessness that came over me. More than once I would need to touch her or hold her just to make sure she was back and to try to get through the next few moments. My daughter is mentally and emotionally a strong person yet here I was trying to give her strength to carry on.

By the following weekend I had returned home, but found it necessary to speak with Denise daily just to hear her voice. She returned to our home often the first year, staying for a couple of days or several

weeks. It became obvious with these visits that life as we had known it was about to be put on hold. Sometimes, while she was in her old bedroom, I would be awakened in the middle of the night by Denise's crying. I would go in to her room and lay with her. All I could do was hold her and tell her I love her. At times, her sobbing was inconsolable and it was all I could do to hold back my own tears. Nothing has ever made me feel so helpless as not being able to make things better for my daughter.

The portrayal of Denise and Aaron in the media has been astonishing to me. Seeing her face on the TV or computer screen the first few months finally became numbing to all of us. There was no escape from the story that we knew was filled with inaccuracies. The anonymous social media attacks that continue to be aimed toward my daughter are cruel, vulgar and unwarranted. As much as anything else, this has been difficult for me to accept-the disparaging remarks aimed at Denise by people ill-informed or too lazy to learn the truth. This behavior is not limited to people who don't know or have never met my daughter, nor does it seem like it will end anytime soon. Within the first few months after the kidnapping an acquaintance stopped me in the supermarket and asked "why did she do it?". Times like this, I find that I can't or shouldn't speak. What I really want to do is tell everyone what a great daughter I have, how proud of her I am for handling things as she has and how much I love her.

I understand the sentencing of the felon responsible for the kidnapping is mandated by a formula and after input from both sides and deliberation by the court a term will be announced. It will have a beginning and an end. The sentence the guilty party gave to Aaron and Denise almost two years ago has no such boundaries. They will live with the trauma of this event for the remainder of their lives. Learning to cope with it, suppressing images and reminders and ultimately moving as far away from it as possible will be a part of their routine forever.

The irony in all of this is not lost on me. A person who kidnapped my daughter is to be sent to prison for just that-kidnapping. My daughter was also drugged, restrained, abused and sexually assaulted. Aaron was drugged and restrained. Should no sentence be imposed for these crimes justice will not have been served. In effect, a free pass will have been given to the felon for these other acts. I have no idea how this is possible and it sickens me as much as anything that has happened in the past two years.

Denise has continued her education throughout her adult life. She graduated California State University Long Beach, CA. with a major degree in Kinesiology and a minor degree in Entrepreneurship. She then was accepted to Long Island University Brooklyn, NY. and graduated with a Doctorate in Physical Therapy. She loves her profession and enjoys helping others rehabilitate. This passion lead her to completing a post-graduate residency specializing in working with adults suffering from brain and spinal cord injuries. During her completion of the PNF certification program at Kaiser in Vallejo, she applied for a fellowship specializing in orthopedic physical therapy. To her great disappointment, the fellowship offer was withdrawn after the kidnapping and the character attacks that followed for months afterward.

I would like to share with a little more of who my daughter is, what she means to me and her character. For me, a picture speaks more than any group of words I could put together so I have enclosed a collage of photographs with this statement. Matthew Muller's crimes against my daughter paralyzed her from pursuing her profession and immobilized her mentally, physically and emotionally for the better part of a year. After surviving the kidnapping and many other assaults from this felon, Denise has continued to heal with help from her family, lifelong friends and professional therapists. I take great pleasure in

seeing her strengths renewed and her professional focus return. I am confident that my daughter will teach herself all the things necessary for her to enjoy the happy and healthy life she previously enjoyed.

We don't know where life is going to take Denise and Aaron. I do know that wherever that path leads they will have the unending love and support of their families and friends. We will enjoy and cherish those times together, the memories we will make and the love we will share. I have only ever wanted health and happiness for each of my children. I am forever grateful to still have my daughter in my life. A daughter needs her mother to nurture her toward adulthood and after the events of those 3 days in March, 2015, I realize just how much I need my daughter.

Sincerely,

Jane L. Remmele








