# HARVARD LAW SCHOOL

CAMBRIDGE · MASSACHUSETTS · 02138

HARVARD IMMIGRATION AND
REFUGEE CLINICAL PROGRAM
Harvard Law School

*Location:* 6 Everett St., Suite 3103
*E-mail Address:* hirc@law.harvard.edu
*Phone:* 617-384-8165

December 6, 2016

To Whom It May Concern:

We write this letter in support of Matt Muller. During his time at HLS, Matt was integral to the development and leadership of the Harvard Immigration and Refugee Clinical Program (HIRC). He contributed his extraordinary intellectual and organizational talents to the work of HIRC and the Harvard Law School (HLS) community. Matt showed a unique kindness and generosity of spirit that nurtured his colleagues at HIRC and his many clients, whom he treated with respect and compassion. We are proud of the imprint Matt made at HLS, which is at odds with his untreated bi-polar disorder and his consequent behavior. He is remembered as a man of integrity, decency and compassion, qualities we trust will be reflected in any sentence rendered.

By way of background, for over 30 years, HIRC has worked to secure and expand legal protections for individuals from around the world who are in danger of being returned to countries where they will face persecution, torture, or other human rights abuses. HIRC combines representation of applicants for asylum and other forms of humanitarian protection with appellate litigation and policy advocacy at the local, national, and international levels.

Matt's work at HIRC allowed for a two-fold increase in the number of students and clients the Clinic served by setting up a new clinical site at Harvard Law School, in addition to the long-standing site at Greater Boston Legal Services. This was an enormous undertaking which he shouldered with scant administrative assistance. He saw that every student carrel, book, file cabinet, and supply was in place and with Clinic Director and Clinical Professor Deborah Anker ensured that students and clients alike would receive the support and services they needed.

During his time at HLS, Matt represented dozens of clients from around the world, including from Iraq, Cameroon, Kenya, among others. Matt went to great lengths to help assist everyone who asked. His commitment to helping others knew no bounds, and he took on case after case to try to ensure that as many immigrants and refugees as possible put forward the strongest case they could.

In addition to direct representation, Matt also wrote and contributed to leading articles and important amicus briefs to federal courts and the U.S. Supreme Court. He advised countless lawyers from across the country on points of U.S. refugee law and its progressive interpretation. He regularly co-taught reading groups and courses with Professor Anker and Clinical Teaching

and Advocacy Fellow Jean Han, including Immigration Policy and Social Change, which required coordinating with prominent immigration lawyers, government officials, and policy advocates from across the country to present guest lectures.

Matt stepped in as Acting Director of the Clinic while Professor Anker was on research leave in the fall of 2008. That semester, he was appointed as a Lecturer on Law at HLS, teaching the Immigration and Refugee Advocacy seminar to approximately 20 law students and developing extensive, new, and innovative materials for the course. In their course evaluations, HLS students commended Matt for his outstanding performance, awarding him a score of 4.94 out of 5 in terms of overall effectiveness as an instructor and 4.8 out of 5 in terms of overall effectiveness of the course.

Matt was dedicated to his clients and his students, often working late into the night and on weekends to meet their needs. Regardless of how busy he was, Matt was always willing to stop and answer questions and write recommendation letters for students seeking fellowships to support their work on behalf of people in need of immigration assistance.

Matt returned to his home in California to attend to family responsibilities in the spring of 2009. Not wanting to absent himself from his clients and students, he stayed on at HIRC, flying back and forth across the country in order to co-teach the Immigration and Advocacy seminar with Professor Anker and worked closely with her to manage a team of research assistants engaged in updating her treatise, *Law of Asylum in the United States*.

At the time Matt was with us, we did not see signs of mental illness; in 2009 or 2010, after he had finished teaching at HLS, Matt's wife called Professor Anker, looking for him. Around that time, Professor Anker spoke with him, and he explained that he had been receiving treatment for bipolar disorder, but the medication prescribed was not working. From the news reports that have come to our attention, it is evident how much Matt's mental health has deteriorated over the past six or seven years since he was at HLS.

We ask that you consider all of Matt's positive qualities as a person, a teacher, a colleague, and lawyer, in deciding how to sentence him. Matt accomplished an enormous amount during his time at HLS and consistently tried to take on more than seemed possible in serving the community. We are confident that with treatment Matt can once again make tremendous contributions. Please let us know if you have any questions. Professor Deborah Anker can be reached at 617-584-2974 or danker@law.harvard.edu.

Thank you in advance for your consideration.

Sincerely,

Deborah Anker
Clinical Professor, Harvard Law School[1]
Director, Harvard Immigration and Refugee Clinical Program

---

[1] All institutional affiliations are for identification purposes only.

2

Sabi Ardalan
Assistant Director, Harvard Immigration and Refugee Clinical Program

Ting Chen
Harvard Law School (JD '09)

Lisa Dealy
Assistant Dean for Clinical and Pro Bono Programs
Harvard Law School

Laura Fontaine
Harvard Law School (JD '08)

Vaidya Gullapalli
Harvard Law School (JD '08)

Jean Han
former Clinical Teaching and Advocacy Fellow, Harvard Law School, 2007-2009
Practitioner-In-Residence, American University, Washington College of Law

Helen Lawrence
Harvard Law School (JD '09)

Lauren Matherne
Harvard Law School (JD '08)

Judy Murciano
Associate Director and Director of Fellowships, Bernard Koteen Office of Public Interest Advising
Harvard Law School

Scott Paltrowitz
Harvard Law School (JD '08)

Mindy Roseman
former Academic Director, Human Rights Program, Harvard Law School, 2005-2016
Director, Gruber Program on Global Justice and Women's Rights, Yale Law School

Andrea Saenz
Harvard Law School (JD '08)

Alexa Shabecoff
Assistant Dean for Public Service
Director, Bernard Koteen Office of Public Interest Advising
Harvard Law School

Kristin Small
Harvard Law School (JD '08)

3

Stephan Sonnenberg
Clinical Instructor, Harvard Negotiation & Mediation Clinical Program, 2007-2011
Clinical Legal Expert, Jigme Singye Wangchuck School of Law, Thimphu, Bhutan

Craig Wickersham
Harvard Law School (JD '09)

October 20, 2016
To Whom It May Concern:
I am writing in support of Matthew Muller.

My name is Faras Sadek, I have known Mr. Matthew Muller for more than10 years. It was late of 2006 when I met Matthew for the first time through a mutual friend. In 2007 I was his client for my asylum case in US.

Matthew was not just a lawyer, he was a friend that I trusted and felt comfortable to talk to. He was humble and trustworthy and more important he was a real human.

When I introduced to Matthew in 2006, he guided me to find a private lawyer because he could not take my case. He kept checking on my case even-though it was not his responsibility. When I told him that my asylum case is not going well, he found a way to take over my case. I still remember how relieve it was to have Matthew in my side.

When Matthew had to leave Harvard and move to California, he handed my case to another attorney, Sabi Ardalan, still he kept checking on my case. He was happy when I told him I won the case in 2011.

Matthew invited me to visit him and his wife, Asel, in California, I had a great time them, they make me feel I'm part of the family.

For me, Matthew is an example of smart, caring and humble human being, I appreciate every moment I got to know such a good person.