Case 2:15-cr-00205-TLN-EFB   Document 57   Filed 03/13/17   Page 1 of 2

FILED
MAR 13 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Dear Honorable Judge Nunley,

I am writing you regarding the pending sentencing of Matthew Muller. I feel compelled to state that this man is evil in nature and deserves the maximum sentence for his heinous crimes of kidnapping, torture, and raping my beloved daughter Denise Huskins.

Ever since the kidnapping, my daughter Denise has been living an emotional hell caused by Mr. Muller. Denise continues to seek professional counseling for the emotional distress Mr. Muller has caused her and it will be a long battle for my daughter. The emotional and physical damage I'm afraid will be long lasting.

Denise is the love of my life. When she was child I would tell people that Denise was the little angel God wanted to share with me. She seemed to have a glow surrounding her, she was happy, loving, kind and positive in nature. So this kidnapping event absolutely devastated me.

The evening I received the call from the Vallejo Police Department about the event, I was in total shock. They told me to expect the worst, but by nature I rejected that and needed to know more. So the next morning I flew up to the bay area to meet with the Vallejo Police Department. I arrived a little earlier than our scheduled meeting, so I sat in my car waiting for the meeting time. As I sat there in the car I looked around and saw the media outside. All of a sudden it hit me, this is real. All I could do was sob.

After the meeting with the Vallejo Police Department I left feeling distressed, angry and in shock, wondering if I would ever see my beautiful daughter again. I sat in my car and said a prayer asking God to watch after Denise. Then, within twenty minutes of my prayer, I received a call from the Vallejo Police Department asking me to come back to listen to a recording. It was the proof of life. Temporarily my distress, anger and shock was tempered because there was now hope that Denise was alive.

Then, the miracle happened. The next morning, I received a message on my phone from Denise that she was released by the kidnappers. I cannot describe to you the relief I felt at that moment. All I wanted to do was make sure she was in a safe place.

Matthew Muller's crimes against my daughter and her boyfriend, Aaron Quinn, were premeditated. He carefully planned the event, even to make a dry run the week before while my daughter and Aaron were asleep in bed. Mr. Muller and his associates staked out Aaron's home for many months, planning this. So he knew all along what he was doing.

I believe Mr. Muller enjoyed himself. He and his associates had convinced themselves that they could outsmart law enforcement and easily carry on with these crimes indefinitely.

Before my daughters kidnapping, Mr. Muller was under the radar of the Palo Alto and Maintain View law enforcement agencies for breaking and entering and attempted rape. However, these law enforcement agencies did not have enough evidence to detain him. As a result, he was free to carry on again and he did, this time attacking Aaron and my daughter.

Your honor, I'm sure you carefully studied the facts of the case. Please be reminded of the assault Mr. Muller inflicted on my daughter. He tied her up, drugged her, blindfolded her, threw her in the trunk of his car and took her on a four-hour car ride. Once he reached his destination, Mr. Muller tied my daughter to the bed and continued to drug her. He terrorized my daughter, threatening her with harm constantly. And yes, your honor he raped her, not once but twice. The horror she went through is

unimaginable. Only because of her strength did she manage to be set free after forty-eight hours of horror.

If it weren't for the excellent investigation of the Dublin Police Department and Alameda County Sheriff's Office Mr. Muller would still be at large. Mr. Muller was at it again, after he had kidnapped my daughter, he attempted this crime on another family.  Like I said before, Mr. Muller likes it.

Matthew Muller is a very dangerous character. He should never be given the freedom to commit these acts again. I'm pleading with you to show no mercy on this criminal and please sentence him to the maximum sentence allowed by law.

Thank you for reading my letter.


Mike Huskins

Father of Denise Huskins