Matthew Muller Re. No. 72875-097
Name and Prisoner/Booking Number

U.S. Penitentiary Tucson
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson, AZ 85734
City, State, Zip Code

**FILED**

APR 0 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW MULLER                     )
                                   ) CRIMINAL
    Defendant/Movant           ) CASE NO. 2:15-cr-00205-TLN
                                   ) CIVIL
vs.                                ) CASE NO. _____
                                   )
                                   )     APPLICATION TO PROCEED
UNITED STATES OF AMERICA           )       IN FORMA PAUPERIS
    Plaintiff/Respondent        )         BY A PRISONER
                                   )

I, __Matthew Muller__, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief:

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?   ☒ Yes   ☐ No
   If "Yes," state the amount of your pay and where you work. __I receive no pay. I volunteer my time as a legal assistant as a unit orderly.__

2. Do you receive any other payments from the institution where you are confined?   ☐ Yes   ☒ No
   If "Yes," state the source and amount of the payments. _____

98-ifphab
Revised 6/98

1

3. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?  ☐ Yes  ☒ No
If "Yes," state the sources and amounts of the income, savings, or assets. <u>I have no outside income or assets, but I receive money from family sometimes for phone calls and basic commissary items like deodorant, shampoo, over-the-counter medicines and some food.</u>

I declare under penalty of perjury that the above information is true and correct.

March 24, 2018
DATE

CASE MANAGER
AUTHORIZED BY THE ACT OF JULY 7, 1955,
AS AMENDED, TO ADMINISTER OATHS.
18 U.S.C. 4004

SIGNATURE OF APPLICANT

---

CERTIFICATE OF CORRECTIONAL OFFICIAL
AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, __M. County__ (Printed name of official), certify that as of the date applicant signed this application:

The applicant's trust account balance at this institution is: $ 42.94

3/26/18
DATE

AUTHORIZED SIGNATURE

Case Manager
TITLE/ID NUMBER

U.S. Penitentiary Tucson
INSTITUTION

2

<u>DECLARATION OF MATTHEW MULLER</u>
<u>IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS</u>

I, Matthew Muller, declare:

1. I am currently an inmate at the U.S. Penitentiary Tucson. I am making this declaration to explain why I need <u>in forma pauperis</u> status to proceed with my motion to challenge my conviction and sentence under 28 U.S.C. § 2255.

2. My motion involves my long-standing mental health disability and will likely require a forensic psychiatrist to examine me and explain to the Court why I was not, despite any appearances to the contrary, competent to plead guilty to my criminal charges. My motion may also require the services and testimony of a forensic data analyst. I will need to ask the Court for funds to obtain the needed expert testimony, since I will not be able to afford it on my own.

3. I am also requesting a government-funded copy of my hearing transcripts and must establish eligibility for <u>in forma pauperis</u> status in order to receive this benefit.

4. I have no current income and no assets except about $50 in my inmate trust fund account (my balance has been higher at some points right after my family sends me money). I do not engage in paid work at the penitentiary, in part for health reasons and in part because I wish to devote what time I do have to assisting other prisoners with their legal appeals. I cannot work regular hours because although I am generally in better health here than in Sacramento, there

are still some days when I can't do much of anything due to depression.

5. I am very lucky to have a family who will send me money from time to time. This money goes toward phone charges, prisoner e-mail charges and to commissary purchases. There are some basic items I need from the commissary that are not given to prisoners, such as deodorant, shampoo and over-the-counter medicines. Besides such things, the only items I buy from the commissary for my own use every week or so are two packages of cereal, a three ounce bag of instant coffee, powdered creamer, sometimes a bag or two of popcorn, and sometimes a package of cookies. I also have some larger one-time purchases I have made, such as sweatpants and a sweatshirt and athletic shoes to run in (we only receive boots from the prison).

6. I do have a 40% disability rating from the Veterans Administration and qualify to receive disability benefits. However, I am currently corresponding with the VA about my eligibility to receive benefits as a prisoner and the matter has not yet been resolved.

7. I come from a middle-class family of retired educators. They are certainly not destitute, but neither are they so well-off that they can continue to absorb my legal costs, which have exceeded a six-figure sum. They have other obligations to meet, including the living and medical costs of siblings of mine who also suffer mental health disabilities and cannot

support themselves. I feel an enormous amount of guilt that I have subjected them to the costs and emotional trauma of my legal situation. I cannot ask them to do anything else, even if I thought they could afford to do so.

8. Although I cannot make a monetary contribution, I hope to be of some value to the federal legal system by seeking out and assisting inmates who were wrongly convicted. Although I have only been working at this for a few months, I have already encountered and am assisting two inmates who I am convinced are factually innocent. I was able to place one of those cases with <u>pro bono</u> counsel who will now be handling the inmate's §2255 motion. I hope that these activities can at least in part compensate for the public resources my case has consumed.

I, Matthew Muller, declare that the foregoing information is true and correct. Done this twenty-sixth day of March, 2018, in Tucson, Arizona.

Signed: *[signature]*
Matthew Muller
<u>Pro Se</u>