Via First Class Mail

March 29, 2018

Clerk of Court
United States District Courthouse
501 I Street
Sacramento, CA 95814

FILED

APR 0 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Subject:   United States v. Muller
           No. 2:15-cr-00205-TLN

Dear Clerk:

Enclosed for filing please find a motion under 28 U.S.C. §2255 and supporting materials (two copies, per form instructions).

Please note that the Defendant/Movant in this matter is now proceeding pro se and is no longer represented in federal court by attorney Thomas Johnson.

Accordingly, please remove Thomas Johnson from the Court's distribution list in this case as he is no longer the attorney to be noticed. Please enter the Defendant/Movant Matthew Muller as the person to be noticed.

I can be reached by U.S. mail for service or for other purposes at the address listed below my signature.

Thank you very much for your time and consideration.

Respectfully,

*[signature]*

Matthew Muller, Reg. No. 72875-097
U.S. Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734

Enclosures

Note:   Enclosed is the Defendant/Movant's original Form §2255 Motion and Supplement. An additional copy of this submission has been mailed concurrently to the court under separate cover, due to limitations on the number of pages mailable in a single envelope. Thank you.