UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Respondent,<br><br>    v.<br><br>MATTHEW MULLER,<br><br>         Movant. | No.  2:15-cr-0205-TLN-EFB P<br><br><br>ORDER |

Movant is a federal prisoner proceeding without counsel with this motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On August 3, 2018, movant requested an extension of time to file his objections to the July 18, 2018 findings and recommendations.

Good cause appearing, it is ORDERED that movant's request (ECF No. 66) is granted and movant has 45 days from the date this order is served to file his objections.

Dated:  August 20, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE