1  Matthew Muller - Pro Se
2  Project Justice For All
3  833 Market St. Suite 1300
4  San Francisco, CA 94111



FILED
OCT 0 3 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                    Plaintiff,

v.

MATTHEW D. MULLER,
                    Defendant.

No. 2:15-CR-00205-TLN-EFB

NOTICE OF
ADDRESS CHANGE

NOTICE IS HEREBY GIVEN that effective immediately, Defendant's mailing address has changed to:

Matthew Muller
Project Justice For All
833 Market St., Suite 1300
San Francisco, CA 94111

Please note that the organization name is included only for purposes of proper mail routing. Respectfully submitted this twenty-ninth day of September, 2018.

Signed: _____
        Matthew Muller

Notice of Address Change                    -1-