Matthew Muller
Project Justice For All
833 Market St., Suite 1300
San Francisco, CA 94111
Pro Se

**FILED**

OCT 0 3 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,             No. 2:15-CR-00205-TLN-EJB
                Plaintiff,
                                       MOTION TO EXTEND
         v.                            TIME FOR FILING
                                       (VERIFIED)
MATTHEW D. MULLER,
                Defendant.

Defendant Matthew Muller an additional extension of 30 days in which to respond to the Court's Order of August 20, 2018 (ECF No. 67)