Matthew Muller
Project Justice For All
633 Market Street, Ste. 1300
San Francisco, CA 94111
Pro Se

FILED

OCT 0 3 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                    Plaintiff,

v.

MATTHEW D. MULLER,
                    Defendant.

No. 2:15-CR-00205-TLN-EFB

MOTION TO EXTEND
TIME FOR FILING
(VERIFIED)

Current Deadline: 10/4/2018

DEFENDANT MATTHEW MULLER respectfully requests an extension of 30 days in which to file objections to the Court's July 18, 2018, findings and recommendations (ECF No. 65). Defendant understands that successive request for filing extensions are disfavored. However, he believes that due to unanticipated circumstances, detailed below, an additional extension is warranted.

Defendant's Motion
to Extend Time

−1−

In support of this request, Defendant states as follows:

(1) On March 30, 2018, Defendant timely filed a motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence imposed on March 16, 2018. See ECF Nos. 59-63. On July 18, 2018, the Court completed its Rule 4 screening of the motion and filed its findings and recommendations and associated orders, ECF No. 65. Prior to the date on which objections to the findings and recommendations were due, Defendant moved to extend the deadline. ECF No. 66. An extension was granted, through and including October 4, 2018. See ECF No. 67.

(2) In late August and early September, 2018, I was preparing objections to the recommendations. However, I was also suffering from the continued effects of attacks at U.S. Penitentiary Tucson and contending with litigation against the prison in U.S. District Court and the Ninth Circuit. See ECF No. 66; Muller v. United States, No. 4:18-CV-00376-RCC-PSOT (Dist. Az.); No. 18-16693 (9th Cir.). One issue in those cases was that the prison was expediting my extradition to California despite threats to my health and a pending investigation of attacks against me. I therefore expected to receive a stay of any transfer away from Tucson to avoid irreparable

Defendant's Motion
To Extend Time

-2-

harm.

(3) However, I did not receive a stay due to a late filing and transfer earlier than expected on September 14, 2018. Since arriving in Solano County, California, I have been dealing with preparatory hearings and matters in my California state case, and with finding an attorney. I have also been coping with the mental health effects of the transfer and of a Bureau of Prisons use of ~~force~~ against me after I unintentionally overdosed on antihistamine pills as a substitute for anti-anxiety medication. I am currently housed in a medical ward under mental health observation, but am likely to be discharged today. I am of sound mind and competent to proceed pro se, as demonstrated by this and other concurrently filed motions, all composed on the date of signature.

(4) I require the extra 30 days to either reconstruct my prior research or obtain it from my property left with the BOP pending my return from temporary state custody. I would appreciate a longer 60 day extension if the Court finds it appropriate in its discretion to grant it, and I hereby request such an extension. I have no reason to believe the extension would in any way prejudice the Plaintiff. Indeed, it may serve to save both the Plaintiff and the Court considerable time, as I am

Defendant's Motion To Extend Time

-3-

seeking certain agreements and stipulations that will allow me to substantially narrow the grounds in my motion. I may also, with the relevant prosecutor's approval and in a joint or unopposed motion, seek to either hold these proceedings in abeyance pending the outcome of my California matter, or hold California proceedings in abeyance pending decision in this matter.

(5) All of the above circumstances except the attacks against me in the U.S. Penitentiary Tucson Special Housing Unit have emerged since I filed my previous extension request.

WHEREFORE Defendant submits that his motion should be granted.

I, Matthew Muller, swear under penalty of perjury that the foregoing numbered statements are true and correct. Done this twenty-ninth day of September, 2018, in Fairfield, California.

Respectfully submitted and sworn,

Signed /s/ Matthew Muller
Pro Se

Defendant's Motion To Extend Time

-4-