Matthew Muller
Project Justice For All
833 Market St., Suite 1300
San Francisco, CA 94111
Pro Se

FILED

OCT 0 3 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | No. 2:15-CR-00205-TLN-ESB |
|---|---|
| v. | REQUEST FOR PRO SE E-FILER STATUS (VERIFIED) |
| MATTHEW D. MULLER, Defendant. | |

DEFENDANT MATTHEW MULLER respectfully moves for permission to file all future pleadings in this matter via the Court's CM/ECF filing system. This request is made pursuant to L.R. 133 (b), and Defendant states the following reasons in support of his request:

(1) I am incarcerated and expect I will remain so throughout the pendency of this §2255 matter. I have

Defendant's Request For
Pro Se E-Filer Status

-1-

been transferred twice within the last six months and my address is uncertain for at least the next year.

(2) However, my wife Huei Dai maintains a steady address, is familiar with PACER and CM/ECF, has reliable Internet access, and is in nearly daily contact with me. She has prepared attorney-drafted pleadings for filing in U.S. District Court and regularly transmits court documents to me via both U.S. mail and prison messaging systems. Ms. Dai is designated my agent, representative and attorney in fact by a current and valid California durable general power of attorney. I hereby designate her as my agent for purposes of filing in this matter with the CM/ECF system and appoint her as my representative for purposes of obtaining required log-in credentials.

(3) I hereby consent to electronic service in this matter, and if needed designate Huei Dai as my agent for service of process. I have previously transmitted documents to Ms. Dai for mail-in filing by e-mailing them to her, dictating them over the phone, and sending them via letter.

(4) My designation as an e-filer will save court and prosecutorial resources, in that it eliminates needless mailings and allows for faster, easier review of machine-generated documents. Portable document format (pdf) filings make text available

for copying, searching and indexing without the use of imperfect optical character recognition.

For all the foregoing reasons, Defendant submits that his motion should be granted.

I, Matthew Muller, swear under penalty of perjury that the foregoing numbered statements are true and correct. Done this twenty-ninth day of September, 2018, in Fairfield, California.

Respectfully submitted and sworn,

Matthew Muller
Pro Se

## CERTIFICATE OF SERVICE

I, Matthew Muller, certify that I served the attached motions and notice on the Plaintiff by causing them to be filed with the Clerk, who in turn will scan them into the Court's electronic filing system and generate an electronic notice to Plaintiff, who has consented to and is registered for electronic service.

Dated: September 30, 2018     Signed: /s/ Matthew Muller