Matthew Muller- Pro Se
Project Justice For All
388 Market St. #1300
San Francisco, CA 94111

FILED
OCT 29 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW D. MULLER,<br><br>Defendant. | No. 2:15-cr-00205-TLN-EFB<br><br>**NOTICE OF ADDRESS CHANGE** |

NOTICE IS HEREBY GIVEN that effective immediately, Defendant's mailing address has changed to:

    Matthew Muller
    Project Justice For All
    388 Market St. #1300
    San Francisco, CA 94111

Please note that the organization name is included only for purposes of paper mail routing.

Respectfully submitted this twenty-sixth of October, 2018.

Signed: _____

Matthew Muller

NOTICE OF ADDRESS CHANGE     - 1 -