Matthew Muller
P.O. BOX 2563
San Francisco, CA 94126-2563
matt@projectjusticeforall.org
Pro Se



FILED

NOV 13 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-0205-TLN-EFB |
|---|---|
| Respondent, | **MOTION FOR LEAVE TO AMEND INITIAL 28 U.S.C. §2255 FILING** |
| v. | |
| MATTHEW MULLER, | |
| Movant. | |

    Movant Matthew Muller seeks to amend his initial motion under 28 U.S.C. §2255, filed on March 30, 2018 and entered on the docket on April 9, 2018. ECF No. 61; *Houston v. Lack*, 487 U.S. 266 (1988).

    The Federal Rules of Civil Procedure apply in §2255 proceeding "to the extent they are not inconsistent with any statutory provisions or these rules." Rules Governing §2255 Proceedings, R. 12. Accordingly, Movant submits that he may amend his initial pleading in this matter once as of right, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). In the event the Court determines that leave is required, it is hereby requested, and is to be "freely give[n]…when justice so requires." Fed. R. Civ. P. 15(a)(2). As grounds for leave, Movant incorporates the reasons set forth in his previously filed requests for extensions. ECF Nos. 66 and 70. As set forth therein and in

the original filing, Movant has diligently pursued his motion, but has been hampered by the continuing failure of his former counsel to turn over his case file, and by extreme treatment by the Bureau of Prisons.

The proposed amended filing is complete in itself. See L. R. 200. It supersedes and relates back to Movant's original filing. No new ground for relief is asserted, and the filing retains the structure and ground numbering from the original motion. Accordingly, the Court's Findings and Recommendations (ECF No. 65) as to the original motion (ECF No. 61) apply equally to the amended filing, with no alteration needed other than page number references. Movant's objections to those Findings and Recommendations are filed concurrently with this motion and the proposed amended §2255 motion.

WHEREFORE the Court should allow the amended filing, and should order that any response required of the United States be addressed to the updated §2255 motion.

Respectfully submitted this eleventh day of November, 2018.

Signed: _____

Matthew Muller
Pro Se