November 11, 2018

Clerk of Court
U.S. District Court for the Eastern District of California
501 I Street
Sacramento, CA 95814

**FILED**
**NOV 13 2018**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Subject: **United States v. Muller, No. 2:15-cr-00205-TLN-EFB**
**Documents for Filing**

Dear Clerk:

Enclosed for filing please find the following:

(1) Motion for Leave to Amend Initial 28 U.S.C. §2255 Filing;

(2) First Amended Motion to Vacate, Set Aside Or Correct Sentence;

(3) Movant's Objections to Findings and Recommendations

Not later than November 23, 2018, Movant will submit an additional filing under seal regarding misconduct by his former counsel, and seeking an order requiring counsel to relinquish Movant's case file. The Court may wish to postpone its consideration of the current filing until the next filing is received within 10 days, in the interest of judicial economy.

Respectfully,

Matthew Muller

Enclosures