McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW MULLER,<br><br>    Defendant. | 2:15-CR-205 TLN-EFB<br><br>MOTION TO EXTEND TIME TO RESPOND TO JANUARY 18, 2019 |

The government respectfully requests until that it be granted until January 18, 2019 to file any opposition to the defendant's recent filings: the defendant's Motion to Amend Motion to Vacate Sentence (Dkt. 75), Objections to Findings and Recommendations (Dkt. 76), "First Amended Supplement to Motion to Vacate Sentence" (Dkt. 77), and litigant letter (Dkt. 78).

On September 29, 2016, the defendant pleaded guilty to a single count of kidnapping. Dkt. 39. The plea agreement contained a waiver of collateral attack. Dkt. 43 at 8. On March 16, 2017, the Court sentenced the defendant to forty years imprisonment. Dkt. 59. On March 22, 2017 the Court entered judgment. Dkt. 60.

On March 30, 2018 (according to his declaration), the defendant mailed his section 2255 motion. Dkt. 61 at 12. On April 9, 2018, the clerk filed the motion on the docket. Dkt. 61. On April 11, 2018, this Court referred the matter to the magistrate court for review. Dkt. 64. On July 18, 2018, pursuant to its duties under Rule 4 of the Rules Governing Section 2255 Proceedings, the magistrate judge entered findings and recommendations. Dkt. 65. The F&Rs would dismiss all of the defendant's claims, but

would allow the defendant to proceed "on his claims that his plea was not knowing and voluntary and that his counsel was ineffective in advising him to accept the plea agreement." Dkt. 65 at 1. The F&Rs gave each party fourteen days to object. Dkt. 65 at 10.

The defendant received two continuances. Dkt. 67, 72. Then, about four months after the magistrate court filed its F&Rs, on November 13, 2018, the clerk filed on ECF what appear to be the defendant's motion to amend his section 2255 motion, objections to the F&Rs, a "First Amended Supplement" to his section 2255 motion, and an explanatory letter. Dkt. 75-78. Together, the defendant's filings are somewhat voluminous.

The magistrate judge was proceeding under EDCA Loc. R. 302(c)(17) and 18 U.S.C. § 636(b)(1)(B), which together assign collateral attacks to magistrate judges for findings and recommendations. By default, the objecting party has fourteen days to seek reconsideration by this Court and any opposition must be filed within seven days after that. EDCA Loc. R. 303(b), 303(d).

The Government cannot prepare and file a helpful response to these voluminous pleadings within seven days of their filing. It may be that the magistrate judge's well-reasoned findings and recommendations require very little further elaboration, but the defendant has also filed a motion to supplement his section 2255 motion that the government would like an opportunity to respond to in adequate time.

For the foregoing reasons, the government respectfully requests that it be granted until January 18, 2019 to file an opposition to the defendant's motion to amend his section 2255 motion, objections to the F&Rs, his "First Amended Supplement" to his section 2255 motion, and his explanatory letter, that is, docket entries 75 through 78.

|  | Respectfully submitted, |
|---|---|
| Dated: November 19, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
|  | By: /s/ Matthew D. Segal<br>MATTHEW D. SEGAL<br>HEIKO P. COPPOLA<br>Assistant U.S. Attorneys |

GOVERNMENT'S REQUEST FOR EXTENSION OF TIME