| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | MATTHEW D. SEGAL |
|   | HEIKO P. COPPOLA |
| 3 | Assistant United States Attorneys |
|   | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CR-205 TLN-EFB |
|---|---|
| Plaintiff, | MOTION TO EXTEND TIME TO RESPOND TO JANUARY 18, 2019 |
| v. | |
| MATTHEW MULLER, | |
| Defendant. | |

Good cause appearing, the government is granted until January 18, 2019 to file any opposition to the defendant's Motion to Amend Motion to Vacate Sentence (Dkt. 75), Objections to Findings and Recommendations (Dkt. 76), "First Amended Supplement to Motion to Vacate Sentence" (Dkt. 77), and litigant letter (Dkt. 78).

SO ORDERED.

Dated: November 19, 2018

HON. TROY L. NUNLEY
U.S. District Judge