McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-205-TLN-EFB |
| Plaintiff, | CERTIFICATE OF SERVICE BY MAIL |
| v. | |
| MATTHEW MULLER, | |
| Defendant. | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on November 19, 2018, she served a copy of the Government's Motion to Extend Time to Respond to January 18, 2019, by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

///

///

///

///

///

DESIGNATION OF COUNSEL

Addressee:

Matthew Muller
Project Justice for All
388 Market St., Suite 1300
San Francisco, CA 94111

| | |
|---|---|
| Dated: November 19, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ Samantha Kenney<br>SAMANTHA KENNEY<br>Legal Assistant |

DESIGNATION OF COUNSEL