McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CR-205 TLN-EFB |
|---|---|
| Respondent, | ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO JANUARY 18, 2019 |
| v. | |
| MATTHEW MULLER, | |
| Movant. | |

Good cause appearing, the government is granted until January 18, 2019 to file any opposition to the defendant's Motion to Amend Motion to Vacate Sentence (Dkt. 75), Objections to Findings and Recommendations (Dkt. 76), "First Amended Supplement to Motion to Vacate Sentence" (Dkt. 77), and litigant letter (Dkt. 78).

SO ORDERED.

DATED: November 29, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE