MATTHEW D. MULLER
One Embarcadero Center
Suite SL 12, #2563
San Francisco, CA 94126-2563
Matt@projectjfa.org
*Pro Se*



FILED

JAN 0 2 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW MULLER,<br><br>Movant. | No. 2:15-cr-00205-TLN-EFB<br><br>**NOTICE AND REQUEST<br>FOR EXPEDITED RELIEF<br>(VERIFIED)** |

For the reasons below, the Movant Matthew Muller requests expedited consideration of his motion for appointment of counsel and to compel return of his case file. Absent such consideration and a prompt grant of relief, Movant will suffer irreparable prejudice to his defense of related state criminal charges carrying a maximum penalty of life imprisonment. Trial in that matter may proceed in as few as ninety days, with major motions due in approximately thirty days.

On December 10, 2018, Movant filed a request for appointment of counsel and also

lodged a proposed sealed filing that includes a request to compel return of his client file. As detailed in the lodged request, Movant's former counsel has now withheld that file for over a year—causing Movant prejudice in this matter and others.

Mr. Muller is proceeding pro se in his state criminal matter. In the next six weeks, there are four hearings scheduled in that matter. This includes two hearings on motions, with attendant filing deadlines, and a preliminary examination. *See People v. Muller*, No. VCR231350 (Sup. Ct. of Cal. for the Cty. of Solano). Mr. Muller's former counsel has claimed that Movant's client file is subject to a federal protective order, placing key portions of it beyond the state court's subpoena power (though no subpoena should be required in any event for Mr. Muller to gain possession of his own client file).

Mr. Muller requires immediate access to his full case file from his former counsel. He suffers present and ongoing prejudice to defense of his state criminal charges without such access. Timely consideration of Movant's request for relief from the embargo on his client file is needed to prevent further harm.

Mr. Muller has also requested appointment of counsel. As of approximately three weeks from that request, Respondent has filed no opposition. For the reasons set forth in his request as well as those contained in the proposed sealed filing, Movant suggests that immediate appointment of counsel would aid the Court's disposition of a complicated and sensitive matter. Such immediate appointment is respectfully requested.

WHEREFORE the Court should promptly order Movant's former counsel to release his case file under the terms set forth in the proposed order accompanying Movant's sealed filing. The Court should also appoint counsel to coordinate this and other matters.

I, Matthew Muller, swear under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this December 28, 2018.

Signed: _____
Matthew D. Muller
*Pro Se*

## CERTIFICATE OF SERVICE

I, Huei Dai, certify that I filed the foregoing documents with the Court via hand delivery. All other parties to this matter are registered for the electronic case management system and will be served automatically by electronic means when documents are scanned and filed by the Clerk.

Dated: December 28, 2018

Signed: _____
Huei Dai