1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   MATTHEW D. SEGAL
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6

   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          CASE NO.  2:15-CR-00205-TLN-EFB

12                       Plaintiff,     [PROPOSED] ORDER GRANTING STAY

13            v.                        DATE: TBD
                                        TIME: 9:00 a.m.
14  MATTHEW MULLER,                     COURT: Hon. Edmund F. Brennan

15                      Defendants.

16

17       Having reviewed and considered the motion of the United States' motion, it is hereby

18  ORDERED that any opposition by the United States in response to defendant's Motion to Amend

19  Motion to Vacate Sentence (ECF 75), First Amended Supplement to Motion to Vacate Sentence (ECF

20  77); and litigant letter (ECF 78) is stayed until the assigned District Judge has ruled on the Court's

21  Findings and Recommendations.

22

23   Dated:

24                                      _____
                                        EDMUND F. BRENNAN
25                                      United States Magistrate Judge

26                                      _____

27

28

    ORDER GRANTING STAY                        1