CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on January 18, 2019, she served a copy of the United States' Motion to Stay Opposition Filing and Proposed Order, by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee:

Matthew D. Muller
Project Justice for All
388 Market Street, Suite 1300
San Francisco, CA 94111

Dated: January 18, 2019

McGREGOR W. SCOTT
United States Attorney

By:  /s/ Samantha Kenney
SAMANTHA KENNEY
Legal Assistant