1  MATTHEW D. MULLER
   One Embarcadero Center
2  Suite SL 12, #2563
   San Francisco, CA 94126-2563
3  Matt@projectjfa.org
   *Pro Se*
4

**FILED**

JAN 23 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

5

6                    UNITED STATES DISTRICT COURT

7                     EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,          No. 2:15-cr-00205-TLN-EFB

9                Respondent,

                                      **EMERGENCY MOTION FOR**
10            v.                      **DISPOSITION OF PREVIOUS**
                                      **FILINGS (VERIFIED)**
11  MATTHEW MULLER,

12                Movant.

13

14      The Movant Matthew Muller respectfully requests disposition of motions filed on

15  December 10, 2019, and a supplement filed thereafter.  That supplement requested "expedited"

16  consideration and set forth justifying grounds.  However, the clerk has advised that Movant's

17  filings will not receive any type of accelerated consideration unless styled an "emergency"

18  motion.

19      Absent disposition of his previous motions, irreparable harm will accrue to Movant on

20  January 30, 2019.  Mr. Muller currently faces charges in Solano County, California, with the

21  potential for imposition of multiple life sentences.  As described further in a sealed filing,

22  Movant's former counsel has embargoed his client file, which contains information critical to

EMERGENCY MOTION FOR                      **- 1 -**                    United States v. Muller
DISPOSITION OF PREVIOUS FILING

1   his defense in the state matter as well as to this motion.  Former counsel has placed that file

2   outside the state court's subpoena power by claiming it is subject to a federal protective order.

3   At most, such order covers only a portion of materials in the file.  In any event, the terms of

4   the order specifically allow Mr. Muller access to the protected materials.

5   The motions to be considered were filed on December 10, 2018.  The Respondent elected not

6   to file any opposition.  Accordingly, under Local Rules, the motions are deemed submitted as

7   of December 31, 2018.  They are ripe for adjudication.

8   Mr. Muller also respectfully suggests that appointment of counsel is appropriate and optimal

9   at this juncture.  Under the unique circumstances of this case, such appointment could facilitate

10  a settlement of this matter.  That in turn would minimize the need for further proceedings on

11  this motion and likely also avoid a long proceeding and trial in the event Movant's motion to

12  vacate is granted.

13  Mr. Muller also advises that appointment of a psychiatric expert would be most efficient at

14  this time.  Movant will shortly be undergoing examination by a University of California

15  professor and highly respected forensic psychiatrist, Dr. Douglas Tucker.  After Mr. Muller

16  made a prima facie showing of a valid mental defense relating to the same matters charged in

17  this case, the Superior Court for Solano County allocated $27,000 for a full expert evaluation

18  by Dr. Tucker.  Dr. Tucker has advised that if he is engaged now, he can conduct the further

19  examination necessary to address issues in this motion (competency to plead guilty in

20  September 2016) at an additional fee of $5,500.  However, if the additional matters are not

21  addressed in-stream with the criminal responsibility issues, it would require substantially more

22  time to revisit the matter.

1    WHEREFORE Movant respectfully requests that the Court (1) order return of his

2  complete client file from former counsel in accordance with the terms of the proposed order

3  included in the December 10 sealed filing; (2) appoint counsel for these proceedings; (3)

4  allocated $5,500 for an expert examination and report, pursuant to 28 U.S.C. § 3006A. Movant

5  notes that he has already been granted in forma pauperis status in this proceeding.

6    Respectfully submitted this January 21, 2019.

7                                              Signed:

8                                                     Matthew D. Muller
                                                       *Pro Se*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

## CERTIFICATE OF SERVICE

I, Huei Dai, certify that I filed the foregoing documents with the Court via mail delivery.   All other parties to this matter are registered for the electronic case management system and will be served automatically by electronic means when documents are scanned and filed by the Clerk.

Dated: January 22, 2019

Signed: _____
                   Huei Dai

November 2018

## CURRICULUM VITAE

**Douglas E. Tucker, M.D.**

1480 Moraga Road, Suite C400  
Moraga, California  94556  
Email: DTuckerMD@gmail.com

Tel: 510-496-6077  
Fax: 510-848-8699  
Languages: English, Spanish

## COLLEGE EDUCATION

1976-79     Bachelor of Science, with major in Biomedical Science  
                University of Michigan

## MEDICAL EDUCATION

1979-83     Doctor of Medicine  
                University of Michigan School of Medicine, Accelerated Program

## PROFESSIONAL TRAINING

1983-84     Medical/Psychiatric Internship  
                University of California, Los Angeles Medical Center

1984-86     Residency in Psychiatry  
                UCLA Neuropsychiatric Institute

1986-87     Chief Residency in Consultation-Liaison Psychiatry  
                UCLA Neuropsychiatric Institute

1987-88     Fellowship in Consultation-Liaison Psychiatry  
                UCLA Neuropsychiatric Institute

1997-98     Fellowship in Forensic Psychiatry  
                Rush-Presbyterian-St. Luke's Medical Center

