MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW MULLER,<br><br>Defendants. | CASE NO. 2:15-CR-00205-TLN-EFB<br><br>GOVERNMENT'S RESPONSE TO EMERGENCY MOTION FOR DISPOSITION<br><br>DATE: TBD<br>TIME: 9:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

The United States opposes Matthew Muller's (Muller) emergency motion for disposition. ECF 86). Other than a conclusory and unsupported statement of prejudice, Muller presents no cognizable reason for expedited review of this matter.

Muller asserts that former counsel has unlawfully withheld his client file, requests immediate appointment of counsel, and the authorization of public funds for an expert evaluation. There is no need to reach Muller's claims until the District Judge has ruled on the Magistrate Judge's Findings and Recommendations.

First, because the District Judge has not yet ruled, the parties cannot be certain of which issues will require additional briefing and/or litigation. The United States only filed its response brief on January 18, 2019, approximately one week ago. Second, although Muller claims that former defense counsel withheld his client file in its entirety, it appears that former counsel pursuant to the express terms of the protection order, destroyed the items which Muller now seeks, namely discovery provided

by the United States. (See Exhibit One; ECF 16 at 2).

The United States has no view on whether or when the Court should appoint counsel and expert services. The Rules for Section 2255 Proceedings require the appointment of counsel if the Court orders an evidentiary hearing. See Rule 8(c). This Court's screening of defendant's meritless claims is still under review by the District Judge. The Government has not even answered the petition yet. The Government notes that while Muller suggests that counsel could assist in the settlement of this matter, that is simply not true. The United States does not intend to settle this matter.

For all of the above reasons, this Court should deny Muller's emergency motion. This is a busy district, and there is no reason for Muller to skip to the front of a long line of collateral attack movants.

Dated: January 24, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on January 24, 2019, he served a copy of the GOVERNMENT'S RESPONSE TO EMERGENCY MOTION FOR DISPOSITION by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee:

Matthew D. Muller
Project Justice for All
388 Market St., Suite 1300
San Francisco, CA  94111

Dated:  January 24, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA

GOVERNMENT'S OPPOSITION         3