**Segal, Matthew (USACAE)**

| | |
|---|---|
| **From:** | Kristy Horton |
| **Sent:** | Friday, November 16, 2018 1:25 PM |
| **To:** | Segal, Matthew (USACAE) |
| **Cc:** | Tom Johnson |
| **Subject:** | Muller Discovery |

Good afternoon Matt –

Tom asked that I email you regarding the Muller discovery. Pursuant to the court order, we destroyed all the federal discovery. Mr. Muller was provided with copies of documents filed on the federal docket but we did not provide him any of the federal discovery.

Regards,
Kristy

**Kristy M. Horton**
**Attorney at Law**





**CONFIDENTIALITY NOTICE:** This communication may contain matter that is protected by the attorney-client privilege or other legal privileges, and any unauthorized disclosure, distribution, or copying of this message or its attachments is prohibited. If you received this communication in error, please destroy it and notify Carmela Maldonado as soon as possible by e-mail at cvm@tomjohnsonlaw.com, or by telephone at (916) 442-4022. Thank you.