1  MATTHEW D. MULLER
   One Embarcadero Center
2  Suite SL 12, #2563
   San Francisco, CA 94126-2563
3  Matt@projectjfa.org
   *Pro Se*
4

5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,          No. 2:15-cr-00205-TLN-EFB

9              Respondent,

                                      **MOTION TO STRIKE UNITED**
10      v.                            **STATES' MOTION TO STAY**
                                      **OPPOSITION FILING**
11 MATTHEW MULLER,

12              Movant.

13

14         Mr. Muller moves to strike the United States' Motion to Stay Opposition Filing (ECF 84).

15 It is a nullity.  No stay is needed, because the statute contemplates no participation by the United

16 States at this stage anyhow.  The U.S. attorney is not even to be served with notice of a § 2255

17 motion until after initial review is complete. 28 USC § 2255 (b); *see also* Rules Governing §

18 2255 Proceedings, R. 4(b).

19         Prosecutors have rushed in and placed four premature pleadings on the Court's docket.

20 ECF 79, 84, 85, 87.  All should be struck.  Respondent was early to file but late in its recognition

21 that "[a] government response at this juncture would unnecessarily complicate the matter." ECF

22 84 at 2.

MOTION TO STRIKE UNITED STATES'          **- 1 -**          United States v. Muller
MOTION TO STAY OPPOSITION FILING

1

2

3   Respectfully submitted this January 28, 2019.

4

5   Signed:

            Matthew D. Muller
6           *Pro Se*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MOTION TO STRIKE UNITED STATES'       **- 2 -**                    United States v. Muller
MOTION TO STAY OPPOSITION FILING

## CERTIFICATE OF SERVICE

I, Huei Dai, certify that I filed the foregoing documents with the Court via mail delivery.   All other parties to this matter are registered for the electronic case management system and will be served automatically by electronic means when documents are scanned and filed by the Clerk.

Dated: January 28, 2019

Signed: _____
                          Huei Dai