MATTHEW D. MULLER
One Embarcadero Center
Suite SL 12, #2563
San Francisco, CA 94126-2563
Matt@projectjfa.org
*Pro Se*

FILED
JAN 29 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW MULLER,<br><br>Movant. | No. 2:15-cr-00205-TLN-EFB<br><br>**VERIFIED SUPPLEMENT TO MOVANT'S EMERGENCY MOTION (ECF 86)** |

Comes now Matthew Muller and supplements his emergency motion (ECF 86) as follows:

Attached as Exhibit A is a true and correct copy of the docket index in *People v. Muller*, No. VCR231350 (Superior Court of California for the County of Solano). It reflects that Movant is pro se in that matter. It also shows he has a motions hearing on February 4, 2019, a readiness conference on February 8, and combined preliminary and motion to suppress hearings beginning on February 13.

Mr. Muller declares that he suffers ongoing prejudice from his former attorney's failure to provide his complete client file. Movant faces irreparable harm should he not receive his

file in time for a February 8 motion deadline. A detailed exposition of the circumstances and state law surrounding that harm would require a lengthy submission.

Movant does not seek only federal discovery material. For over a year he has requested all completed work product in his file, to include all external written communications. He still has not received it. Former counsel did provide a portion of the file last year, representing that it contained all documents filed with the court in this matter. In fact, three filings were omitted, all of them reflecting counsel's failure to meet a key deadline.

Mr. Muller must make assertions about what documents former counsel did or did not have while representing him. Absent certification, Movant has insufficient confidence in former counsel to rely on his statements or propound them to a court. Mr. Muller requires certification that his complete file has been provided. The court may order such without reaching other issues raised in the December 10, 2018, sealed filing (ECF 82). Movant respectfully requests that the order he has proposed be issued.

I, Matthew Muller, swear under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this January 28, 2019.

Signed: _____
Matthew D. Muller
*Pro Se*

# EXHIBIT A

## Report Selection Criteria

**Case ID:** VCR231350
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:** VCR231350 - People vs. MATTHEW DANIEL MULLER - DMS
**Filing Date:** Friday, January 26th, 2018
**Type:** VF - Vallejo Felony
**Status:** HEARD - HEARD

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| MOTION | 04-FEB-2019 08:30 AM | DPT 7 CRTRM 101 VALLEJO | Vallejo | KAM, TIM P. |
| READINESS CONFERENCE | 08-FEB-2019 10:00 AM | DPT 7 CRTRM 101 VALLEJO | Vallejo | KAM, TIM P. |
| PRELIMINARY HEARING | 13-FEB-2019 08:30 AM | DPT 7 CRTRM 101 VALLEJO | Vallejo | KAM, TIM P. |
| 1538.5 MOTION | 13-FEB-2019 08:30 AM | DPT 7 CRTRM 101 VALLEJO | Vallejo | KAM, TIM P. |

## Case Parties

| Seq # | Assoc | Party End Date | Type | Name |
|---|---|---|---|---|
| 2 | | 10-DEC-2018 | JUDGE | **BOWERS, ROBERT** |
| **Address:** unavailable | | | **Aliases:** | BOWERS, ROB S<br>BOWERS, ROB S |
| 3 | | | DEFENDANT | **MULLER, MATTHEW DANIEL** |
| **Address:** unavailable | | | **Aliases:** | *none* |
| 6 | | | DISTRICT ATTORNEY | **DISTRICT, ATTORNEY** |
| **Address:** unavailable | | | **Aliases:** | *none* |

| 7 | | | | |
|---|---|---|---|---|
| **Address:** | *unavailable* | | **Aliases:** | N/A |

| 8 | | 21-DEC-2018 | PUBLIC DEFENDER | **PUBLIC DEFENDER** |
|---|---|---|---|---|
| **Address:** | *unavailable* | | **Aliases:** | *none* |

| 18 | | | JUDGE | **KAM, TIM P.** |
|---|---|---|---|---|
| **Address:** | *unavailable* | | **Aliases:** | *none* |

