McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00205-TLN-EFB |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO AMEND § 2255 MOTION |
| v. | |
| MATTHEW MULLER, | |
| Defendant. | COURT: Hon. Edmund F. Brennan |

On March 4, 2019, the Court ordered the United States to file its opposition or statement of non-opposition to Muller's motion to amend § 2255 motion within 21 days. The United States' responsive pleading is currently due on March 25, 2019.

The undersigned will be preparing the United States' responsive pleading. The undersigned hereby requests that the Court grant an extension for the United States to file its opposition or statement of non-opposition up to and including April 12, 2019. The undersigned will be out of the office for military service from March 12-22, 2019, which constitutes the bulk of the available time under the Court's order to prepare the United States' response. Consequently, the undersigned requires additional

//

//

//
//

MOTION FOR EXTENSION OF TIME         1

1  time to review the defendant's pleadings, perform research and draft the United States' response.

2  Dated: March 8, 2019                                    McGREGOR W. SCOTT
                                                           United States Attorney

4                                                    By:   /s/ HEIKO P. COPPOLA
                                                           HEIKO P. COPPOLA
5                                                          Assistant United States Attorney