McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW MULLER,<br><br>Defendant. | CASE NO. 2:15-CR-00205-TLN-EFB<br><br>[PROPOSED] ORDER RE MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO AMEND § 2255 MOTION<br><br>COURT: Hon. Edmund F. Brennan |
|---|---|

The United States' motion for an extension of time to file its opposition or statement of non-opposition is hereby granted. The United States shall file its opposition or statement of non-opposition no later than April 12, 2019.

Dated: _____

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

(PROPOSED) ORDER                              1