March 11, 2019

**FILED**

**MAR 12 2019**

Office of the Clerk
United States District Court for the Eastern District of California
501 I Street, Room 4-200
Sacramento, 95814.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Subject:     United States v. Muller, No. 2:15-cr-00205-TLN-EFB
Nonopposition to United States' Motion for Extension: Notice of Intent to file Superseding Motion for Leave to Amend and Change of Address

---

Dear Clerk,

Enclosed for filing please find a motion for Nonopposition to United States' Motion for Extension: Notice of Intent to file Superseding Motion for Leave to Amend.

In addition, please change my address of record to:

1684 Decoto Rd, #274
Union City, CA 94587

Thank you for your assistance.

Respectfully,

*/s/ Matthew Muller*

Matthew Muller
In Pro Se

Enclosures