MATTHEW D. MULLER
1684 Decoto Rd. #274
Union City, CA 94587
Matt@projectjfa.org
*Pro Se*



FILED

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                 DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-00205-TLN-EFB |
|---|---|
| Respondent, | |
| v. | NONOPPOSITION TO UNITED STATES' MOTION FOR EXTENSION: NOTICE OF INTENT TO FILE SUPERSEDING MOTION FOR LEAVE TO AMEND |
| MATTHEW D. MULLER, | |
| Movant. | |

    The Movant Matthew D. Muller does not oppose the United States' March 8, 2019, request for extension. Movant advises that he will soon file a superseding motion for leave to amend. He has learned of circumstances necessitating amendment and qualifying for an extension under 28 U.S.C. § 2255(f). In lieu of the United States' requested extension, the Court may wish to stay any response until Movant's superseding motion is filed.

    Respectfully submitted this March 11, 2019.

Signed: _____
Matthew D. Muller
*Pro Se*

## CERTIFICATE OF SERVICE

I, Huei Dai, certify that I filed the foregoing documents with the Court via mail delivery. All other parties to this matter are registered for the electronic case management system and will be served automatically by electronic means when documents are scanned and filed by the Clerk.

Dated: March 11, 2019                           Signed: _____
                                                                Huei Dai