McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00205-TLN-EFB |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO AMEND § 2255 MOTION |
| v. | |
| MATTHEW MULLER, | |
| Defendant. | COURT: Hon. Edmund F. Brennan |

On March 4, 2019, the Court ordered the United States to file its opposition or statement of non-opposition to Muller's motion to amend § 2255 motion (CR 75 and 77) within 21 days. On March 8, 2019, the United States requested an extension to file its responsive pleading no later than April 12, 2019, which the Court granted.

The undersigned will be preparing the United States' responsive pleading. The undersigned hereby requests that the Court grant a second extension of time for the United States to file its opposition or statement of non-opposition up to and including April 26, 2019. As noted in its first extension request, the undersigned was out of the office for military duty from March 12-22, 2019. Since returning to the office on March 25, 2019, the undersigned has reviewed and compared the defendant's original 2255 motion (CR 61) to the motion to amend and the first amended supplement (CR 75 and 77), as well as, begun researching applicable law. Unfortunately, because of the undersigned's regularly assigned duties, including co-counsel responsibilities with respect to *In Re: the Extradition of Omar*

*Ameen*, (2:18-MJ-00152 EFB) which is also pending before this Court and additional out-of-state military travel, despite the exercise of diligence, the undersigned requires additional time to complete the United States' response.

Dated: April 12, 2019            McGREGOR W. SCOTT
United States Attorney

By: /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00205-TLN-EFB |
|---|---|
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE BY MAIL |
| MATTHEW MULLER, | |
| Defendant. | |

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on April 12, 2019 a copy of the GOVERNMENT'S SECOND EXTENSION OF TIME and PROPOSED ORDER was served by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California addressed to Matthew Muller, One Embarcadero Center, Suite SL 12, #2563, San Francisco, CA 94126-2563.

/s/ *C. Buxbaum*
C. BUXBAUM

MOTION FOR EXTENSION OF TIME                                3