McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MATTHEW MULLER, <br> Defendant. | CASE NO. 2:15-CR-00205-TLN-EFB <br><br> [PROPOSED] ORDER <br><br><br> COURT: Hon. Edmund F. Brennan |

The United States' motion for an extension of time to file its opposition or statement of non-opposition is hereby granted. The United States shall file its opposition or statement of non-opposition no later than April 26, 2019.

Dated: _____

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER