McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00205-TLN-EFB |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| MATTHEW MULLER, | |
| Defendant. | COURT: Hon. Edmund F. Brennan |

The United States' motion for an extension of time to file its opposition or statement of non-opposition is hereby granted. The United States shall file its opposition or statement of non-opposition no later than April 26, 2019.

Dated: April 17, 2019

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

1