McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00205-TLN-EFB |
|---|---|
| Plaintiff, | GOVERNMENT'S CONSOLIDATED RESPONSE TO MOVANT'S MOTIONS RE: ATTORNEY-CLIENT DISCLOSURE (ECF 100) AND STAY OF PROCEEDINGS (ECF 101) |
| v. | |
| MATTHEW MULLER, | |
| Defendant. | COURT: Hon. Edmund F. Brennan |

On April 17, 2019, Movant filed a Motion to Stay Proceedings for 90 Days. (ECF 101). Specifically, Movant seeks a stay of the Court's Order (ECF 91) directing to the United States: (1) to file a response to Grounds 12(e) and 13 of Movant's motion to vacate sentence (ECF 61); (2) to file an opposition or statement of non-opposition to Movant's motion to amend (ECF 75); and (3) the Court's Order directing Movant's trial counsel to file a declaration in response to the motion to vacate sentence (ECF 61). The United States does not oppose Movant's request to stay these proceedings for 90 days nor does the United States object to the proposed dates for responsive filings.

On April 17, 2019, Movant also filed a Notice of Movant's Objection to Disclosure of Attorney-Client Privileged Material/Motion to Hold Disclosures in Abeyance. (ECF 100). In habeas proceedings, attorney-client privilege is waived as to all communications with an allegedly ineffective lawyer. Wharton v. Calderon, 127 F.3d 1201, 1203 (9th Cir. 1997). Here, Movant claims at length that both his trial counsel were ineffective, thus waiving any privilege in their communications with him.

Furthermore, the magistrate recommended and the district judge ordered that one of Movant's ineffective assistance of counsel claims warranted further consideration. (ECF 65 and ECF 91). Prior to the district judge's order, Movant had the opportunity to object to the magistrate's recommendations. Movant made no mention of any attorney-client disclosure concerns in his objection. (ECF 76). Movant's present motion is tantamount to a motion for reconsideration of the district court's order for which Movant cites no authority and which should ultimately be denied. However, in the interim, the United States has no objection to staying any attorney-client disclosures as requested by Movant.

Dated: April 24, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on April 24, 2019, she served a copy of the Government's Consolidated Response to Movant's Motions Re: Attorney-Client Disclosure (Ecf 100) and Stay of Proceedings (Ecf 101) by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the united states mail at Sacramento, California.

Addressee:

Matthew D. Muller
1684 Decoto Road, # 274
Union City, CA  94587

                                     /s/ Carrie D. Quirk
                                     CARRIE D. QUIRK
                                     Paralegal Specialist