McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Respondent,<br><br>          v.<br><br>MATTHEW MULLER,<br><br>                    Movant. | CASE NO. 2:15-CR-00205-TLN-EFB<br><br>UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND<br><br>DATE: TBD<br>TIME: 9:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

Comes now the United States, by and through the undersigned Assistant U.S. Attorney and moves the Court for an order extending the time period in which to respond to Movant Matthew Muller's Motion to Hold Proceedings in Abeyance. (ECF 104).

On July 17, 2019, Muller filed an eighteen-page Motion to Hold Proceedings in Abeyance with attached exhibits. (ECF 104). In support of his motion, Muller makes a number of allegations related to his inability to retain counsel, prosecutorial misconduct, attorney-client privilege, and a mental defense. Given the nature of the allegations Muller raises, the United States requires additional time for review and research before either opposing Muller's request or filing a statement of non-opposition. Pursuant to Local Rule 144, the United States requests it be allowed to file an opposition or statement of non-opposition to Muller's motion no later than July 31, 2019.

Dated: July 23, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney