MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW MULLER,<br><br>Movant. | CASE NO. 2:15-CR-00205-TLN-EFB<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND<br><br>DATE: TBD<br>TIME: 9:00 a.m.<br>COURT: Hon. Edmund F. Brennan |
|---|---|

    Having reviewed and considered the United States' motion, it is hereby ORDERED that any opposition or statement of non-opposition by the United States in response to defendant's Motion to Hold Proceedings in Abeyance (ECF 104) be filed no later than July 31, 2019.

Dated: _____

                                                      EDMUND F. BRENNAN
                                                    United States Magistrate Judge