McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00205-TLN-EFB |
|---|---|
| Respondent, | [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO RESPOND |
| v. | DATE: TBD |
| MATTHEW MULLER, | TIME: 9:00 a.m. |
| Movant. | COURT: Hon. Edmund F. Brennan |

Having reviewed and considered the United States' motion, it is hereby ORDERED that any opposition or statement of non-opposition by the United States in response to defendant's Motion to Hold Proceedings in Abeyance (ECF 104) be filed no later than July 31, 2019.

Dated: July 29, 2019

EDMUND F. BRENNAN
United States Magistrate Judge

Order Granting Extension of Time

1