McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-205-TLN-EFB |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE BY MAIL |
| v. | |
| MATTHEW MULLER, | |
| Defendants. | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on July 31, 2019, she served a copy of the Government's Motion to Stay by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

///
///
///
///
///

Addressee:

Matthew D. Muller
1684 Decoto Rd, #274
Union City, CA 94587

Dated: July 31, 2019                              McGREGOR W. SCOTT
                                                  United States Attorney

                                         By:  /s/ YUNIA LUGEGA
                                              YUNIA LUBEGA
                                              Legal Assistant