

FILED

AUG 07 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

MATTHEW D. MULLER
1684 Decoto Rd. #274
Union City, CA 94587
(415) 322-0492
matt@projectjusticeforall.org

*Pro Se*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW D. MULLER,<br><br>Movant. | No. 2:15-cr-0205-TLN-EFB<br><br>**REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO HOLD PROCEEDINGS IN ABEYANCE** |

Comes now the Movant Matthew Muller and replies and follows the government's opposition (ECF No. 107) to the Movant's Motion to Hold Proceedings in Abeyance (ECF No. 104):

As the government acknowledges, allegations have been raised of criminal misconduct by law enforcement officials involved in the investigation and prosecution of this matter. The Movant first learned of the scope of this misconduct in March of this year. It involves at least ten officers, agents and unknown others. As is appropriate with allegations that could affect the careers of officers, the Movant has proceeded with great care. He has little doubt about what happened, but he and his defense attorney are still determining individual culpability. The Movant does not wish,

in a highly public case, to impugn a group of officers, agents and others, only some of whom may be responsible for the unlawful conduct.

In regard to the sufficiency of protective measures available from this Court, the Movant has already addressed the government's argument. A federal court is not the final arbiter of admissibility in state court proceedings, nor of California privilege law and the scope of any waiver of privilege. If required to proceed, the Movant would be forced to withdraw, under protest, his ineffective assistance claim to avoid what state council has confirmed would be irreparable harm to the Movant's state matter.

Due to an ongoing investigation of the misconduct discovered earlier this year, state counsel has not yet set the matter for trial. It is expected that an evidentiary hearing will be sought at the next appearance on September 5, 2019.

The government has cited no specific prejudice that it would suffer from delay. This stands in contrast to the very concrete harm that Movant's state counsel has declared will be caused in the state matter. The Movant does not believe piecemeal stays, and particularly not a brief 45-day stay, are in the interests of judicial economy. However, he would not object to a stay of 180 days or more. Not less than 30 days before the expiration of any stay, the Movant would request and document any further stay request.

Respectfully submitted,

Dated: August 6, 2019      Signed: /s/ Matthew D. Muller
Matthew D. Muller
*In Pro Per*

Certificate of Service

I, Huei Dai, certify that I served the foregoing documents on the Respondent by causing them to be file with the court's electronic document filing system. The Respondent is registered for electronic service of documents file in this matter.

Dated: August 6, 2019          Signed: _____
                                       Huei Dai