THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:15-cr-00205-TLN-EFB |
|---|---|---|
| Plaintiff, | ) | REQUEST FOR EXTENSION OF TIME TO FILE DECLARATION |
| vs. | ) | |
| MATTHEW MULLER, | ) | |
| Defendant. | ) | |

## I – REQUEST FOR EXTENSION OF TIME TO FILE DECLARATION

On October 1, 2015, Defendant, MATTHEW MULLER, was indicted in this case. On September 29, 2016, Mr. Muller accepted the plea agreement and changed his plea. On March 16, 2017, Mr. Muller was sentenced to 40 years imprisonment.

On April 9, 2018, Mr. Muller filed a motion to relieve Thomas A. Johnson as counsel of record and proceed in forma pauperis. *See* ECF Doc. No 62. Mr. Muller also filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 in which Mr. Muller made various claims of ineffective assistance of counsel. *See* ECF Doc. No 61. On July 18, 2018, the Magistrate Judge reviewed Mr. Muller's motion to vacate and ordered the following:

> Movant's trial counsel be directed to file a declaration within 60 days of any order adopting these findings and recommendations addressing movant's allegations regarding ineffective assistance in connection with the guilty plea, in particular, his conversations with movant relating to the

> plea, the likely outcome of a trial, the merits of any mental health defense, and the timing for presenting such a defense.

*See* ECF Doc. No 65, p. 9, ln 24-28. On November 14, 2018, Muller filed a motion to amend the 2255 petition, ECF Doc. No. 75.

On March 4, 2019, the Honorable Troy L. Nunley adopted the finding and recommendations of the magistrate judge in full and directed the government to file an opposition to the request to amend the petition.  ECF Doc. No. 91.  The order also directed trial counsel to file a declaration within 60 days of the filing of the order.  *Id*. The document was filed on March 4, 2019.  *Id*.

On May 30, 2019, the court ordered that trial counsel's declaration should be filed by August 15, 2019.  ECF Doc. No. 103.  On July 18, 2019, Mr. Muller filed a request to hold these proceedings in abeyance until his state court case in Solano County concludes. ECF Doc. No. 104.  On August 7, 2019, the court denied the request to hold the proceedings in abeyance and affirmed the previous order directing trial counsel to file a declaration by August 15, 2019.  ECF Doc. No. 108.  The order also stated that the parties had 14 days to file an objection. *Id*.

Trial counsel requests an extension of time to file the declaration after the parties have had sufficient time to file any objections to the Court's latest order.  Therefore, it is requested that the Court grants this request to file a declaration by August 30, 2019, or any date the Court deems appropriate so that the Court can rule on any objections the parties may file.

Dated: August 14, 2019


Respectfully Submitted,

 /s/   Thomas A. Johnson
THOMAS A. JOHNSON
Attorney at Law

2