THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW MULLER,<br>　　　　Defendant. | Case No.: 2:15-cr-00205-TLN-EFB<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE DECLARATION OF TRIAL COUNSEL |

### **ORDER**

Having reviewed and considered the Trial Counsel's request, it is hereby ORDERED that any declaration by trial counsel be filed no later than August 30, 2019.

Dated:

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1