THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>  v.<br><br>MATTHEW MULLER,<br>   Defendant. | Case No.: 2:15-cr-00205-TLN-EFB<br><br>CERTIFICATE OF SERVICE BY MAIL |

The undersigned hereby certifies that she is an employee in the Law Office of Thomas A. Johnson and is a person of such age and discretion to be competent to serve papers. That on August 14, 2019, she served a copy of the Trial Counsel's Request For Extension of Time to File Declaration, by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

  Addressee:
  Matthew D. Muller
  1684 Decoto Rd, #274
  Union City, CA 94587

Dated: August 14, 2019

/s/ Carmela Maldonado
CARMELA MALDONADO
Legal Assistant

1