# Attachment 1

| | |
|---|---|
| From: | Thomas Johnson <taj@tomjohnsonlaw.com> |
| Sent: | Wednesday, July 15, 2015 4:19 PM |
| To: | Segal, Matthew (USACAE) |
| Subject: | FRCP 12.2 |

Matt:

I am writing to ask you to consider some procedural matters.  Once Mr. Muller is brought to federal court and arraigned I will have the ability to provide notice under the above rule.  One of the problems to that sequence is that it triggers a motion by the Government for a court ordered exam.  If it is notice of a mental defense (more like mitigation) then it is a may appoint Dr.s to examine.  It seems that if we immediately give notice of the actual affirmative defense of insanity, then the court <u>Must</u> appoint Dr.'s and order that a report be generated.  That report must be returned in a short period of time.   I spoke to the BOP and all they can really say, is that the prisoner will be sent to the facility in TX (Burton) or Springfield, IL...."space availability, security considerations..."

The issue I am asking you to consider is this:  As part of the exam process both sides should be able to provide whatever evidence bears on that issue.  I know you have probably just started looking at his entire life hx, and so have I.  The reports (circumstances of all offenses in all jx's) are also not yet complete.  I am saying this because if you bring him up here sooner rather than later I will need more time before I make a Rule 12.2 notice.  If you are asking that I move the PX/Motion to Suppress (8-27-15) I would be willing to discuss that with my client.  I have previously told you that was  a firm date, but given the fact that everyone is working as quickly as possible I will try to make accommodations.

Thank you for considering this.

Tom Johnson



Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Tel: (916)442-4022
Fax: (916)442-4262
Email: taj@tomjohnsonlaw.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by someone other than the intended recipient is strictly prohibited.

If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.