# Attachment 5

| | |
|---|---|
| **From:** | Coppola, Heiko (USACAE) |
| **Sent:** | Tuesday, September 13, 2016 10:51 AM |
| **To:** | Tom Johnson (taj@jgrlawfirm.com) |
| **Cc:** | Segal, Matthew (USACAE) |
| **Subject:** | 404(b) Notice - US v. Muller |
| **Attachments:** | 404-LET (revised).pdf |
| | |
| **Importance:** | High |

Tom:

Attached, please find the United States' 404(b) notice re: US v. Muller

Please let me know if you have any questions or concerns.

Thanks!

# Heiko P. Coppola
**Assistant U.S. Attorney**

Robert Matsui U.S. Courthouse
501 I Street, Suite 10-100
Sacramento, CA  95814

(916) 554-2770 (direct)

*CONFIDENTIALITY NOTICE:  This communication with its contents and attachments, if any, may contain confidential, law enforcement sensitive, privileged attorney/client communications or work products, and is not subject to disclosure.  It is solely for the use of the intended recipients.  Unauthorized interception, review, use or disclosure is prohibited.  If you believe that you have received this email in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer.*



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Phillip A. Talbert*
*Acting United States Attorney*

| 501 I Street, Suite 10-100 | Phone | 916/554-2700 |
| Sacramento, CA 95814 | Fax | 916/554-2900 |
| | TTD | 916/554-2855 |

September 13, 2016

VIA ELECTRONIC MAIL

Thomas A. Johnson, Esq.
JOHNSON, GREENE & ROBERTS LLP
400 Capitol Mall, Suite 1620
Sacramento, CA 95814

Re:  United States v. Matthew Muller
     FRE 404(b) Notice

Dear Tom:

Pursuant to Federal Rule of Evidence 404(b), the United States intends to offer the following crimes, wrongs or other acts of Mr. Muller at trial: (1) 2009 Mountain View home invasion burglary; (2) 2009 Palo Alto home invasion burglary; (3) 2012 Palo Alto home invasion burglary; and (4) 2015 Dublin home invasion burglary.

As part of discovery in this case, you have been provided with copies of the police reports that outline facts and circumstances surrounding each event.  The United States plans to use these crimes, wrongs and other acts of Mr. Muller as proof of modus operandi, motive (to gain physical control over a woman for purposes of rape), intent (to carry out a rape), plan, and identity.

Sincerely,

PHILLIP A. TALBERT
Acting United States Attorney

By:  */s/ Heiko P. Coppola*
     HEIKO P. COPPOLA
     Assistant United States Attorney