1  MATTHEW D. MULLER
2  1684 Decoto Road. #274
   Union City, CA 94587
3  PHONE: (415) 322-0492
   FAX: (415) 366-3326
4  matt@projectjusticeforall.org
   *In Pro Per*
5



FILED

AUG 29 2019

CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____AMC_____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>v.<br><br>MATTHEW MULLER,<br><br>    Movant. | No. 2:15-cr-0205-TLN-EFB<br><br>**NOTICE OF WITHDRAWAL OF INEFFECTIVE ASSISTANCE OF COUNSEL CLAIM** |

    COMES NOW the Movant Matthew Muller and gives notice that he hereby withdraws all claims of ineffective assistance of counsel made in conjunction with his Motion to Vacate, Set Aside or Correct Sentence (ECF 61). Absent the grant of an abeyance or stay of proceedings as requested by Movant (*see* ECF 104, 109, 114, 115). This withdrawal is effective at 11:59 pm Court time on August 29, 2019.

    The Movant further gives notice that with this withdrawal, any implied waiver of privilege or confidentiality made in conjunction with the withdrawn claims is expressly revoked. As per the advice and sworn statement of Dustin Gordon, defense counsel in the Movant's related state criminal matter, the Movant's state defense will suffer irreparable harm from any disclosure of privileged or confidential material by former trial counsel (*see* ECF 104 at 13-14). Accordingly,

trial counsel Thomas Johnson and Kristy Horton are instructed to make no such disclosures, and to object and seek relief to the extent they interpret any order of this Court as requiring such disclosures.

As state defense counsel declared, the Movant is in the "intendable position" (*id.*) of being required to choose between irreparable harm to his state defense and relinquishing a crucial and meritorious habeas corpus claim. For the reasons set forth in the above-referenced filings, the Movant respectfully objects to being so required.

Respectfully submitted,

Dated: August 29, 2019          Signed: /s/ *[signature]*
                                Matthew D. Muller
                                *In Pro Per*