UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-00205-TLN-EFB |
| Respondent, | |
| v. | ORDER |
| MATTHEW MULLER, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 108.)  Movant has filed objections to the findings and recommendations (ECF No. 115) and another request for a stay of six months (ECF No. 114).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.  The Court finds no reason to depart from the reasoning of the magistrate judge and will therefore deny the additional request for a limited stay.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 7, 2019, are adopted in full;

2. Movant's July 17, 2019 motion to stay these proceedings (ECF No. 104) is DENIED without prejudice; and

3. Movant's August 21, 2019 motion to stay for 180 days (ECF No. 114) is likewise DENIED.

Dated: August 30, 2019

Troy L. Nunley
United States District Judge