UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MULLER,<br><br>　　　　　Movant,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | No. 2:15-cr-0205-TLN-EFB<br><br><br>ORDER |

　　　Matthew Muller is a federal prisoner proceeding without counsel in this motion to vacate brought under 28 U.S.C. § 2255. The motion has been referred to the undersigned magistrate judge for review.

　　　Muller requests an extension of time to file his reply to the government's opposition to his § 2255 motion. ECF No. 122. The request is hereby GRANTED, and movant shall file his reply, if any, on or before January 3, 2020.

　　　So ordered.

DATED: November 25, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE