1  MATTHEW D. MULLER
   1684 Decoto Road #274
2  Union City, CA 94587
3  Phone: (415) 322-0492
   Fax: (415) 366-3326
4  matt@projectjusticeforall.org

5  *In Pro Per*


FILED
JAN 0 3 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-0205-TLN-EFB |
|---|---|
| Respondent, | VERIFIED MOTION FOR EXTENSION OF TIME |
| v. | |
| MATTHEW MULLER, | |
| Movant. | |

COMES NOW THE MOVANT MATTHEW MULLER and requests an extension of time in which to file his reply to the government opposition to his motion under § 2255. The current deadline is January 3, 2020, and an extension of two court days is requested.

On December 30, 2019, the Movant caused to be placed in certified mail a request for the above extension. The request stated that after three hearings in state court, the Movant was granted permission by the judge presiding in his criminal matter to submit discovery from that matter in support of the instant § 2255 motion. The request enclosed a copy of the state

Mot. Ext. of Time            -1-

court's order of December 27, 2019, and advised that a brief extension would be required to integrate the state material into a complex filing. Specifically, the Movant was granted permission to use excerpts from an unreleased book manuscript of Aaron Quinn and Denise Huskins, provided that the material was filed under seal.

On January 3, 2020, the Movant received notice that the certified mailing had been misdirected, as per the U.S. Postal Service Internet-based tracking system. The Movant's spouse was allowed a visit at Movant's jail in Fairfield to so advise him, and is taking this request directly to Sacramento for filing.

The Movant's reply is a complex filing that includes 28 exhibits, many requiring redactions and processing not possible for a litigant in custody. The Movant and his spouse have diligently sought to make necessary changes in light of the December 27 state court order, but as expected it has not been possible to finish by the current deadline.

WHEREFORE an extension of two court days, to and including January 7, 2020, should be granted. Proof of mailing of the previous extension request will also be filed at that time.

Respectfully submitted,

Date: January 3, 2020    Signed: /s/ Matthew Muller
In Pro Per

Mot. Ext. of Time                -2-

# VERIFICATION

I, Matthew Muller, declare under penalty of perjury that the foregoing is true and correct. Done this third day of ~~February~~ January, 2020, in Fairfield, California.

*/s/ Matthew Muller*

Matthew Muller

# CERTIFICATE OF SERVICE

I, Matthew Muller, declare under penalty of perjury that all other parties in this matter are registered for electronic filing and will be served electronically upon filing of the foregoing Motion for Extension of Time by the Clerk.

Date: January 3, 2020          Signed: /s/ Matthew Muller