MATTHEW D. MULLER
1684 Decoto Road #274
Union City, CA 94587
Phone: (415) 322-0492
matt@projectjusticeforall.org

In Pro Per

**FILED**
JAN - 7 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-205-TLN-EFB |
|---|---|
| Respondent, | MOTION FOR ONE-DAY EXTENSION OF TIME IN WHICH TO FILE REPLY |
| v. | |
| MATTHEW MULLER, | |
| Movant. | |

COMES NOW the Movant Matthew Muller and requests one additional court day in which to file his reply to the government's opposition to his §2255 motion. On Friday, December 27, 2019, the Movant obtained permission to submit discovery from his state criminal matter in support of this motion. Exhibit A. The state court's order requires filing under seal and also will substantially change the content of the reply. Given the delays inherent in filing and preparing documents while in custody, the Movant will need the additional day to complete the filing.

Respectfully submitted

Dated: December 30, 2019

Signed: _____
Matthew Muller, In Pro Per

EXHIBIT A

California Superior Court Order Allowing Movant To File State Case Materials In Support Of His § 2255 Motion

RECEIVED DEC 26 2019

FILED
Clerk of the Superior Court
DEC 27 2019
By ATorres
DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SOLANO

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | Case No. VCR231350 |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW DANIEL MULLER, | |
| Defendant. | |

On December 13 and 19, 2019, the Court heard arguments regarding whether the Defendant may quote excerpts from a sealed manuscript in a federal proceeding. Good cause appearing therefore,

IT IS ORDERED that the Defendant may submit excerpts totaling not more than 500 words from the aforementioned manuscript in federal court, provided such submission is made under seal.

Dated: December 27, 2019        Signed: [signature]

Daniel Healy
JUDGE OF THE SUPERIOR COURT

- 1 -

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Respondent,<br><br>v.<br><br>MATTHEW MULLER,<br><br>            Movant. | No. 2:15-cr-205-TLN-EFB<br><br>CERTIFICATE OF SERVICE |

I, Matthew Muller, certify that all other parties to this matter are registered for the electronic case file (CM/ECF) system, and will be served electronically upon filing of the enclosed Motion for Extension on the docket.

Dated: December 30, 2019        Signed: _____
                                                        Matthew Muller