MATTHEW D. MULLER
1684 Decoto Road #274
Union City, CA 94587
Phone: (415) 322-0492
Fax: (415) 366-3326
matt@projectjusticeforall.org

*In Pro Per*

FILED

JAN 0 8 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>v.<br><br>MATTHEW MULLER,<br><br>　　　　　Movant. | CASE NO. 2:15-CR-205-TLN-EFB<br><br>**MOVANT'S NOTICE OF REQUEST TO SEAL DOCUMENTS** |

    NOTICE IS HEREBY GIVEN that the Movant Matthew Muller has lodged with the Court a request to seal documents relating to this matter. The request, the documents to be sealed, and a proposed order have been submitted to the Court via electronic mail. The foregoing items and this notice have been served on the government via first class mail.

    The documents to be sealed comprise two laboratory reports and excerpts from a manuscript written by the victims in this matter. The former documents are to be sealed on grounds they contain the DNA profiles of two persons involved in this matter and other information of a personal nature. The latter is to be sealed on grounds the victims have a proprietary interest in the material that would be impinged upon if it is made public before the release of their book.

NOTICE OF REQUEST TO SEAL             - 1 -

Respectfully submitted,

Dated: January 3, 2020    Signed: _____
Matthew Muller
*In Pro Per*