MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-205 TLN - EFB |
|---|---|
| Plaintiff, | UNITED STATES' STATEMENT OF NON-OPPOSITION TO MOTION TO SEAL |
| v. | |
| MATTHEW MULLER, | |
| Defendant. | |

The United States does not oppose the defendant's motion to seal. This non-opposition does not concede anything about the relevance of the records or the merits of the new claims made in the defendant's reply brief.

Dated: January 13, 2020

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

By: /s/ MATTHEW D. SEGAL
MATTHEW D. SEGAL
Assistant United States Attorney

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on January 13, 2020, she served a copy of the United States' Statement of Non-Opposition to Motion to Seal, by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee:

Matthew D. Muller
1684 Decoto Rd., #274
Union City, CA 94587

Dated: January 13, 2020

By: /s/ Samantha Kenny
    SAMANTHA KENNY
    Legal Assistant