McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW MULLER, <br><br> Defendant. | CASE NO. 2:15-CR-205-TLN-EFB <br><br> GOVERNMENT'S MOTION FOR LEAVE TO FILE ON MARCH 2, 2020 <br><br> COURT: Hon. Edmund F. Brennan |

The Government respectfully requests leave to file responses to defendant's recent filings (Dkts. 130, 131, 132) and a motion to dismiss on March 2, 2020. The defendant originally claimed that he received ineffective assistance of counsel. Dkt. 61. After the Government filed its opposition, Dkt. 113, the defendant withdrew his ineffective assistance of counsel claim. Dkt. 117. That withdrawal may have important consequences not only for the defendant's now-forfeited ineffective assistance of counsel claim, but also for the procedural bar that applies to the defendant's attack on the voluntariness of his plea. The defendant's concession that his counsel was competent wounds his cause showing in ways the Government would like to brief for the Court.

//
//
//
//

MOTION FOR EXTENSION OF TIME                               1

The Government seeks leave to file its papers on March 2, 2020.

Dated: February 3, 2020

Respectfully submitted

McGREGOR W. SCOTT
United States Attorney

By: /s/ MATTHEW D. SEGAL
MATTHEW D. SEGAL
Assistant United States Attorney