MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW MULLER,<br><br>Defendant. | CASE NO. 2:15-CR-00205-TLN-EFB<br><br>[PROPOSED] ORDER PERMITTING FILING BY MARCH 2, 2020<br><br>COURT: Hon. Edmund F. Brennan |
|---|---|

    Having reviewed and considered the United States' motion, it is hereby ORDERED that the Government may file a motion to dismiss and a response to defendant's Jan. 27, 2020 filings (Dkt. 130-132) by March 2, 2020.

Dated:

                                  EDMUND F. BRENNAN
                                  United States Magistrate Judge