| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MATTHEW D. SEGAL<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW MULLER,<br><br>    Defendant. | CASE NO. 2:15-CR-205-TLN-EFB<br><br>GOVERNMENT'S MOTION FOR LEAVE TO FILE ON MARCH 23, 2020<br><br>COURT: Hon. Edmund F. Brennan |

The Government respectfully requests an extension of time to file responses to defendant's recent filings (Dkts. 130, 131, 132) and a motion to dismiss. The undersigned AUSA has had management duties, motions practice in the Ninth Circuit, work on an investigation, and personal matter that diverted attention from these filings.

The defendant has consistently sought delay in this litigation and cannot reasonably claim prejudice by a three-week extension. The Government regrets having to request this extension, and

//
//
//
//
//
//

MOTION FOR EXTENSION OF TIME                               1

1 | sincerely wants to put a well-reasoned motion to dismiss before the Court as soon as practicable.

Dated: February 27, 2020

Respectfully submitted
McGREGOR W. SCOTT
United States Attorney

By: /s/ MATTHEW D. SEGAL
MATTHEW D. SEGAL
Assistant United States Attorney