McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00205-TLN-EFB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER PERMITTING FILING BY MARCH 23, 2020 |
| v. | |
| MATTHEW MULLER, | COURT: Hon. Edmund F. Brennan |
| Defendant. | |

Having reviewed and considered the United States' motion for an extension of time, it is hereby ORDERED that the Government may file a motion to dismiss and a response to defendant's Jan. 27, 2020 filings (Dkt. 130-132) by March 23, 2020.

Dated:

_____
EDMUND F. BRENNAN
United States Magistrate Judge

ORDER GRANTING STAY

1