CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on February 27, 2020, she served a copy of the GOVERNMENT'S MOTION FOR LEAVE TO FILE ON MARCH 23, 2020 and [PROPOSED] ORDER PERMITTING FILING BY MARCH 23, 2020, by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee:

Matthew D. Muller
1684 Decoto Rd.
#274
Union City, CA 94587

Dated:  February 27, 2020

By: /s/ Shelley Crossley
SHELLEY CROSSLEY
Legal Assistant