1  MATTHEW D. MULLER
2  1684 Decoto Road #274
3  Union City, CA 94587
4  PHONE: (415) 322-0492
5  FAX: (415) 366-3326
6  matt@projectjusticeforall.org
7
8  In Pro Per

FILED
MAR - 5 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-205-TLN-EFB |
|---|---|
| Respondent, | |
| v. | MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE AND REPLIES TO GOVERNMENT FILINGS (VERIFIED) |
| MATTHEW MULLER, | |
| Movant. | |

COMES NOW the Movant Matthew Muller and requests an extension of time in which to respond and reply to recent government filings, to and including April 2, 2020.

MOTION FOR EXTENSION         -1-

1. The Movant is informed that the government has
2. placed several filings on the docket that presumably comprise
3. two motion replies and a motion to dismiss. Due to a change
4. in his custodian's policies, the Movant will be unable to view
5. these documents for six to ten days from the date of this
6. motion — the range of time it takes mail to be delivered to
7. the jail, processed by staff, and tendered to the recipient. This
8. period also may be increased by loss of mail. A recent mailing
9. of thirteen envelopes (facility rules allow only five pages per envelope)
10. containing legal research resulted in the loss of seven envelopes.
11. 
12. An extension is further needed due to delays caused by
13. Movant's custodian's research paging system, which does not deliver
14. requested cases or other materials for 5 to 10 days from the
15. date of request. The Movant has a currently outstanding request
16. that has been pending over the typical 10-day maximum.
17. 
18. WHEREFORE, the Court should grant an extension of time
19. in which to reply and respond to and including April 3, 2020.
20. 
21. Respectfully submitted,
22. 
23. Date: March 1, 2020    Signed: /s/
24. Matthew D. Muller, In Pro Per
25. 
26. 

MOTION FOR EXTENSION     - 2 -

## VERIFICATION

I, Matthew Muller, declare under penalty of perjury that the foregoing is true and correct. Done this first day of March, 2020, in Fairfield, California.

*Matthew D. Muller*

## DECLARATION OF MAILING

I, Matthew Muller, swear under penalty of perjury that the instant filing was submitted to jail officials for mailing, with postage prepaid, on March 1, 2020. Done this first day of March, 2020, in Fairfield, California.

*Matthew D. Muller*

MOTION FOR EXTENSION   - 3 -