MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-205-TLN-EFB |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION FOR LEAVE TO FILE ON MAY 26, 2020 |
| MATTHEW MULLER, | |
| Defendant. | COURT: Hon. Edmund F. Brennan |

The Government respectfully requests an extension of time to May 26, 2020 to file responses to defendant's recent filings (Dkts. 130, 131, 132) and a motion to dismiss. The past week has been an unprecedented one in the U.S. Attorney's Office. Emergent management and legal work combined with stay-at-home orders in localities and the state, made it impossible for the undersigned AUSA to complete the government's filings.

The defendant has consistently sought delay in this litigation and cannot reasonably claim prejudice by a further extension, and, further, any prejudice would be outweighed by the compelling circumstances under which everyone in the courthouse family now work.

//
//
//
//

MOTION FOR EXTENSION OF TIME                                1

The Government regrets having to request this extension, and sincerely wants to put a well-reasoned motion to dismiss before the Court as soon as practicable.

Dated: March 23, 2020

Respectfully submitted
McGREGOR W. SCOTT
United States Attorney

By: /s/ MATTHEW D. SEGAL
MATTHEW D. SEGAL
Assistant United States Attorney