CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on March 23, 2020, she served a copy of the GOVERNMENT'S MOTION FOR LEAVE TO FILE ON MAY 26, 2020 and [PROPOSED] ORDER PERMITTING FILING BY MAY 26, 2020, by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee:

Matthew D. Muller
1684 Decoto Rd.
#274
Union City, CA 94587

Dated:  March 23, 2020

By: /s/ Cheri Buxbaum
CHERI BUXBAUM
Legal Assistant