UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW MULLER,<br><br>Movant. | No. 2:15-cr-0205-TLN-EFB<br><br><br><br>ORDER |

Matthew Muller is a federal prisoner proceeding without counsel in this motion to vacate brought under 28 U.S.C. § 2255.  The motion has been referred to the undersigned magistrate judge for review.

Muller requests an extension of time to respond to filings he presumes have been made by the government – two "motion replies" and a motion to dismiss.  ECF No. 137.  The court informs Mr. Muller that the government has not made such filings, but has been granted an extension of time until March 23, 2020 to file such items.  Accordingly, plaintiff's motion for extension of time is DENIED as unnecessary at this time.

So ordered.

DATED: March 30, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE