MATTHEW D. MULLER
1684 Decoto Road #274
Union City, CA 94587
Phone: (415) 322-0492
Fax: (415) 366-3326
matt@projectjusticeforall.org

*In Pro Per*

FILED
MAR 30 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Respondent,<br><br>v.<br><br>MATTHEW MULLER,<br><br>   Movant. | No. 2:15-cr-205-TLN-EFB<br><br>**MOVANT'S NONOPPOSITION TO GOVERNMENT'S REQUEST TO EXTEND TIME** |
|---|---|

  The Movant does not oppose the government's request for a filing extension (ECF 138). The Movant has not "consistently sought delay" (*id.* at 1) in this matter, but rather a fair opportunity to litigate under the constraints he faces. The government is entitled to no less when facing constraints itself.

  The Movant knows of no specific prejudice he will suffer from the government's requested delay. The Movant will, however, proceed with a discovery motion that he had postponed pending the government's intended filing.

              Respectfully submitted,

Dated: March 27, 2020      Signed: _____
                  Matthew D. Muller
                  *In Pro Per*