| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MATTHEW D. SEGAL<br>Assistant United States Attorneys |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-205-TLN-EFB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER PERMITTING FILING BY MAY 26, 2020 |
| v. | |
| MATTHEW MULLER, | COURT: Hon. Edmund F. Brennan |
| Defendant. | |

Having reviewed and considered the United States' motion for an extension of time, it is hereby ORDERED that the Government may file a motion to dismiss and a response to defendant's January 27, 2020 filings (Dkt. 130-132) by May 26, 2020.

Dated: April 13, 2020

EDMUND F. BRENNAN
United States Magistrate Judge

ORDER GRANTING STAY