McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MATTHEW MULLER,<br><br>                              Defendant. | CASE NO.  2:15-CR-205-TLN-EFB<br><br>DESIGNATION OF COUNSEL |

Assistant U.S. Attorney Laura Jean Berger is a new attorney of record for the plaintiff in the above-referenced case.  Please add Assistant U.S. Attorney Laura Jean Berger as attorney of record and as attorney to be noticed.

Dated:  May 7, 2020

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                By:  /s/ Laura Jean Berger
                                        LAURA JEAN BERGER
                                        Assistant U.S. Attorney

DESIGNATION OF COUNSEL