McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MATTHEW MULLER,<br><br>            Defendant. | CASE NO. 2:15-CR-205-TLN-EFB<br><br>CERTIFICATE OF SERVICE FOR DESIGNATION OF COUNSEL |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on May 11, 2020, she caused to be served a copy of the Designation of Counsel, CR 144, by placing said copy in a postpaid envelope addressed to Matthew D. Muller, at 1684 Decoto Road, # 274, Union City, CA, 94587, which is the last known address, and by depositing said envelope and contents in the United States Mail at Fresno, California.

Dated: May 11, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Laura Jean Berger
LAURA JEAN BERGER
Assistant U.S. Attorney

CERTIFICATE OF SERVICE OF
DESIGNATION OF COUNSEL