McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
LAURA JEAN BERGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00205-TLN-EFB |
| Plaintiff, | GOVERNMENT'S MOTION FOR LEAVE TO FILE ON JULY 10, 2020 |
| v. | COURT: Hon. Edmund F. Brennan |
| MATTHEW D. MULLER, | |
| Defendant. | |

The Government respectfully requests an extension of time to July 10, 2020 to file responses to the defendant's recent filings (Dkts. 142 and 143 ) which were filed on May 6, 2020.

The defendant filed approximately 83 pages between the two documents on that date, purporting to add to or amend previous filings. The contents of these documents may impact previous filings by the defendant. Specifically, the defendant in his amended motion (Dkt. 143) re-raises and rephrases allegations and claims addressed in his initial petition and prior amended supplements to his petition. However, he now re-raises those allegations and claims in a different form altogether; that of an amended motion. The effect of that distinction is impactful and the Government would like to fully brief the legal issues surrounding that distinction for the Court.

Additionally, the unprecedented impact of COVID-19 resulted in courthouse closures but also the general telework status of the United States Attorney's Office for the Eastern District of California. The undersigned counsel is new to the case, added as of May 7, 2020 (*see* Dkt. 144), and is becoming

familiar with the case and its lengthy record in order to fully and appropriately respond, and is doing so while fully teleworking.

Accordingly, the Government seeks leave to file its papers on July 10, 2020.

Dated:  May 27, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ LAURA JEAN BERGER
LAURA JEAN BERGER
Assistant United States Attorney

MOTION FOR EXTENSION OF TIME

2