MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
LAURA JEAN BERGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW D. MULLER,<br><br>Defendant. | CASE NO. 2:15-CR-00205-TLN-EFB<br><br>[PROPOSED] ORDER PERMITTING FILING BY JULY 10, 2020<br><br>COURT: Hon. Edmund F. Brennan |

Having reviewed and considered the United States' motion for leave to file on July 10, 2020, it is hereby ORDERED that the Government bay file a response to defendant's May 6, 2020 filings (Dkt. 142, 143) by July 10, 2020.

Dated:

EDMUND F. BRENNAN
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME      1