| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MATTHEW D. SEGAL<br>HEIKO P. COPPOLA |
| 3 | LAURA JEAN BERGER<br>Assistant United States Attorneys |
| 4 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MATTHEW D. MULLER,<br><br>   Defendant. | CASE NO.  2:15-CR-00205-TLN-EFB<br><br>[~~PROPOSED~~] ORDER PERMITTING FILING BY JULY 10, 2020<br><br>COURT: Hon. Edmund F. Brennan |
|---|---|

Having reviewed and considered the United States' motion for leave to file on July 10, 2020, it is hereby ORDERED that the Government ~~bay~~ may file a response to defendant's May 6, 2020 filings (Dkt. 142, 143) by July 10, 2020.

Dated: May 28, 2020.

_____
EDMUND F. BRENNAN
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME                         1