MATTHEW D. MULLER
1684 Decoto Road #274
Union City, CA 94587
Phone: (415) 322-0492
Fax: (415) 366-3326

*In Pro Per*

**FILED**

JUN 15 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>v.<br><br>MATTHEW MULLER,<br><br>　　　　Movant. | No. 2:15-cr-205-TLN-EFB<br><br>**MOVANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO GOVERNMENT'S MOTION TO DISMISS** |

COMES NOW the Movant Matthew Muller, and respectfully requests an extension of the time in which to respond to the government's motion to dismiss (ECF 146). The Movant requests the same 45-day extension sought and received by the government in its most recent extension request (ECF 148). That request sought extensions for two of three related filings that had been due on May 26, 2020 (*see* ECF 141).

The government's motion to dismiss chiefly expands upon procedural default arguments already raised in its opposition to the § 2255 motion. Its most recent extension request anticipates additional procedural arguments it will raise in response to the Movant's allegations of pervasive fraud used to convict him.

///

///

///

- 1 -

These argument and procedural matters are intertwined. They should be argued and considered concurrently and not in piecemeal fashion. In particular, the government should make its argument that the Movant has no innocence claim at the same time it explains evidence he was elaborately and painstakingly framed by authorities.

The Movant has previously set forth with specificity the impediments to litigating in his current circumstances. Those impediments continue and require considerable time and expense to navigate. For example, the Movant does not even have a paper copy of the motion to dismiss, though it was mailed to him over two weeks ago. He requires more time in which to research and prepare a response.

WHEREFORE, the Court should grant an extension of the time which to respond to the government's motion to dismiss, to and including July 3, 2020.

Respectfully submitted,

Dated: June 13, 2020          Signed: _____

Matthew D. Muller
*In Pro Per*