UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-0205-TLN-EFB |
| Respondent, | |
| v. | ORDER |
| MATTHEW MULLER, | |
| Movant. | |

Matthew Muller is a federal prisoner proceeding without counsel in this motion to vacate brought under 28 U.S.C. § 2255. The motion has been referred to the undersigned magistrate judge.

Movant requests an extension of time to file his response to the government's motion to dismiss. ECF No. 152. The motion is GRANTED, and movant shall file his response, if any, on or before July 10, 2020.

So ordered.

DATED: July 1, 2020.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE