1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   HEIKO P. COPPOLA
3  LAURA JEAN BERGER
   Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
6
   Attorneys for Plaintiff
7  United States of America

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12
   UNITED STATES OF AMERICA,
13
                            Plaintiff,          CASE NO.  2:15-CR-00205-TLN-EFB
14
               v.                               CERTIFICATE OF SERVICE FOR OPPOSITION
15                                              TO MOTIONS TO AMEND
   MATTHEW D. MULLER,
16
                            Defendant.
17

18
          The undersigned hereby certifies that she is an employee in the Office of the United States
19
   Attorney for the Eastern District of California and is a person of such age and discretion to be competent
20
   to serve papers.
21
          That on July 10, 2020, she caused to be served a copy of the Motion to Dismiss, CR 154, by
22
   placing said copy in a postpaid envelope addressed to Matthew D. Muller, at 1684 Decoto Road, # 274,
23
   Union City, CA, 94587, which is the last known address, and by depositing said envelope and contents
24
   in the United States Mail at Fresno, California.
25

26

27

28
   CERTIFICATE OF SERVICE OF
   OPPOSITION TO MOTIONS TO AMEND

1  Dated:  July 10, 2020

2                                          McGREGOR W. SCOTT
                                           United States Attorney

3
                                    By:  /s/ Laura Jean Berger
4                                        LAURA JEAN BERGER
                                         Assistant U.S. Attorney
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE OF
OPPOSITION TO MOTIONS TO AMEND