McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
HEIKO P. COPPOLA
LAURA JEAN BERGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW D. MULLER,<br><br>Defendant. | CASE NO. 2:15-CR-00205-TLN-EFB<br><br>AMENDED CERTIFICATE OF SERVICE FOR OPPOSITION TO MOTIONS TO AMEND |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on July 10, 2020, she caused to be served a copy of the Opposition to Motions to Amend, CR 154, by placing said copy in a postpaid envelope addressed to Matthew D. Muller, at 1684 Decoto Road, # 274, Union City, CA, 94587, which is the last known address, and by depositing said envelope and contents in the United States Mail at Fresno, California.

CERTIFICATE OF SERVICE OF
OPPOSITION TO MOTIONS TO AMEND

Dated: July 10, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Laura Jean Berger
LAURA JEAN BERGER
Assistant U.S. Attorney

CERTIFICATE OF SERVICE OF
OPPOSITION TO MOTIONS TO AMEND