MATTHEW D. MULLER
1684 Decoto Road #274
Union City, CA 94587
Phone: (415) 322-0492
Fax: (415) 366-3326

*In Pro Per*

FILED

JUL 16 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cr-205-TLN-EFB |
|---|---|
| Respondent, | **MOVANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO REPLY TO GOVERNMENT'S OPPOSITION TO MOVANT'S MOTION FOR LEAVE TO AMEND** |
| v. | |
| MATTHEW MULLER, | |
| Movant. | |

COMES NOW the Movant Matthew Muller, and respectfully requests an extension of 45 days within which to reply to the government's opposition to his motion for leave to amend his § 2255. The need for an extension arises from the scope and sophistication of the government's fraud. The requested deadline is August 31, 2020.

## PROCEDURAL HISTORY

On May 6, 2020, the Movant sought leave to amend his § 2255 motion. (ECF 142.) On May 26, 2020, the government sought and received an extension of 45 days within which to file any opposition to the Movant's motion. (ECF 148.) On July 10, 2020, the government field its opposition. (ECF 155.)

## ARGUMENT

Now pending is the Movant's request to amend his § 2255 motion with details of fraud touching every corner of his case. The Movant has continued efforts to penetrate that fraud.

- 1 -

1   He has discovered further evidence relevant to why the interests of justice require leave to amend.
2   This evidence also bears on the illegal government conduct that obstructed the Movant's claims
3   and prevented their being brought sooner.

4       The Movant has learned that most of the central evidence photographs provided by
5   authorities are not properly called photographs at all. They are instead composite images with
6   material digitally copied from various sources. In particulars, what appear to be photographs
7   showing the search of a specific vehicle actually show a staged search of a different vehicle that
8   was digitally altered to look like the car the photos purport to show.

9       Certain smaller alterations have just as much significance, most evidence inventory
10  photographs of electronic are those of replacement devices authorities obtained so they could make
11  alterations to the devices original contents and then load them onto new devices that would show
12  no trace of the change. Nonetheless, one key trace still exists. It is unambiguous but uncommon,
13  and a visual explanation is required.

14      The Movant can explain and illustrate how the photographs reflect the above frauds and
15  others. But it is a difficult and slow process. The Movant has computer access only through a
16  "video visit" screen about half the size of a sheet of paper, with poor image quality and the need to
17  tell the person on the visit what to do or type. The visits are available at limited times and cost
18  about ten dollars per 30-minute visit.

19      The Movant cannot afford an expert witness at this time. He must attempt on his own to
20  explicate digital evidence relevant to the government opposition. This requires the use of a
21  computer. The Movant has sought repeatedly to obtain permission from jail officials to directly
22  use a computer. *See* Exhibit A (one of the requests and its denial). He remains constrained to
23  confront fraud achieved with technology not two decades old using technology that was old two
24  centuries ago. He requires a reasonable amount of time in which to use the only makeshift means
25  available to him to illustrate the fraud, rather than merely asserting that it exists.

26  ///
27  ///
28  ///

-2-

## CONCLUSION

WHEREFORE, the Court should grant an extension of the time which to respond to the government's opposition, to and including August 31, 2020.

Respectfully submitted,

Dated: July 15, 2020        Signed: _____
                            Matthew D. Muller
                            *In Pro Per*

# EXHIBIT A

**INMATE COPY**

## SOLANO COUNTY SHERIFF-CORONER'S OFFICE
### Custody Division

### LEGAL SUPPLY/PHOTOCOPYING/LEGAL ASSISTANCE REQUEST

**Facility** (Circle one):   Claybank   Fairfield   (Stanton)

Printed name of inmate: Matthew Muller   Case No. 2:15-cr-205-TLN-EFB
Court: U.S. Dist. Ct. ED Cal   Attorney's Name/Telephone: N/A

I declare under penalty of perjury that the above information is correct to the best of my knowledge:

Signature: [signed]   Date: 5/16/2020

___ Request for photocopies of legal materials.

___ Request for legal assistance _____ (from Solano County Public Defender, other inmates, or private attorney).

X Other: I need to be able to use a computer to view digital photographs

Use this space to explain your request. Five (5) requests per day maximum. Twenty (20) requests per week maximum. Research of federal cases, state cases, criminal, civil and statutes are available through LRA (Legal Research Associates) using the appropriate form. Ask for the "Legal Information Request" form.

and video for my § 2255 petition in federal court. I cannot do a contact visit with my investigator as he is immunocompromised, so I can't use resources from my Solano County case as a workaround. I will provide the computer, or SCSO can. Sal Giambona can provide a portable hard drive and certify that its contents are case-related. SCSO can specify the logistics, but I must have the capability. I am dealing with photoshopped evidence and altered video. I am using every video visit I can and need more, but it just will not work for some details. (DO NOT WRITE BELOW THIS LINE) Let me know what you suggest.

Date request received: _____   By: _____
Comments/action taken: Response Given on back page
Date action taken: MAY 17 2020   By: SHC301

ADD 048 (7/93)

You have requested the ability to use a computer to view digital photographs and video for your federal case 2:15-cv-205-TLN-EFB. Sheriff's Office Custody procedures outline the very limited circumstances under which an inmate in a criminal case may review video evidence on a computer with his attorney or court-appointed investigator. The attorney or court-appointed investigator schedules a contact visit and brings the computer into the jail where it is inspected and searched by staff prior to your viewing the evidence. The Sheriff's Office does not possess and will not provide you a computer, and you are unable to provide a computer. Due to the Sheriff's legitimate interests in the safety of inmates and staff and facility security, this is the only mechanism by which an inmate can review evidence on a computer in the jail. Your request is denied at this time.