UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW MULLER,<br><br>Movant. | No. 2:15-cr-00205-TLN-EFB<br><br><br><br>ORDER |

   Matthew Muller is a federal prisoner proceeding without counsel in this motion to vacate brought under 28 U.S.C. § 2255. The motion has been referred to the undersigned magistrate judge for review.

   Muller requests an extension of time to reply to the government's opposition to his motion for leave to amend his § 2255 motion. The motion is granted. Muller shall file his reply brief, if any, on or before August 31, 2020.

   So ordered.

DATED: July 21, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE