MATTHEW D. MULLER
2450 Clay Bank Rd.
Fairfield, CA 94533
matt@projectjusticeforall.org

Pro Se

**FILED**

AUG 10 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Respondent, | Case No. 2:15-cr-205-TLN-EFB |
| v. | MOVANT'S WITHDRAWAL OF |
| MATTHEW MULLER, Movant. | MOTION TO VACATE, CORRECT OR SET ASIDE SENTENCE |

COMES NOW the Movant Matthew Muller and hereby withdraws his motion under 28 U.S.C. § 2255 (DE 61). All pending motions made by the Movant are further withdrawn and requested to be denied as moot. The Movant is currently of sound mind and has made this considered decision to move to withdraw his postconviction challenge.

Respectfully submitted,

Dated: August 3, 2020          Signed: _____
                                          Matthew Muller, Pro Se