Douglas E. Tucker, M.D.
Page 2

## RECENT HONORS/AWARDS

| | |
|---|---|
| 2006 | Elected to status of Distinguished Fellow of the American Psychiatric Association |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1988-97 | Assistant Clinical Professor of Psychiatry, University of California, Los Angeles School of Medicine |
| 1994-97 | Faculty, UCLA Forensic Psychiatry Fellowship |
| 1997-98 | Assistant Professor of Psychiatry, Rush Medical College, Chicago |
| 1998-2001 | Assistant Clinical Professor of Psychiatry, University of California, San Francisco School of Medicine |
| 2000- | Faculty, UCSF Forensic Psychiatry Fellowship |
| 2001-2017 | Associate Clinical Professor of Psychiatry, University of California, San Francisco School of Medicine |
| 2017- | Clinical Professor of Psychiatry, University of California, San Francisco School of Medicine |

## BOARD/SOCIETY CERTIFICATIONS

| | |
|---|---|
| 1989- | Diplomate in Psychiatry, American Board of Psychiatry and Neurology |
| 1992- | Certified by examination in alcoholism and other drug dependencies American Society of Addiction Medicine |
| 1993- | Certified in Addiction Psychiatry, American Board of Psychiatry and Neurology |
| 1994- | Certified in Forensic Psychiatry, American Board of Psychiatry and Neurology |
| 1999-2004 | Certified Medical Review Officer, Medical Review Officer Certification Council |

Douglas E. Tucker, M.D.
Page 3

2009-   Diplomate in Addiction Medicine, American Board of Addiction Medicine

2012-   Certified Independent Practitioner, California Sex Offender Management Board
(CASOMB)

2017-   Fellow, American Society of Addiction Medicine

## LICENSURE

California Medical License (identification number available upon request)

U.S. Drug Enforcement Administration Controlled Substance License (identification
number available upon request)

## PROFESSIONAL ACTIVITIES

1988-92   Staff Psychiatrist, Hollywood Mental Health Service,
Los Angeles County Department of Mental Health

1989      Visiting Staff Psychiatrist, University of Guadalajara Civil Hospital,
Jalisco, Mexico

1989-90   Attending Psychiatrist and Inpatient Unit Chief, West LA Veterans'
Administration Medical Center, Los Angeles, California

1990-97   Psychiatric Consultant, Ocean Psychological Services,
Santa Monica, California

1990-95   Medical Director, Dual Diagnosis Treatment Program, West Los Angeles
Veterans' Affairs Medical Center, Los Angeles, California

1991-97   Psychiatric Consultant, Life Adjustment Team, Culver City, California

1991-97   Associate, Psychiatric Rehabilitation Consultants, Clinical Research Center
for Schizophrenia and Psychiatric Rehabilitation, UCLA

1993-97   UCLA Forensic Psychiatry Faculty Group

Douglas E. Tucker, M.D.
Page 4

| | |
|---|---|
| 1995-97 | Psychiatric Consultant, Pain Center at Cedars-Sinai Medical Center, Beverly Hills, California |
| 1995-96 | Attending/ Consultant Psychiatrist, Rosanna Forensic Psychiatry Centre, Rosanna, Australia |
| 1995-96 | Attending/ Consultant Psychiatrist, Inner South Community Mental Health Clinic, St. Kilda, Australia |
| 1995-96 | Attending/ Consultant Psychiatrist, Department of Drug and Alcohol Studies, St. Vincent's Hospital, Melbourne, Australia |
| 1996-97 | Attending Psychiatrist, Psychiatric Intensive Care Unit, West Los Angeles Veterans Affairs Medical Center, Los Angeles, California |
| 1996- | Independent Medical Examiner, Psychiatric Disability Consultants Inc., Northampton, Massachusetts |
| 1996- | Independent Medical Examiner, Concentra Preferred Systems (previously Managed Health Benefits), Wallingford, Connecticut |
| 1998-99 | Attending Psychiatrist, Psychosocial Medicine Clinic, San Francisco General Hospital |
| 1998-2000 | Attending Psychiatrist, New Leaf Treatment Center, Concord, California |
| 1998-2000 | Member, Forensic Mental Health Panel, Superior Court of California, San Mateo |
| 1998-2000 | Member, Forensic Mental Health Panel, Superior Court of California, San Francisco |
| 1998-2002 | Forensic Evaluator, California Department of Mental Health, Sex Offender Screening and Evaluation Program |
| 1998- | Psychiatric Consultant, Committee of Bar Examiners, State Bar of California |
| 1999-2009 | Staff Physician, Rock Medicine Program, Haight Ashbury Free Clinics Inc., San Francisco |