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 26-JAN-2018 03:26 PM | COMPLAINT FILED BY DA | | |
| **Entry:** | *none.* | | |
| 07-FEB-2018 03:26 PM | DA NUMBER | | |
| **Entry:** | V172309 | | |
| 07-FEB-2018 03:26 PM | AGENCY | | |
| **Entry:** | VJPD | | |
| 07-FEB-2018 03:26 PM | POLICE REPORT NUMBER | | |
| **Entry:** | 15-3817 | | |
| 07-FEB-2018 03:26 PM | RAP PROVIDED BY DA | | |
| **Entry:** | *none.* | | |
| 07-FEB-2018 03:26 PM | COURT INFO SHEET FROM DA | | |
| **Entry:** | *none.* | | |
| 21-FEB-2018 | SUBMITTED | | |

| Date/Time | Description | | |
|---|---|---|---|
| 02:25 PM | | | |
| Entry: | TO JUDGE BOWERS FOR SIGNATURE ON ARREST WARRANT ...RKEA | | |
| 12-MAR-2018 02:12 PM | SUBMITTED | | |
| Entry: | ORDER SIGNED BY JUDGE BOWERS ON 3/12/18. FILE RETURNED TO FF CRIMINAL (RL) TO PROCESS...HL | | |
| 28-MAR-2018 01:56 PM | AMENDED COMPLAINT (NO FEE) | | |
| Entry: | WITH AMENDED DECLARATION IN SUPPORT OF ARREST WARRANT ...RKEA | | |
| 28-MAR-2018 02:03 PM | COURT INFO SHEET FROM DA | | |
| Entry: | AMENDED ...RKEA | | |
| 02-APR-2018 01:50 PM | BENCH WARRANT RECALLED | | |
| Entry: | RECALLED BY DA , AMENDED COMPLAINT, NEW COURT INFORMATION, WARRANT AND DECL IN SUPPOR OF WARRANT FILED 3/28/18 ...RKEA RECALLED O. ORTIZ, SO ...RKEA | | |
| 03-APR-2018 02:58 PM | WARRANT RETURNED TO FILE | | |
| Entry: | 03-12-18 RWIL | | |
| 11-MAY-2018 09:45 AM | REQUEST | | |
| Entry: | INTERSTATE AGREEMENT ON DETAINERS REQUEST FOR TEMPORARY CUSTODY. SIGNED BY JUDGE BOWERS ON 5/11/18. ORIGINALS PROVIDED TO DA STAFF (SH) TO PROCESS...HL | | |
| 14-AUG-2018 12:53 PM | CORRESPONDENCE-NOT CONFID. | | |
| Entry: | RECEIVED 7/26/18 MEMORANDUM FROM U.S. DOJ FEDERAL BUREAU OF PRISONS, FEDERAL CORRECTIONAL COMPLEX, TUCSON AZ RE: APPROVAL OF INTERSTATE AGREEMENT ON DETAINERS ACT (IADA); SCANNED AND PLACED IN VJO RUN ATTN: D15 CLERK (NO FUTURE COURT DATE)- AYOU | | |
| 14-SEP-2018 09:24 AM | SERVED WARRANT RETURN TO FILE | | |
| Entry: | DEFT IC 9/17/18 ...RKEA | | |