Douglas E. Tucker, M.D.
Page 5

| | |
|---|---|
| 1999-2005 | Independent Medical Examiner, Benchmark Administrative Services, Sacramento, California |
| 1999-2003 | Medical Review Officer, MRO Services, Inc., San Leandro, California |
| 2000-2011 | Expert Medical Reviewer, Medical Board of California, Sacramento, California |
| 2000-2005 | Associate Editor, California Society of Addiction Medicine Newsletter |
| 1999- | President, Bay Area Mental Health Associates |
| 2002-2005 | Psychiatric Consultant, Board of Bar Examiners, Supreme Court of Texas |
| 2002-2015 | Forensic Evaluator, Washington State Department of Corrections, Joint Forensic Unit (Sexually Violent Predator Commitment Program) |
| 2002-2015 | Forensic Evaluator, Sexually Violent Predator Unit, King County Prosecuting Attorneys, Washington |
| 2004- | Psychiatric Consultant, Liberty Healthcare Corporation (clinical management of conditionally released "Sexually Violent Predators" in California) |
| 2009- | Psychiatric Consultant, San Francisco Forensic Institute (psychopharmacologic consultation regarding sexual offenders) |
| 2013- | Contributing Author, Maintenance of Certification  Examination, American Academy of Psychiatry and the Law |
| 2017- | Staff Psychiatrist, Crisis Intervention Team, Black Rock City Emergency Services Department, Black Rock City, Nevada |
| 2017- | Psychiatric Consultant, Urban Shield Medical Branch, Alameda County Sheriff's Department, Oakland, California |

Douglas E. Tucker, M.D.
Page 6


## TEACHING

| | |
|---|---|
| 1989-95 | Clinical Supervisor and Attending Physician, UCLA Medical School, 3rd and 4th year medical student clerkships in psychiatry |
| 1990-95 | Clinical Supervisor, UCLA Department of Psychiatry Residency Education Program, 1st year resident inpatient psychiatry rotation |
| 1990-95 | Lecturer, Medical student psychiatric lecture series (Clerkship PS10-16), "Mood Disorders," Brentwood VAMC |
| 1990-95 | Lecturer, UCLA Neuropsychiatric Institute Psychiatric Residency Substance Abuse Seminar, "Sedative/Hypnotic Dependence" |
| 1990-95 | Conference Director,  Brentwood VAMC Dual Diagnosis Treatment Program, Clinical Case Conference Series, weekly presentations, interviews, and case discussions |
| 1991-94 | Faculty Advisor, UCLA Medical School, Student Affairs Committee- Flying Samaritans |
| 1992-95 | Instructor, Clinical Interviewing Course for 2nd Year UCLA Medical students (Course M201) |
| 1993-95 | Lecturer, UCLA-NPI Psychiatric Residency, PG-III Psychopharmacology Seminar, "Psychopharmacologic Management of the Dual Diagnosis Patient" |
| 1994-96 | Faculty Dissertation Advisor, Leslie Cooper, Ph.D., "The Relationship Between Neuropsychological Functioning and Length of Abstinence in Schizophrenic Cocaine Users," University of California, Los Angeles |
| 1995-96 | Lecturer/ Clinical Instructor, UCLA Fellowship in Forensic Psychiatry |
| 1995-96 | Clinical Supervisor, Fifth year medical student psychiatry training program, Forensic Case Discussion Series, University of Melbourne School of Medicine, Melbourne, Australia |
| 1995-96 | Training Supervisor, Royal Australian and New Zealand College of Psychiatrists |

Douglas E. Tucker, M.D.
Page 7

| | |
|---|---|
| 1997-98 | Clinical Instructor, Psychology Internship, Cook County Department of Corrections |
| 1998-99 | Clinical Supervisor, Psychology Internship, California School of Professional Psychology |
| 1998- | Lecturer/ Clinical Supervisor, UCSF Department of Psychiatry, Residency Education Program |
| 2000- | Faculty, UCSF Department of Psychiatry, Program in Psychiatry and the Law |

## PROFESSIONAL SOCIETY MEMBERSHIPS AND AFFILIATIONS

American Academy of Forensic Sciences

American Academy of Psychiatry and the Law

American Psychiatric Association

American Society of Addiction Medicine

Association for the Treatment of Sexual Abusers

California Coalition on Sexual Offending

California Society of Addiction Medicine

Northern California Psychiatric Society

## COMMITTEES/ TASK FORCES

| | |
|---|---|
| 1990-91 | Chair, Administrative Board of Investigation West Los Angeles VA Medical Center |
| 1992-93 | Substance Abuse Committee West Los Angeles VA Medical Center |
| 1998-99 | Dual Disorders Task Force San Francisco General Hospital |

Douglas E. Tucker, M.D.
Page 8

| | |
|---|---|
| 1998- | Addiction Psychiatry Committee<br>American Academy of Psychiatry and the Law |
| 2000- | Sexual Offenders Committee<br>American Academy of Psychiatry and the Law |
| 2001-05 | Forensic Sciences Committee<br>American Society of Addiction Medicine |
| 2002-05 | Psychopharmacology Committee<br>American Academy of Psychiatry and the Law |
| 2004- | Technology Committee<br>American Academy of Psychiatry and the Law |
| 2007- | Peer Review of Psychiatric Testimony Committee<br>American Academy of Psychiatry and the Law |