| Date/Time | Event | | |
|---|---|---|---|
| 17-SEP-2018 02:25 PM | FARETTA WAIVER | | |
| **Entry:** | *none.* | | |
| 17-SEP-2018 03:23 PM | HEARD | | |
| **Entry:** | 9/17/18 | | |
| 17-SEP-2018 03:30 PM | TIME NOT WAIVED | | |
| **Entry:** | NTW LDPX = 10/1/18 | | |
| 18-SEP-2018 09:42 AM | MOTION (NO FEE) | | |
| **Entry:** | DEFENDANT'S NOTICE OF MOTION RE: COMPEL DISCOVERY | | |
| 18-SEP-2018 12:55 PM | HEARD | | |
| **Entry:** | 9/20/2018....VEBE | | |
| 18-SEP-2018 12:55 PM | TIME NOT WAIVED | | |
| **Entry:** | NTW LDT = 10/1/2018 | | |
| 20-SEP-2018 08:40 AM | APPEAL INFORMATION | | |
| **Entry:** | RECV: DCA ORDER-AUGMENT RT 08/03/18, REPORTER NOTIFIED. AUGMENT DUE 09/30/18. A153254./DSIM | | |
| 21-SEP-2018 04:01 PM | MEDIA REQUEST | | |
| **Entry:** | FILED; MULTIPLE MEDIA REQUEST'S TO PHOTOGRAPH, RECORDS, OR BROADCAST: KOVR, INSIDE EDITION, KGO-TV, KTVU-TV, NBC BAY AREA RE: HEARING SET FOR SEPTEMBER 25, 2018 @ 10:00AM IN DEPT. 15...HL | | |
| 21-SEP-2018 04:03 PM | ORDER | | |
| **Entry:** | FILED; MULTIPLE ORDER'S: ORDER ON MEDIA REQUEST TO PERMIT COVERAGE FOR: KOVR, NBC BAY AREA, INSIDE EDITION, KGO-TV AND KTVU-TV...HL | | |

| | | | |
|---|---|---|---|
| 24-SEP-2018 09:44 AM | VACATED | | |
| **Entry:** | *none.* | | |
| 24-SEP-2018 10:36 AM | HEARD | | |
| **Entry:** | 9/27/2018....VEBE | | |
| 24-SEP-2018 10:36 AM | TIME WAIVED 10/60 | | |
| **Entry:** | *none.* | | |
| 24-SEP-2018 04:01 PM | MEDIA REQUEST | | |
| **Entry:** | FILED; MULTIPLE MEDIA REQUEST'S TO PHOTOGRAPH, RECORDS, OR BROADCAST: SAN FRANCISCO CHRONICLE AND KRON CHANNEL 4 RE: HEARING SET FOR SEPTEMBER 25, 2018 @ 10:00AM IN DEPT. 15...HL | | |
| 24-SEP-2018 04:03 PM | ORDER | | |
| **Entry:** | FILED; MULTIPLE ORDER'S: ORDER ON MEDIA REQUEST TO PERMIT COVERAGE FOR: SAN FRANCISCO CHRONICLE AND KRON CHANNEL 4...HL | | |
| 24-SEP-2018 04:08 PM | MEDIA REQUEST | | |
| **Entry:** | FILED; MEDIA REQUEST TO PHOTOGRAPH, RECORDS, OR BROADCAST: KTXL FOX 40 RE: HEARING SET FOR OCTOBER 22, 2018 @ 9:00AM IN DEPT. 15...HL | | |
| 19-OCT-2018 08:02 AM | MEDIA REQUEST | | |
| **Entry:** | FILED; MEDIA REQUEST TO PHOTOGRAPH, RECORDS, OR BROADCAST: NBC BAY AREA/TELEMUNDO RE: HEARING SET FOR OCTOBER 22, 2018 @ 9:00AM IN DEPT. 15...HL | | |
| 19-OCT-2018 08:08 AM | ORDER | | |
| **Entry:** | FILED; MULTIPLE ORDER'S: ORDER ON MEDIA REQUEST TO PERMIT COVERAGE FOR: KTXL FOX 40, KTVU-TV AND KRON CHANNEL 4. REQUEST DENIED...HL | | |
| 22-OCT-2018 08:02 AM | MEDIA REQUEST | | |