## PUBLICATION/ JOURNAL REVIEWS

Consultant/Reviewer, "The Community Re-Entry Program: A Rehabilitation Module for Training Community Adaptation Skills," The Social and Independent Living Skills Series, SJ MacKain & RP Liberman, 1995

Consultant/Reviewer, "Of Psychopaths and Pendulums: Legal and Psychiatric Treatment of Sex Offenders in the United States," Brakel J.D. and Cavanaugh J.L., New Mexico Law Review, Vol. 30, No. 1, Winter 2000, 69-94

Consultant/Reviewer, "Just Like a Woman, RealDolls and Paraphilia," Laslocky M., Salon.com Magazine, 2005

Advisor to the Paraphilias Subworkgroup of the Sexual and Gender Identity Disorders Workgroup for DSM-5, 2012-13

Peer Reviewer/ Independent Referee for:

  American Journal of Psychiatry
  American Journal on Addictions
  American Society of Addiction Medicine

Douglas E. Tucker, M.D.
Page 9

> Annals of Clinical Psychiatry
> Annals of Internal Medicine
> Behavioral Sciences & the Law
> Biomed Central Psychiatry
> Health Research Council of New Zealand
> International Journal of Law and Psychiatry
> Journal of Addiction Medicine
> Journal of the American Academy of Psychiatry and the Law
> Journal of Dual Diagnosis
> Journal of Psychoactive Drugs
> Schizophrenia Bulletin
> Schizophrenia Research
> The Journal of Nervous and Mental Disease
> The Journal of the American Academy of Psychiatry and the Law

## PUBLICATIONS

Walker JM, Tucker DE, Coy DH, Walker BB, Akil H, "Des-Tyrosine-Dynorphin Antagonizes Morphine Analgesia," *European J. Pharm*, 85 (1982), 121-122.

Tucker DE and Liberman RP, Perspectives on the Future of Psychiatry: Biobehavioral Therapy for Dually Diagnosed Substance Abusing Schizophrenics, in *Proceedings of the Summer Courses of the Complutense University*, Madrid, 1991.

Roberts LJ, Shaner A, Eckman TA, Tucker DE, Vaccaro JV, "Effectively Treating Stimulant-Abusing Schizophrenics: Mission Impossible?" in Liberman, R. (ed.), *New Directions for Mental Health Services*, No. 53, Spring 1992, Jossey-Bass, Inc., 55-65.

Mendez AP, Aranguren FP, et al., eds. *University of Guadalajara Clinician's Manual, ed.2*, University of Guadalajara Press, 1993. Authored all sections on psychiatry.

Telles C, Karno M, Mintz J, Paz G, Arias M, Tucker D, Lopez S, "Immigrant Families Coping with Schizophrenia: Behavioral Family Intervention vs. Case Management with a Low-Income Spanish-Speaking Population," *British Journal of Psychiatry* (1995), vol. 167, No. 10, 473-479.

Shaner A, Eckman TA, Roberts LJ, Wilkins JN, Tucker DE, Tsuang JW, Mintz J, "Disability Income, Cocaine Use and Repeated Hospitalization Among Schizophrenic Cocaine Abusers: A Government Sponsored Revolving Door?" *New England Journal of Medicine* (1995), vol. 333, No. 12, 777-783.

Douglas E. Tucker, M.D.
Page 10

Wilkins J, Gorelick D, Levine D, Gold J, von Raffay V, Tucker D, Roberts L, Eckman T, Racenstein J, Shaner A, Ashofteh A, Jerger D, Li S, "Double-Blind Trial of Desipramine for Treatment of Cocaine Abusing Schizophrenics," NIDA Research Monograph Series No. 153: *Problems of Drug Dependence 1995*, 6/95.

Shaner A, Roberts L, Eckman T, Tucker D, Tsuang J, Wilkins J, Mintz J, "Monetary Reinforcement of Abstinence from Cocaine Among Mentally Ill Patients with Cocaine Dependence," *Psychiatric Services* (1997), vol. 48, No. 6, 807-810.

Shaner A, Roberts LJ, Eckman TA, Racenstein JM, Tucker DE, Tsuang J, and Mintz J, "Sources of Diagnostic Uncertainty for Chronically Psychotic Cocaine Abusers," *Psychiatric Services* (1998), vol. 49, No. 5, 684-690.

Cooper L, Liberman D, Tucker D, Nuechterlein K, Tsuang J, and Barnett H, "Neurocognitive Deficits in the Dually Diagnosed with Schizophrenia and Cocaine Abuse," *Psychiatric and Rehabilitation Skills* (1999), Vol.3, No. 2, 231-245.

Shaner A, Tucker DE, Roberts LJ and Eckman TA, Disability Income, Cocaine Use and Contingency Management among Cocaine Dependent Schizophrenic Patients, in *Motivating Behavior Change Among Illicit-Drug Abusers: Research on Contingency Management Interventions*. Eds. Higgins ST and Silverman K., American Psychological Association, Washington, D.C. (1999).