| | | | |
|---|---|---|---|
| **Entry:** | FILED; MEDIA REQUEST TO PHOTOGRAPH, RECORDS, OR BROADCAST: KGO-TV CH 7 RE: HEARING SET FOR OCTOBER 22, 2018 @ 9:00AM IN DEPT. 15...HL | | |
| 22-OCT-2018 08:03 AM | ORDER | | |
| **Entry:** | FILED; MULTIPLE ORDER'S: ORDER ON MEDIA REQUEST TO PERMIT COVERAGE FOR: NBC BAY AREA/TELEMUNDO AND KGO-TV. REQUEST DENIED...HL | | |
| 22-OCT-2018 10:41 AM | HEARD | | |
| **Entry:** | 10/26/2018....VEBE | | |
| 22-OCT-2018 10:41 AM | TIME WAIVED 10/60 | | |
| **Entry:** | CONT' | | |
| 22-OCT-2018 11:44 AM | MOTION | | |
| **Entry:** | Notice of defendant's motion to proceed as co-counsel | | |
| 22-OCT-2018 11:44 AM | ORDER | | |
| **Entry:** | Request for and proposed protective order | | |
| 22-OCT-2018 03:45 PM | SUBPOENA DUCES TECUM RECORDS | | |
| **Entry:** | RECEIVED FROM SACRAMENTO COUNTY JAIL....VEBE 11/15/18 ~ RELEASED TO PD...HL | | |
| 15-NOV-2018 02:33 PM | CRIMINAL IN-CHAMBERS M.O. | | |
| **Entry:** | RE: RELEASED SAC CO JAIL RECORDS TO PD...HL | | |
| 15-NOV-2018 03:20 PM | RECEIPT | | |
| **Entry:** | RE: SDT SAC COUNTY JAIL RECORDS TO PD...HL | | |
| 19-NOV-2018 11:34 AM | RECEIVED | | |
| **Entry:** | RECEIVED DFT'S OBJECTION TO COURT CLERK'S FAILURE TO FILE DOCUMENTS | | |

|  |  |
|---|---|
|  | TENDERED BY DFT IN PRO PER; NOTICE OF RENEWED MOTION FOR APPOINTMENT AS CO-COUNSEL; NOTICE OF MOTION FOR REINSTATEMENT OF STATUTORY RIGHT TO PLIM WITHIN 60 DAYS; DFT'S OBJECTIONS SUBMITTED IN PRO PER; CERTIFICATE OF SERVICE- PLACED IN VJO RUN ATTN: D15 CAL CLERK; ON CAL 12/10/18- AYOU 11/19/18 ~ RECEIVED A COPY OF THE SAME DOCUMENTS LISTED ABOVE...VEBE 11/20/18 ~ FORWARDED TO PD'S OFFICE...HL |
| 20-NOV-2018 02:02 PM | CORRESPONDENCE-NOT CONFID. |
| **Entry:** | RE: FORWARDED DOCUMENTS SUBMITTED BY THE DEFENDANT, TO PD'S OFFICE...HL |
| 10-DEC-2018 12:55 PM | HEARD |
| **Entry:** | RLAL 12/10/18 |
| 11-DEC-2018 04:19 PM | MEDIA REQUEST |
| **Entry:** | MEDIA REQUEST TO PHOTOGRAPH, RECORD, OR BROADCAST (KPIX CH 5) / jal |
| 12-DEC-2018 08:42 AM | ORDER |
| **Entry:** | ORDER ON MEDIA REQUEST TO PERMIT COVERAGE (NBC BAY AREA) / DENIED / jal |
| 12-DEC-2018 08:48 AM | ORDER |
| **Entry:** | ORDER ON MEDIA REQUEST TO PERMIT COVERAGE (KPIX CH 5) / DENIED / jal |
| 12-DEC-2018 03:31 PM | HEARD |
| **Entry:** | SLUN 12/17/18 |
| 12-DEC-2018 03:31 PM | HEARD |
| **Entry:** | SLUN 12/17/18 |
| 12-DEC-2018 03:31 PM | TIME WAIVED 10/60 |
| **Entry:** | *none.* |