Tucker DE, Violence and Stimulant Abuse, *Newsletter of the California Society of Addiction Medicine* (2000), Vol. 27, No. 2.

Persons JB, Mennin DS, Tucker DE, Common Misconceptions about the Nature and Treatment of Generalized Anxiety Disorder, *Psychiatric Annals* (2001), Vol. 31, No. 8, 501-507.

Tucker DE and Recupero PR, Forensic Aspects of Addiction, *Newsletter of the American Academy of Psychiatry and the Law* (2001), Vol. 26, No. 2.

Deutsch R, Tucker DE, Forensic Addiction Consultation Regarding Corporations and Businesses, *Newsletter of the California Society of Addiction Medicine* (2001), Vol. 27, No. 4.

Smith DE, Glatt W, Tucker DE, Deutsch R, Seymour RB, Drug Testing in the Workplace: Integrating Medical Review Officer (MRO) Duties into Occupational Medicine Practice, in J. Zweben (ed.), *Addictions in the Workplace* (2002), volume 17, no. 1.

Douglas E. Tucker, M.D.
Page 11

Tucker DE, Accommodations for Psychiatric Disabilities on the Bar Examination: Perspectives from an Expert Reviewer, *The Bar Examiner* (2002), Vol. 71, No. 4, 14-19.

Tsuang JW, Eckman T, Marder S, Tucker DE, Can Risperidone Reduce Cocaine Use in Substance Abusing Schizophrenic Patients? *Journal of Clinical Psychopharmacology* (2002), Vol. 22, No. 6, 629-630

Tucker DE and Brakel SJ, Sexually Violent Predator Laws, in R. Rosner (ed.), *Principles and Practice of Forensic Psychiatry, 2nd Edition*, London: Arnold, 2003.

Tucker DE, Introduction to Bioethics and Addiction Medicine, *Newsletter of the California Society of Addiction Medicine* (2004), Vol. 29, No. 2.

Houts F, Taller I, Tucker D, and Berlin F, Androgen Deprivation Treatment of Sexual Behavior. In D. Balon (Ed.), *Sexual Dysfunction II: Beyond the Brain-Body Connection.* Advances in Psychosomatic Medicine (2011). Basel, Karger, vol 31, 149–163.

Tucker DE and Brakel SJ, DSM-5 Paraphilic Diagnoses and SVP Law, *Archives of Sexual Behavior* (2012), Vol. 41, No. 3, 533.

Sokolov G, Tucker D and HolmbergT, Assessment of Addicted Professionals. *Newsletter of the American Academy of Psychiatry and the Law* (2012), Vol. 37, No. 4.

Tucker D and Matto M, Measuring the Quiet Man: Estimating Risk of Violence, *The Carlat Report Psychiatry* (2013), Vol. 11, No. 3, 1-3.

Beckson M and Tucker D, Commentary: Craving Diagnostic Validity in DSM-5 Substance Use Disorders, *Journal of the American Academy of Psychiatry and the Law* (2014), Vol. 42, 453-458.

Chandra S, Phillip S, and Tucker D, California's New Amended CANRA: Further Erosion of Psychotherapist-Patient Privilege, *Newsletter of the American Academy of Psychiatry and the Law* (2016), Vol. 41, No. 3.

Tucker DE and Brakel SJ, Sexually Violent Predator Laws, in R. Rosner (ed.), *Principles and Practice of Forensic Psychiatry, 3rd Edition*, London: Arnold, 2016.

Hirschtritt ME, Tucker DE, and Binder RL, Risk Assessment of Online Child Sexual Exploitation Offenders, *Journal of the American Academy of Psychiatry and the Law* (in press).

Douglas E. Tucker, M.D.
Page 12

Winder B, Fedoroff P, Grubin D, Klapilová K, Kamenskov M, Tucker D, Basinskaya I, Vvedensky G, The pharmacologic treatment of problematic sexual interests, paraphilic disorders and sexual preoccupation in adult male individuals who have committed a sexual offence, *International Review of Psychiatry* (in press)

## MEDIA PRESENTATIONS

1994  "Introduction and Epidemiology/ Assessment/ Treatment of Dual Diagnosis Patients," Three-part broadcast televised lecture series, produced jointly by the University of Wollongong Graduate School of Health and Medical Sciences with The New South Wales Education and Training Foundation, N.S.W., Australia

1999  Media Interview: "Psychological Profiles of Mass Murderers" ZDTV Network News (National Edition)

2000  Media Interview: "Megan's Law and Sexual Offender Prison Release Issues," Palo Alto Daily News

2002  Media Interview: "Megan's Law and Clergy Sexual Offender Issues," San Bernardino/ Riverside County Press Enterprise, California

2002  Media Interview: "Child Molesters and Community Safety," San Francisco Chronicle

2006  Media Interview: "Currently Available Treatment for Sex Offenders," Munhwa Broadcasting Corp., Seoul, South Korea

## PROFESSIONAL PRESENTATIONS (SELECTED)

1989  "Depression in the Medically Ill," University of Guadalajara Civil Hospital, Department of Internal Medicine Grand Rounds, Jalisco, Mexico