| | | | |
|---|---|---|---|
| 21-DEC-2018 09:21 AM | HEARD | | |
| **Entry:** | WDSP... 12/27/18 | | |
| 21-DEC-2018 09:22 AM | TIME WAIVED 10/60 | | |
| **Entry:** | CONTINUED | | |
| 21-DEC-2018 02:06 PM | PETITION | | |
| **Entry:** | TO PROCEED IN PROPRIA PERSONA. | | |
| 27-DEC-2018 01:00 PM | EX PARTE APPLICATION NO FEE | IN PRO PER, | |
| **Entry:** | FILED, SUBMITTED TO D7 FOR REVIEW. LMER | | |
| 02-JAN-2019 03:54 PM | REQUEST | IN PRO PER, | |
| **Entry:** | SUPPLEMENT TO REQUEST FOR REASONABLE ACCOMMODATION (VERIFIED). FILED....VEBE | | |
| 02-JAN-2019 03:54 PM | MOTION (NO FEE) | IN PRO PER, | |
| **Entry:** | EXPARTE MOTION FOR PRO PER LEGAL RESOURCES INCIDENT TO FARETTA RIGHTS (VERIFIED). FILED....VEBE | | |
| 07-JAN-2019 04:05 PM | HEARD | | |
| **Entry:** | *none.* | | |
| 07-JAN-2019 04:05 PM | HEARD | | |
| **Entry:** | SLUN 1/8/19 | | |
| 07-JAN-2019 04:06 PM | TIME WAIVED 10/60 | | |
| **Entry:** | *none.* | | |
| 08-JAN-2019 08:28 AM | COURT REPORTER TRANSCRIPT-ONLI | | |

| Date | Action | Party | |
|---|---|---|---|
| | **Entry:** TRANSCRIBED BY S. WELCH FOR PARTIAL HRG ON 12/18 HEARD BY THE HONORABLE JUDGE CONGER/CLADA | | |
| 10-JAN-2019 04:23 PM | HEARD | | |
| | **Entry:** SLUN 1/10/19 | | |
| 14-JAN-2019 02:49 PM | REQUEST | | |
| | **Entry:** TO SEAL(ORIG NOT RECEIVED ONLY COPY/SLUN | | |
| 14-JAN-2019 02:55 PM | MOTION (NO FEE) | | |
| | **Entry:** NOTICE OF MOTION TO HOLD JOHN MENDENHALL IN CONTEMPT(ORIG NOT RECEIVED ONLY COPY/SLUN | | |
| 14-JAN-2019 02:57 PM | MOTION (NO FEE) | MULLER, MATTHEW DANIEL | |
| | **Entry:** CONSOLIDATED NOTICE OF MOTION FOR ACCESS TO COURT AND SUPPORTING MEMORANDUM(ORIG NOT RECEIVED ONLY COPY/SLUN COPY PROVIDED TO DA's OFFICE 01/18/19. MIR | | |
| 18-JAN-2019 10:21 AM | MOTION (NO FEE) | MULLER, MATTHEW DANIEL | |
| | **Entry:** NOTICE OF MOTION TO CLOSE PRELIMINARY EXAMINATION. FILED....VEBE | | |
| 18-JAN-2019 10:21 AM | MOTION (NO FEE) | MULLER, MATTHEW DANIEL | |
| | **Entry:** TO CLERK FOR SUBSCRIBED SUBPOENAS AS REQUIRED BY CAL. PC 1326(a)(3). FILED....VEBE | | |
| 18-JAN-2019 01:16 PM | HEARD | | |
| | **Entry:** VEBE....1/18/2019 | | |
| 18-JAN-2019 01:16 PM | HEARD | | |
| | **Entry:** VEBE....1/18/2019 | | |
| 22-JAN-2019 10:25 AM | HEARD | | |

| | | | |
|---|---|---|---|
| 22-JAN-2019 01:11 PM | RECEIVED | | |
| **Entry:** | MEDIA REQUEST; SUBMITTED TO JUDGE KAM/ycd | | |
| 22-JAN-2019 04:18 PM | ORDER FOR TRANSCRIPT | | |
| **Entry:** | *none.* | | |
| 22-JAN-2019 04:36 PM | MEDIA REQUEST | | |
| **Entry:** | REQUEST FROM KGO-TV, SUBMITTED TO JUDGE KAM FOR REVIEW/ycd | | |
| 22-JAN-2019 04:36 PM | ORDER | | |
| **Entry:** | DENYING MEDIA REQUEST, SIGNED BY JUDGE KAM, KGO-TV NOTIFIED VIA EMAIL/ycd | | |