1989  "Psychiatry in Mexico," UCLA Neuropsychiatric Institute, Transcultural and Community Mental Health Seminar, Los Angeles

1991  "The Future of Biobehavioral Therapy in Psychiatry," Universidad Complutense

Douglas E. Tucker, M.D.
Page 13

de Madrid, Summer Courses, Madrid, Spain

1992 "Medical Aspects of Substance Abuse," West Los Angeles VA Medical Center, Department of Internal Medicine Grand Rounds

1992 "Marijuana and Psychedelics," California Society of Addiction Medicine, 1992 Review Course, Long Beach, California

1995 "Drug Dependence and Headache," UCLA School of Dentistry, Chronic Pain Fellowship Seminar Series in Complex Headache, Los Angeles

1995 "Forensic Aspects of Substance Abuse," UCLA Neuropsychiatric Institute, Forensic Psychiatry Fellowship Core Curriculum Lectures, Los Angeles

1995 "Dual Diagnosis: Assessment and Treatment of People with Serious Mental Illness and Problematic Substance Use," University of Wollongong Postgraduate Mental Health Workshop Series, Sydney, Australia

1995 "Amphetamine Psychosis," National Psychiatric Institute of Shimohusa, Invited Lecture, Chiba, Japan

1995 "Neuroscience of Comorbid Alcoholism and Mental Disorder," National Institute on Alcoholism, Kurihama National Hospital, Kanagawa, Japan

1995 "Sources of Diagnostic Uncertainty among Chronically Psychotic Cocaine Abusers," Poster presented at the 29th Annual Meeting of the Association for the Advancement of Behavior Therapy, Washington D.C., by A Shaner, JM Racenstein, LJ Roberts, TA Eckman, JW Tsuang, and DE Tucker

1996 "Research Issues in Comorbid Mental Illness and Substance Abuse," University of Auckland School of Medicine, Department of Psychiatry, Auckland, New Zealand

1996 "Substance Abuse and Coexisting Psychiatric Syndromes," Institute of Mental Health, Singapore

1997 "Prevention, Detection, and Treatment of Substance Abuse in the Legal Profession," Century City Bar Association MCLE Program, Los Angeles

1997 "Addiction Medicine for Forensic Psychiatrists," Panel Presentation of the Addiction Psychiatry Committee, American Academy of Psychiatry and the Law, Annual Meeting, Denver

Douglas E. Tucker, M.D.
Page 14

1997   "Corrections in Forensic Psychiatry Residencies," Workshop Presentation,
       American Academy of Psychiatry and the Law, Annual Meeting, Denver

1998   "Post Traumatic Stress Disorder and Substance Abuse," Trauma Seminar, San
       Francisco General Hospital, San Francisco

1999   "Substance-Induced Psychotic Disorder and Intoxication Defenses," California
       Attorneys for Criminal Justice/ California Public Defenders Association: Capital
       Case Defense Seminar, Monterey, California

1999   "Bipolar Spectrum Disorders," Residency Training Core Curriculum Series,
       Department of Psychiatry, University of California San Francisco School of
       Medicine

1999   "Pharmacologic Treatment of Personality Disorders," Residency Training Core
       Curriculum Series, Department of Psychiatry, University of California San
       Francisco School of Medicine

1999   "Biological Treatments for Sexual Offenders," California Coalition on Sexual
       Offending, Bay Area Network Lecture Series, San Leandro, California

2000   "Substance-Induced Psychotic Disorder," Residency Training Core
       Curriculum Series, Department of Psychiatry, University of California San
       Francisco School of Medicine

2000   "Medication Treatment of Sexual Offenders," California Sexual Assault
       Investigators Association/ California Coalition on Sexual Offending, 3rd Annual
       Training and Treatment Conference, Berkeley, California

2000   "Mental Disorder and Sexual Homicide," Office of the State Public Defender, San
       Francisco, California (videoconferenced to Sacramento)

2000   "Medical Aspects of Substance Abuse," Drug Enforcement Administration, San
       Francisco Field Division, Demand Reduction Seminar, Sacramento, California

2000   "Drug and Alcohol-Related Violence," Public Defenders' Office, Contra Costa
       County, Martinez, California

2001   "Forensic Aspects of Impulse Control Disorders and Behavioral Addictions,"

Douglas E. Tucker, M.D.
Page 15

American Academy of Psychiatry and the Law, Annual Meeting, Boston

2001    "Drug Abuse in the Workplace," 33rd Annual Medical-Scientific Conference, American Society of Addiction Medicine, Atlanta

2001    "Medicolegal Aspects of Club Drugs," 33rd Annual Medical-Scientific Conference, American Society of Addiction Medicine, Atlanta

2002    "Forensic Considerations with Ecstasy and Ketamine," Forensic Issues in Addiction Medicine Workshop, American Society of Addiction Medicine, Washington, D.C.

2002    "Accommodating Bar Examination Applicants with Psychiatric or Psychological Disorders," Council of Bar Admission Administrators, National Conference of Bar Examiners, San Francisco

2003    "Neuropsychological Testing in Forensic Addiction Medicine – Case Analyses," Forensic Issues in Addiction Medicine Workshop, American Society of Addiction Medicine, Washington, D.C.

2003    "Addiction Issues in Death Penalty Cases," Meeting of the Santa Clara County Society of Psychiatric Physicians, Los Gatos, California

2004    "Conditional Admission and Attorney Mental Health/ Substance Abuse," National Conference of Bar Examiners, Bar Admissions Seminar, New Orleans

2004    "Psychiatric Injury and Disability," Archer Norris PLC, MCLE Seminar Series, Walnut Creek, California

2004    "Psychopharmacology of Sexual Behavior Disorders," American Academy of Psychiatry and the Law, Annual Meeting, Scottsdale, Arizona

2004    "Forensic Aspects of Intoxication and Violence," California Society of Addiction Medicine, Continuing Education Program, Oakland, California

2004    "Body Fluid/Tissue Drug Level Interpretation in Forensic Cases," American Society of Addiction Medicine, Annual Course in Forensic Issues, Washington DC

2005    "Substance Abuse and Recovery in Professionals," National Organization of Bar Counsel, Mid-Year Meeting, Salt Lake City, Utah

Douglas E. Tucker, M.D.
Page 16

2005    "Medical Assessment and Treatment of Sexual Offenders," Forensic Mental
Health Association of California, 30th Annual Conference, Seaside, California

2005    "DUI Mock Trial," Claims Conference of Northern California, Oakland, California

2005    "Clinical and Legal Management of Dangerous Serial Offenders in Canada and the
United States," American Academy of Psychiatry and the Law, Annual Meeting,
Montreal, Canada

2006    "Psychiatric Aspects of Arson," Forensic Sciences Program, Head-Royce School,
Oakland, California

2006    "Substance Use in the Real World," UCSF School of Medicine, Fourth year
medical student elective, San Francisco

2006    "Biological Treatments for Sexual Offenders," California Coalition on Sexual
Offending, Ninth Annual Training Conference, San Mateo, California

2006    Las Tecnologias Sexuales A Principios Del Siglo 21, Poster Presentation, Sociedad
Mexicana de Geografia y Estadisticas en Zamora, Zamora, Michoacan, Mexico

2006    "Outpatient Management of the Sexually Violent Predator," American Academy
of Psychiatry and the Law, Annual Meeting, Chicago

2006    "Theory of Mind Model of Capgras Delusion and Violence," Poster Presentation,
American Academy of Psychiatry and the Law, Annual Meeting, Chicago

2007    "Sexually Violent Predator Law and Treatment," Mental Health Law Program,
Hastings College of the Law, San Francisco

2007    "Neurobiology of Sexual Behavior Disorders," California Coalition on Sexual
Offending, San Leandro

2007    "Peer Review of Benzodiazepine and Alcohol Withdrawal-Related Violence,"
American Academy of Psychiatry and the Law, Annual Meeting, Miami

2007    "Actuarial Risk Estimation of Future Criminal Behavior – General, Violent, and
Sexual," American Academy of Psychiatry and the Law, Annual Meeting, Miami

2007    "Introduction for Attorneys to Mental Health Issues and the DSM," State Bar of
California, Office of the Chief Trial Counsel, San Francisco

Douglas E. Tucker, M.D.
Page 17

2008   "Legal and Clinical Aspects of Sexually Violent Predator Evaluations," Mental
       Health Law Program, Hastings College of the Law, San Francisco

2008   "Phenomenology and Treatment of Sexual Offending Behavior," Forensic
       Sciences Program, Head-Royce School, Oakland, California

2008   "The Containment Model – A Multidisciplinary Approach to the Community
       Treatment of Sexual Offenders," California Coalition on Sexual Offending,
       Eleventh Annual Training Conference, Millbrae, California

2008   "Men Who Sexually Attack Their Mothers," American Academy of Psychiatry and
       the Law, Annual Meeting, Seattle

2008   "Diagnostic Issues in a Historical Case of Lycanthropy and Serial Murder,"
       American Academy of Psychiatry and the Law, Annual Meeting, Seattle

2008   "Deconstructing Pornography," American Academy of Psychiatry and the Law,
       Annual Meeting, Seattle

2008   "Assessment and Hormonal Treatment of Sexual Offenders," American Academy
       of Psychiatry and the Law, Annual Meeting, Seattle

2008   "Criminal Law and the Addictions," Contra Costa County Bar Association, Annual
       MCLE Conference, Walnut Creek, California

2009   "Assessment and Management of a Complex Case Involving Pedophilia, Bipolar
       Disorder, Personality Disorder, and AIDS," UCSF Langley Porter Psychiatric
       Hospital & Clinics, Clinical Case Conference Series, San Francisco

2009   "Neurobiology, Violence and Criminal Responsibility with Cannabis Use,"
       American Academy of Psychiatry and the Law, Annual Meeting, Baltimore

2009   "Asian Culture, Pathological Social Withdrawal, and Hikikomori," American
       Academy of Psychiatry and the Law, Annual Meeting, Baltimore

2010   "A Psychiatric-Legal Analysis of a Case of Lycanthropy in a 19th Century Serial
       Killer," Forensic Mental Health Association of California, Annual Conference,
       Seaside, California

2010   "Panel Debate on Proposed Diagnostic Criteria for DSM-5 Psychosexual

Douglas E. Tucker, M.D.
Page 18

   Disorders," American Academy of Psychiatry and the Law, Annual Meeting,
   Tucson, Arizona

2010 "Substance-Induced Psychoses: Intoxication, Insanity and Interventions,"
   American Academy of Psychiatry and the Law, Annual Meeting, Tucson, Arizona

2011 "Behavioral Genetics and Forensic Psychiatry," Forensic Sciences Program, Head-
   Royce School, Oakland, California

2011 "Assessment of Sexual Behavior Disturbance in a Maximum Security Prison,"
   San Quentin State Prison, California

2011 "Assessment and Treatment of Sexual Behavior Disorders," Department of
   Psychiatry Grand Rounds, Langley Porter Psychiatric Institute, UCSF School of
   Medicine, San Francisco

2012 "Biological Treatment for Sexual Offenders," Sharper Future Program, San
   Francisco

2012 "Substance Abuse, Brain Chemistry and Crime," Forensic Sciences Program,
   Head-Royce School, Oakland, California

2012 "Impaired Attorneys: Consultation with the California Bar Association," American
   Academy of Psychiatry and the Law, Annual Meeting, Montreal, Canada

2013 "Clinical and Legal Aspects of Methamphetamine Psychosis," Capital Case
   Defense Seminar, California Attorneys for Criminal Justice/ California Public
   Defenders Association, Monterey, California

2013 "Substance Abuse and Psychiatric Issues in Capital Cases," Death Penalty College,
   University of Santa Clara Law School, San Jose, California

2013 "Legal and Forensic Issues of Medical Marijuana," American Academy of
   Psychiatry and the Law, Annual Meeting, San Diego, California

2013 "Mock Trial Expert Witness Presentation," Constitutional Rights Foundation,
   California High School Mock Trial Competition, El Cerrito High School, El
   Cerrito, California

2014 "Psychopharmacology of Paraphilic Disorders," Nevada Psychiatric Association,
   19th Annual Psychopharmacology Update, Las Vegas, Nevada

Douglas E. Tucker, M.D.
Page 19

2014   "Medical Marijuana and the Doctor-Patient Relationship," Testimony before the California Senate Business and Professions Committee re: Senate Bill 1262, Sacramento, California

2015   "Substance Abuse and Psychiatric Issues in Capital Cases," American Psychology-Law Society, Annual Conference, San Diego, California

2015   "Case of Double Homicide with Frontotemporal Dementia," Peer Review Committee, American Academy of Psychiatry and the Law, Annual Meeting, Fort Lauderdale, Florida

2016   "Molecular Genetic Evidence in Criminal Cases," Forensic Sciences Program, Head-Royce School, Oakland, California

2016   "Substance Abuse and Psychiatric Issues in Criminal Cases," 16th Annual Public Defender Retreat, Las Vegas, Nevada

2017   "Substance Abuse and Mental Health Issues for Lawyers in the Modern Economy," In-House Counsel for Square Inc., San Francisco

2017   "Behavioral Genetics and Violence," Forensic Sciences Program, Head-Royce School, Oakland, California

2017   "Consultation to the State Bar of California," State Bar of California Committee of Bar Examiners, San Francisco

2017   "Clinical and Forensic Practice: Approach to Sexual Behavior Disorders," Invited Speaker to International Training Course, National Institute of Mental Health, Prague, Czech Republic

2017   "Disaster Mental Health Response," Urban Shield Medical Branch, Alameda County Sheriff's Department, Oakland, California

2017   "Sexually Violent Predator Laws: 20 Years Later," American Academy of Psychiatry and the Law, Annual Meeting, Denver, Colorado

2018   "Child Pornography: Legal and Clinical Issues," Department of Psychiatry Grand Rounds, Langley Porter Psychiatric Institute, UCSF School of Medicine, San Francisco

Douglas E. Tucker, M.D.
Page 20

    2018    "Peer Review of Sanity Assessments in High Profile Cases: The American Sniper Tragedy," American Academy of Psychiatry and the Law, Annual Meeting, Austin, Texas

    2018    "The Relationship Between Child Pornography and Contact Offending," American Academy of Psychiatry and the Law, Annual Meeting, Austin, Texas

    2018    "Child Pornography: Legal and Clinical Issues," UCSF Dept. of Psychiatry Grand Rounds